

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Adam T. Wenzke_
Plaintiff

V.

_____ et al
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 - 504

I, _Adam Wenzke_ declare that I am the (check appropriate box)

- (X) Petitioner/Plaintiff/Movant    - ( ) Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (X) Yes    ( ) No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Howard R. Young Correctional Institution_

   Inmate Identification Number (Required): _#182595_

   Are you employed at the institution? _yes_  Do you receive any payment from the institution? _yes_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   ( ) Yes   (X) No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | | X |
   | b. | Rent payments, interest or dividends | | X |
   | c. | Pensions, annuities or life insurance payments | | X |
   | d. | Disability or workers compensation payments | | X |
   | e. | Gifts or inheritances | | X |
   | f. | Any other sources | | X |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    • • Yes    • (No)

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes    • (No)

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   N/A

I declare under penalty of perjury that the above information is true and correct.

July 16, 2007                    Adam T. Wenzke
DATE                             SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                          Page 1 of 1

HRYCI
07/17/07 11:44
ST 007 / OPR SJW
                                                              07-504
SBI            : 182595
Resident Name  : WENZKE, ADAM T
Time Frame     : 01/17/2007 09:02 - 07/17/2007 11:44

---------------------------------------------------------------------------
Date         Time    Type            ST   OPR    Receipt #      Amount      Balance
---------------------------------------------------------------------------

01/26/2007   11:51   Add              4   gmw    D62543          20.00        20.16
02/02/2007   06:51   Order            2   WLH    B153306         18.14         2.02
02/09/2007   14:43   Add             10   bsp    J8475           25.00        27.02
02/16/2007   10:12   Order            2   DDT    B155354         24.84         2.18
02/27/2007   12:19   Add              4   gmw    D64489          25.00        27.18
02/28/2007   13:15   Rec Payment      6   kjg    F26226           4.00        23.18
03/02/2007   09:06   Order            2   DDT    B157357         22.95         0.23
03/07/2007   12:27   Add              4   gmw    D64993         200.00       200.23
03/08/2007   14:57   Rec Payment     10   bsp    J8729            1.75       198.48
03/09/2007   08:17   Order            2   DDT    B158414         59.85       138.63
03/12/2007   08:55   Credit           3   WLH    C18486           3.83       142.46
03/12/2007   14:53   Add             10   bsp    J8979           25.00       167.46
03/16/2007   06:29   Order            2   DDT    B159475         59.74       107.72
03/23/2007   06:29   Order            2   DDT    B160466         59.97        47.75
03/30/2007   09:47   Order            2   DDT    B161508         44.53         3.22
03/30/2007   11:41   Rec Payment     10   bsp    J9158            1.00         2.22
04/02/2007   09:05   Credit           3   WLH    C18856           4.26         6.48
04/09/2007   09:46   Payroll         10   bsp    J9241           45.56        52.04
04/13/2007   05:50   Order            2   AFC    B163470         51.72         0.32
04/24/2007   11:54   Add              4   CAR    D67746          50.00        50.32
04/27/2007   10:45   Order            2   DDT    B165508         48.56         1.76
05/09/2007   15:18   Add             10   bsp    J10045          45.00        46.76
05/11/2007   05:19   Order            2   DDT    B167358         46.75         0.01
05/24/2007   10:51   Add              4   CAR    D69483          30.00        30.01
05/25/2007   12:30   Order            2   DDT    B169424         27.89         2.12
06/13/2007   13:09   Add             10   bsp    J10605          45.00        47.12
06/15/2007   08:11   Order            2   DDT    B172234         43.52         3.60
06/20/2007   12:51   Add              4   CAR    D70961          50.00        53.60
06/22/2007   09:09   Order            2   DDT    B173186         50.20         3.40
07/11/2007   12:57   Add             10   bsp    J10847          20.00        23.40
07/12/2007   12:16   Add              4   SEA    D72072         100.00       123.40
07/16/2007   05:47   Order            2   DDT    B175872         49.33        74.07
```



FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE