IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM WENZKE, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 07-504-*** |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, NURSE MAGGIE, DR. TATAGARI, DR. HAQUE, NURSE DIANNE, DR. TADEO, DR. DOROSIER, MR. ALTON, DR. SMITH, MR. JIM WELCH, BETTY BRADLEY, NECHELLE D. BUTCHER, STEPHANIE MAWBRAY, AND DR. JOHN DOE, | ) |
|     Defendants. | ) |

RECEIVED SEP - 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Adam Wenzke, SBI #182595, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $22.96 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _August 23,_ , 2007. PM 12:49

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

Adam Wenzke # 182595
H.R.Y.C.I.
P.O. Box 9561
Wilm, DE
19809

WILMINGTON DE 197
31 AUG 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, DE 19801-3570

19801+3570

LEGAL MAIL ONLY