CA 07-504 ***

SEPT 16, 2007

DEAR CLERK,

I'M JUST WRITING YOU A QUICK NOTE INFORMING THE COURT I AM NO LONGER AT:

Howard R. Young Correctional Institute
P.O. Box 9561
1301 E. 12th St.
Wilm, DE    19809

I WAS TRANSFERED ON SEPT 11, 2007 TO THE DELAWARE CORRECTIONAL CENTER ~~~~~~ FOR NO APPARENT REASON. MY NEW ADDRESS IS:

Adam Wenzke #182595
Bld. #21   ~~~~~~~~
Delaware Correctional Ctr.
1181 Paddock Road
Smyrna, DE
19977

Thank You

Adam Wenzke
#182595
Bld. #21

FILED

SEP 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Adam Wenzke #182595
Bld. #21  D.C.C.
1181 Paddock Road
Smyrna, DE  19977

USA First Class

WILMINGTON DE 197

17 SEP 2007 PM 1 T

U.S.M.S
X-RAY

CLERK
U.S. District Court
LockBox 18
844 N. King St.
Wilm, DE  19801

LEGAL MAIL ONLY