Oct. 10, 2007

CLERK OF THE COURT,

I'm sending 9 U.S. Marshal 285 forms for defendants, and one U.S. Marshal 285 form for the Attorney General. At the top right hand corner of all the forms it has a block for

```
COURT CASE NUMBER
```

I've got a number 07-504-***, but I didn't know if it was the right one so I left it blank for now. Sorry...

Thank you for your Time!
"God Bless"

Adam T. Wenzke #182595
D.C.C. Bldg. #21
1181 Paddock Road
Smyrna, DE 19977