OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

October 16, 2007

TO:

**Adam Wenzke**
SBI# 182595
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  U.S. Marshal 285 Forms**
        *Civ. No.* 07-504 \*\*\*

Dear Mr. Wenzke:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/rc                                    PETER T. DALLEO
                                       CLERK

cc:  The Honorable Mary Pat Thynge
     U.S. Marshal
     Pro Se Law Clerk