

07-504

Jan 1 2008

Dear Clerk,

I would like to file these four motions as soon as possible:

1) Order to show cause and temporary restraining order.
2) Declaration in support of plaintiffs motion for temporary restraining order and a preliminary injunction.
3) Memorandum of law in support of motion for a TRO and preliminary injunction.
4) Prayer of complaint with motion in complaint - for preliminary injunction and expedited hearing.

I hope I filled everything out correctly. One copy for the court, the other nine copies are for the defendants and I already mailed one copy to the Attorney Generals office.

I also have a couple questions, if you could answere them for me. That would be great!

1) Do you have any rules, for procedures for service? If so, can I get a copy?
2) Did the U.S. Marshals serve the process complaint yet? If not, How long does it take after I send in the forms?
3) Can I get a copy of the local rules of your court?
4) Do you have pro se clerks? Or any information, pamphlets to help me as a pro se litigate?
5) Am I allowed to get a copy of the state's general rules of civil procedure from you?

If you can help out on any of the above questions that would be a great help to me. If not, that's ok too!

(over)

AT LEAST, COULD YOU PLEASE LET ME KNOW THAT YOU RECIEVED MY PACKET OF MOTIONS.
THANK YOU FOR YOUR TIME.

TAKE CARE & GOD BLESS

ADAM WENZKE #182595
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE
19977

I/M: Adam Wenzke
SBI# 182595  UNIT #19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING Street, LOCK BOX 18
Wilmington, DE 19801-3570

LEGAL MAIL