OFFICE OF THE CLERK<br>
**UNITED STATES DISTRICT COURT**<br>
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 4, 2008

TO: Adam Wenzke
　　SBI# 182595
　　Delaware Correctional Center
　　1181 Paddock Road
　　Smyrna, DE 19977

　　**RE:** *Request for Local Rules* **and Status of USM 285's;07-504**

Dear Mr. Wenzke:

　　A letter has been received by the Clerk's Office from you requesting a copy of the Court's Local Rules. Please be advised that a copy of our local rules are available at the law library of the institution where you are presently incarcerated. However, if you would like to purchase a copy of the Local Rules, please send a check or money order in the amount of **$2.00** made payable to the **Clerk, U.S. District Court.**

　　Your letter also request the status of service of the complaint by the US Marshals. Per DI 10, your USM 285 forms along with the complaint have been forwarded to the US Marhsal for service. Enclosed please find a courtesy copy of DI 10.

　　Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　　　Sincerely,

/ead　　　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　　　　CLERK

enc: DI 10