IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM WENZKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-504-***-MPT |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| DR. HAQUE, NURSE DIANE, | ) |
| DR. TADEO, DR. DOROSIER, | ) |
| MR. ALTON, DR. SMITH, MR. JIM | ) |
| WELCH, BETTY BRADLEY, | ) |
| NECHELLE D. BUTCHER, and | ) |
| STEPHANIE MOWBRAY. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on January 3, 2008, plaintiff filed a motion for preliminary injunction for immediate medical treatment of testicular masses (D.I. 11);

THEREFORE, at Wilmington this _7_ day of January, 2008, IT IS ORDERED that:

1. Defendant Correctional Medical Systems and the Attorney General of the State of Delaware shall file a response to plaintiff's motion on or before **January 16, 2008**.

2. At the time their responses are filed, Correctional Medical Systems and the Attorney General of the State of Delaware shall also submit plaintiff's medical records for review by the court.

3. The clerk of the court is directed to serve a copy of plaintiff's motion for a preliminary injunction upon defendant Correctional Medical Systems and the Attorney

General of the State of Delaware.

_____
UNITED STATES MAGISTRATE JUDGE