D.I. #_____

# CIVIL ACTION
# NUMBER: 07CV504\*\*\*

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage               $  1.82
Certified Fee            2.65
Return Receipt Fee       2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $  6.62
                                          07-504 ***
Sent To   Correctional Medical Systems
Street, Apt. No.;
or PO Box No.  1201 College Park Drive, Suite 101
City, State, ZIP+4  Dover, DE 19904

PS Form 3800, August 2006          See Reverse for Instructions
```