D.I. # _____

# CIVIL ACTION
# NUMBER: _____07CV504 *#*_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

        OFFICIAL USE

Postage                          $   1.82
Certified Fee                        2.65         JAN
Return Receipt Fee                                 8
(Endorsement Required)               2.15        2008
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees             $   6.62

Sent To
    Loren Meyers, Dept. of Justice  07-504***
Street, Apt. No.;
or PO Box No.  820 N. French Street
City, State, ZIP+4
    Wilmington, DE 19801

PS Form 3800, August 2006          See Reverse for Instructions
```

7007 0220 0004 4342 9219