United States District Court
For the District of Delaware



SS

RECEIVED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Acknowledgement of Service Form  scanned
For Service By Return Receipt

Civil Action No. __07CV504-***-__
__MPT__

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Margaret Slack_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Correctional Medical Systems<br>1201 College Park Drive<br>Suite 101<br>Dover, DE 19904 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt  07-504 *** | 102595-02-M-1540 |