**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ADAM T. WENZKE | CA 07-504 XXX |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| BETTY BRADLEY, MR. ALTON, MR WELCH, NECHELLE D. BUTCHER, STEPHANIE MOWBRAY, CORRECTIONAL MEDICAL SYSTEMS, DR TADEO, DR SMITH, DR DOROSIER | ORDER / COMPLAINT |

**SERVE**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ATTORNEY GENERAL OF THE STATE OF DELAWARE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 820 NORTH FRENCH STREET, WILMINGTON, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ADAM WENZKE #182575
D.C.C. BLDG # 21
1181 PADDOCK ROAD
SMYRNA, DE 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

Signature of Attorney or other Originator requesting service on behalf of:   ☑ PLAINTIFF  ☐ DEFENDANT

Adam T. Wenzke    TELEPHONE NUMBER    DATE 10/10/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 1 | No. 5 | BF | 1-15-08 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Richard Hubbard, DAG

| | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Date of Service 1/15/08 | Time ___ am / pm |
| Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

2008 JAN 16 AM 9: 02
DISTRICT OF DELAWARE
CLERK, U.S. DISTRICT COURT
FILED

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)