Jan 15, 2008

CLERK,

Thank you for sending the local Rules of Civil Practice and Procedure so quickly. I appreciate it very much. Enclosed is two copies of information I would like to use as evidence in my case. Could you please add this to my file? (CIVIL ACTION NO 07-504 MPT)

I also sent a copy to the Attorney Generals office. Thank you — Take Care and God Bless.

Adam Wenzke
#182595
D.C.C  SHU #19
1181 Paddock Rd.
Smyrna, DE  19977



FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned