# U.S. DISTRICT COURT 07-504

ADAM WENZKE DECLARES UNDER PENALTY OF PURJURY:

THAT THE ATTACHED DOCUMENTS

1) EXIBITS  A  THRU  Z
2) EXIBITS  A-1  THRU  A-21

FILED

JAN 17 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

ARE TRUE AND CORRECT TO MY KNOWLEDGE.

AS THE COURT CAN CLEARLY SEE; I'VE

TRIED EVERY POSSIBLE WAY TO GET

HELP FROM  C.M.S. AND DEFENDENTS,

OVER THE PAST THREE AND A HALF YEARS.

I WOULD LIKE THE COURT TO ADD THEM AS EVIDENCE IN MY CASE.

CIVIL ACTION No 07-504

HONORABLE Judge MARY PAT THYNGE

SMYRNA DE, 19977
Phone No. 302-653-9261



# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WENZKE, ADAM T | **SBI#** : 00182595 | **Institution** : DCC |
| **Grievance #** : 4747 | **Grievance Date** : 06/27/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/27/2004 | **Incident Time :** 00:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier E, Cell 20, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I've been to medical 2 times already because my right testicle is hurting. Dr Tatagari and nurse Maggie on 2 seperate occasions told me there's nothing wrong. Well it still hurts and I would like a sonogram done to be sure that nothing is wrong. The pain is still there.

**Remedy Requested** :

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/06/2004 |
| **Investigation Sent** : 07/06/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount :** | |

EXIBIT A

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** WENZKE, ADAM T | **SBI#** : 00182595 | **Institution** : DCC | |
| **Grievance #** : 4747 | **Grievance Date** : 06/27/2004 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/27/2004 | **Incident Time :** 00:00 | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier E, Cell 20, Top | | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Hastings, Terry L | **Date of Report** 07/06/2004 |

**Investigation Report :**

**Reason for Referring:**

Scheduled to see a doctor next week to address specific complaint. Evaluate need for ultrasound R/O mass?

**Offender's Signature:** Adam Wenzke

**Date** : 7/16/04

**Witness (Officer)** : Terry Hastings RN

*EXIBIT B*

8-1-04

Hi! I SEEN you the other day. And you ASKED ME to WRITE you A REMINDER letter About my RIGHT testical hurting. Sorry to keep bothering you, but Im IN PAIN, And I've been seen 3 different times ALREADY. I would like to have A MAMOGRAM done please !! I've been scheduled to SEE DR. ALIE this week. The other 3 people SAID theres nothing wrong; And there is. Could you please let ME know how I CAN get A MAMOGRAM done. I Also ASKED DR NAQUE IF It could possibly be torsion of the testical AND HE SAID there's no possible WAY.

Thank you FOR YOUR TIME.

Adam Wenyke
#182595
D / EAST

COPY

EXIBIT C

Sept. 16, 2004

Dear Terry Mastings,

I've been moved to the MHU #22 from D/EAST on Sept 7, 2004. What do I have to do to get a sonogram done? Im in pain 95% of the time. Before I left D/EAST I was called to the hospital and was sent back because the guy didn't show up. Could you <u>please</u> check the list again to see If Im on it? Im hurting here, and no one seems to care. I'd appreciate it If you could write me back and let me know something. Thank You For Your Time.

Adam Wenzke
#182595
MHU #22
A L I

COPY

AT 2:00 pm Sept 21, 2004 I went to the hospital for a ultra-sound

## FORM #585

### MEDICAL GRIEVANCE

FACILITY: DEl. Corr. Ctr

DATE SUBMITTED: 10-25-04

INMATE'S NAME: Adam Wenzke

SBI#: #182595

HOUSING UNIT: MHU-22 C Upper 10

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Sept 21, 2004

✱ COPY ✱

TYPE OF MEDICAL PROBLEM:

— I've been in the MHU-22 since Sept. 7, 2004. I've Filed 3 seperate sick calls for various reasons and I have yet to be seen by anyone. It's comeing up on 2 months. Why is it taking so long? — Also, on Sept 21, 2004 I had a ultra sound done on my right testical and I've wrote to the hospital 2 times asking to see the results. No one has contacted me on that issue either. Why not?

GRIEVANT'S SIGNATURE: Adam Wenzke    DATE: 10/25/04

ACTION REQUESTED BY GRIEVANT: I would like to see the results of my ultra sound. And I would like to see a (Doctor or nurse) over here at the MHU-22

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXIBIT E

**FORM #585**

*COPY*

**MEDICAL GRIEVANCE**

FACILITY: DEL. CORR. CTR.

DATE SUBMITTED: 12/8/04

INMATE'S NAME: Adam Wenzke

SBI#: #182595

HOUSING UNIT: MHU-22 C upper 10

CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Sept 21, 2004    Approx 130 pm

TYPE OF MEDICAL PROBLEM:

On Sept. 21, 2004 I had a ultra-sound done on my right testicale because of SEVERE PAIN. I wrote the hospital two times about this and this is my second grievance, because no one answered the one I filed on Oct 25, 2004. I would like to see the results and consult with a doctor About the pain i still have in my right testicale. I'm hurting here!

GRIEVANT'S SIGNATURE: Adam Wenzke    DATE: 12/8/04

ACTION REQUESTED BY GRIEVANT: I would like to see the results to the ultra sound AND consult a doctor About some ADVANCE testing.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

EXIBIT F

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WENZKE, ADAM T | **SBI#** : 00182595 | **Institution** : DCC |
| **Grievance #** : 9988 | **Grievance Date** : 12/08/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/21/2004 | **Incident Time** : 13:30 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 22, Upper, Tier C, Cell 10, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I had an ultrasound done on my right testical because of severe pain. I would like to see the results and consult with a doctor about the pain I still have in my right testicle.

**Remedy Requested** : I would like to see the results to the ultra-sound and consult a doctor about some advance testing.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 12/29/2004 |
| **Investigation Sent :** 12/29/2004 | **Investigation Sent To** : Wolken, Gina |
| **Grievance Amount :** | |

*EXIBIT G*

**Page 1 of 2**

Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WENZKE, ADAM T | **SBI# :** 00182595 | **Institution :** DCC |
| **Grievance #** : 9988 | **Grievance Date :** 12/08/2004 | **Category :** Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 09/21/2004 | **Incident Time :** 13:30 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 22, Upper, Tier C, Cell 10, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Wolken, Gina                    **Date of Report** 12/29/2004

**Investigation Report :**

**Reason for Referring:**

Results of Ultrasound are within normal limits. I will check to see where you are on the list.

1600 - I checked and yours are on the list, will be seen soon. — LS

**Offender's Signature:** _Adam Wenzke_

**Date** : 1-12-05

**Witness (Officer)** : _Kimberly Sammahl (?)_

EXIBIT H
Page 2 of 2

ON FEB. 24, 2005 I WAS TRANSFERED

FROM THE DELAWARE CORRECTIONAL

CENTER, TO HOWARD R. YOUNG

CORRECTIONAL INSTITUDE.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**   H.R.Y.C.I.   (GANDER HILL)

**This request is for (circle one)** (MEDICAL) DENTAL MENTAL HEALTH

ADAM WENZKE                              2·V #16
**Name (Print)**                        **Housing Location**

12/30/68        #182595        7/25/05
**Date of Birth**    **SBI Number**    **Date Submitted**

**Complaint (What type of problem are you having)** I would like to sign up for some
more heartburn pills please. Also this is my second sick
call for A RASH I continue to get every weekend. I've tried
(MiCONAZOLE) AND (Hydrocortizone) It only takes it AWAY for A
→ couple of days And then it comes bACK. I came up from
Adam Wenzke                    7/25/05         DCC AND I HAD A
**Inmate Signature**           **Date**        ULTRA-SOUND DONE ON

**The below area is for medical use only. Please do not write any further**   MY RIGHT TESTICALE.

MUP Scheduled                                  I NEED TO TALK TO
                                               SOME ONE About this
S:                                             because the pain
                                               IS still there.

O: Temp: ____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

                                               Diane told me to just deal with
                                               it because theres nothing she
                                               or I can do about it    Adam Wenzke
A:

P:

E:

**Provider Signature and Title**        **Date**        **Time**

3/1/99 DEOI
Form# MED 263

RECEIVED
JUL 2 6 REC'D
By

EXIBIT I



**FORM #585**

**MEDICAL GRIEVANCE**

*Copy*

FACILITY: **H.R.Y.C.I**    DATE SUBMITTED: **8-6-05**

INMATE'S NAME: **ADAM WENZKE**    SBI#: **182595**

HOUSING UNIT: **2·U #16**    CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: **8-1-05**

TYPE OF MEDICAL PROBLEM:

I WENT TO sick CALL on 8-1-05 AND WAS scheduALED to see DIANE. When I went in to see her for vARious problems, and I ASKED her why she never cAlled me down for treatment for ███████ ██████ I went to see her At leAst 3 weeks before my lAst visit with her And she told ME she would cAll mE in A week- AND NEVER DiD! Now she told mE I won't be treAted until the fAll. ThAt is very unprofessional of her. Also I hAve pAin in my right testicAle from time to time. When I wAs At D.C.C I hAd A ultrA-Sound done on (Sept 21, 2004)

GRIEVANT'S SIGNATURE: *Adam Wenzke*    DATE: **8-6-05**

ACTION REQUESTED BY GRIEVANT: TreAtment for ███████████, further testing for pAin in right testicAl AND A copy of my lAst sick CAll slip which I never recieved.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXIDIT I



**FORM #585**

**MEDICAL GRIEVANCE**

*Copy*

FACILITY: __N.R.Y.C.I__

INMATE'S NAME: __ADAM WENZKE__

HOUSING UNIT: __2.U #16__

DATE SUBMITTED: __8·6·05__

SBI#: __182595__

CASE #:_____

_____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

Im still having pain In my Right testicale. I would like to have A new 3-D ultra-sound or A MRI. Also I ASKED Diane to give me A copy of my latest sick call for my Records because the INfirmary Never sent me one and she Refused And said they mailed me one Already. I Never Recieved one through In House mail so I would like A copy please. Thank you for your time

GRIEVANT'S SIGNATURE: _Adam Wenzke_    DATE: __8·6·05__

ACTION REQUESTED BY GRIEVANT: TREATMENT FOR ~~████~~ & further testing for pain In & Right testical And A copy of my last sick call slip which I never Recieved.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXIBIT K

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:              Adam Wenzke                    2·v

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:           8-9-05

RE:                MEDICAL GRIEVANCE # 05-16058

Please be advised that your medical grievance has been received in the office

of the Grievance Chair. In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis. Thank you for your patience.

EXIBIT  L

October 15, 2005

DEAR INFIRMARY,

I FILED A MEDICAL GREIVANCE on August 6, 2005. A couple weeks later I had the hearing. The woman told me I would be seeing A DOCTOR the following week.

It's been At least 6 weeks since then AND I haunt SEEN any one yet.

Could you please tell me how much longer this is going to be? Im in pain here AND I Also NEED TREATMENT.

Please contact me when you get the time. Thank you so much. "God Bless"

ADAM WENZKE
#182595
J.U #16



The GRIEVANCE woman convinced me to SIGN OFF on the GRIEVANCE AND PROMISED ME I WOULD BE SEEN.
EVIBIT M

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**     H.R.Y.C.I.     (GANDER HILL)

**This request is for (circle one)** (MEDICAL) DENTAL  MENTAL HEALTH

ADAM WENZKE                    2·V  16
_____        _____
Name (Print)                   Housing Location

12/30/68        #182595        1/19/06
_____   _____    _____
Date of Birth   SBI Number     Date Submitted

Complaint (What type of problem are you having) Every now and then I
get sharp pains in my right testicale. I need
a 3-D sonogram or a MRI.

Adam Wenzke                    1/19/06
_____        _____
Inmate Signature               Date

The below area is for medical use only. Please do not write any further

Appt scheduled c̄ nurse sick call

**S:** _____

_____

_____

**O:** Temp: _____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

_____

_____

**A:** _____  I was seen on 3/04/06
                                  by DR TADEU
_____

**P:** _____  Ultra sound ordered
                                  for Right bicep and
_____

**E:** _____  right testical.

_____

_____


**Provider Signature and Title** _____  **Date** _____  **Time** _____

3/1/99 DE01
Form# MED 263

EXIBIT  N

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**   H.R.Y.C.I.   (GANDER HILL)
**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

ADAM WENZKE                          2.S   #16
**Name (Print)**                     **Housing Location**

12/30/68   #182595        5/10/06
**Date of Birth**   **SBI Number**   **Date Submitted**

**Complaint (What type of problem are you having)** I'm having heat flashes a
couple times a week. I also have a bump under my
skin just below the sternum and it hurts every
now and then.

Adam Wenzke                    5/10/06
**Inmate Signature**            **Date**

**The below area is for medical use only. Please do not write any further**

Scheduled for a doctor

**S:** _____                    * 5/23/06 SEEN by Dr. Dorosier
_____ Anti biotics                        prostate exame
                                                  EXAMINED right testical
                                                  CALL back in 2 weeks
**O:  Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____
                                                  * For note on next page

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**     **Date**     **Time**

3/1/99 DE01
Form# MED 263

MAY 11 2006

EXIBIT O

MAY 10, 2006

Dear Infirmary,

On MARCH 4. 2006 I saw doctor Tadeo. She examined me and told me she would order a sonagram test for my right testical, and for a lump type growth on my right bicept.

It's been over 2 months and Im In pain here. Could someone tell me what's going on please ?

Thank You For Your Time.

God Bless

Adam Wenzke
#182595
2 S #16

Scheduled qradoctr

SEEN BY DR DOROSIER on 5/23/06
\* PROSTATE EXAME
\* EXAMINED Right testical

Put on Anti biotics for 2 weeks and their going to call me back

MAY 11 2006

EXIBIT P

※ COPY ※

EXIBITE

his many and Brother people from
the medical staff said all they can
do is give me aspirin for pain. —

I insisted that they let ERANGOSTEEL
look at the ultra-sound and we'll go
by his recomendation. They didn't
want to but they finally agreed.

AT LEAST, THATS
WHAT THEY
TOLD ME
" A LIE "

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _HRYCI_

INMATE'S NAME: _ADAM WENZKE_

HOUSING UNIT: _2.5_

DATE SUBMITTED: _9/30/06_

SBI#: _182595_

CASE #:_____

once again they tried to brush me
off with more can't do nothing
ecept give me aspirin for pain.

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _7-7-04_ until _9-30-06_

TYPE OF MEDICAL PROBLEM:

I've been complaining that I have sharp pains at the top of
my right testical for over 2 years. I've been seen numerous
times about this but nobody is actually doing any thing about it
One 3/04/06 Dr Tadeo told me she ordered a uttru
sound after her my exam. That never happened. On 5/10/06
DR. Dorosier examened the problem and put me on anti biotics
for 2 weeks. She said they would call me in 2 weeks and
that never happened either. Now Im in pain again and
Im tired of being ignored by the medical staff.

GRIEVANT'S SIGNATURE: _Adam Wenzke_     DATE: _Sept 30, 2006_

ACTION REQUESTED BY GRIEVANT: _I would like a 3-D ultra sound or
a MRI by a specialist._

DATE RECEIVED BY MEDICAL UNIT: _____

HEARD **2-11-07**
Appealed

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## Multi-Purpose Criminal Justice Facility
### Inter-Dept. Memo

*9/30/06*
*GRIEVANCE*

TO: *Adam Wenzke 2 ST*

FROM: Sgt. M. Moody, Inmate Grievance Chair

DATE: *10/10/06*

RE: MEDICAL GRIEVANCE # *06 - 72003*

Please be advised that your medical grievance has been received in the office

of the Grievance Chair. In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis. Thank you for your patience.

EXIBIT R.

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date:01/12/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI# : 00182595 | Institution : HRYCI | |
| Grievance # : 72003 | Grievance Date : 09/30/2006 | Category : Individual | |
| Status : Unresolved | Resolution Status : | Resol. Date : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/30/2006 | Incident Time : | |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2T, Cell 5, Bed A | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I've been complaining that I have sharp pains at the top of my right testical for over 2 years. I've been seen numerous times about this but nobody is actually doing anything about it. On 3/4/06 Dr. Tadeo told me that she ordered a ultra sound after my exam. That never happened. On 5/10/06 Dr. Dorosier examined the problem and put me on antibiotics for 2 weeks. She said they would call me back in 2 weeks and that never happened either. Now Imp in pain again, and I'm tired of being ignored by the medical staff.

**Remedy Requested** : I would like a 3d ultra-sound or a MRI by a specialist.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 10/09/2006 |
| **Investigation Sent :** 10/09/2006 | **Investigation Sent To** Altman, Scott |
| **Grievance Amount :** | |

ON October 9, 2006 MR Alton came to T-Pod AND ASKED ME why I KEEP writing the INF. AND Filing grievances. I explained the PRoblem IN detail and HE STATED TO ME EVERYBODY'S TESTICALS HURT FROM Time to Time that's Just how it is. Also tels ME TO STOP writing Frivilous grievances.

( 4 DAYS LATER )

WAS SEEN October 13, 2006 By Doctor Coosley. HE EXAMINED ME AND FINALLY SCHEDULED ME TO SEE A Urologist - ThANK GOD (FOUND A small mASS)

Page 1 of 4

EXIBIT S

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 01/12/2007

## INFORMAL RESOLUTION



| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI# : 00182595 | Institution : HRYCI |
| Grievance # : 72003 | Grievance Date : 09/30/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/30/2006 | Incident Time : |
| IGC : Moody, Mary | Housing Location :Building 1, East, Floor 1, Pod 2T, Cell 5, Bed A | |

| INFORMAL RESOLUTION |
|---|
| Investigator Name : Altman, Scott                                    Date of Report  10/09/2006 |
| Investigation Report : Seen 5/23/06; states pain has reocurred since then without improvement; has not submitted SC slips since; will be scheduled for evaluation on 10/13/06 |
| Reason for Referring: |

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

EXIBIT T

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 01/12/2007



## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI# : 00182595 | Institution : HRYCI |
| Grievance # : 72003 | Grievance Date : 09/30/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/30/2006 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2T, Cell 5, Bed A | |

### IGC

**Medical Provider:**                          **Date Assigned**

**Comments:**

[x] Forward to MGC          [] Forward to Medical Provider          [] Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC : 10/10/2006

[ ] Offender Signature Captured          Date Offender Signed          :

EXIBIT- 11

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 01/12/2007



## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WENZKE, ADAM T    **SBI#** : 00182595    **Institution** : HRYCI

**Grievance #** : 72003    **Grievance Date** : 09/30/2006    **Category** : Individual

**Status** : Unresolved    **Resolution Status:**    **Inmate Status :**

**Grievance Type:** Health Issue (Medical)    **Incident Date** : 09/30/2006    **Incident Time :**

**IGC** : Moody, Mary    **Housing Location :** Building 1, East, Floor 1, Pod 2T, Cell 5, Bed A

### MGC

**Date Received :** 10/10/2006    **Date of Recommendation:** 01/11/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Bradley, Betty | Uphold |
| Staff | | Butcher, Nechelle D | Uphold |
| Staff | | Mowbray, Stephanie | Uphold |

### VOTE COUNT

**Uphold :** 3    **Deny :** 0    **Abstain :** 0

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

MGC convened Thursday, 1/11/07

The Committee recommends that the grievance be upheld. I/M Wenzke has been seen by an outside specialist and an ultrasound has been conducted. I/M Wenzke case is being reviewed by the doctor for follow up with the urologist. I/M Wenzke refused to sign, appealed.

EXIBIT V

My Appeal

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 01/18/2007

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WENZKE, ADAM T | **SBI#** : 00182595 | **Institution** : HRYCI |
| **Grievance #** : 72003 | **Grievance Date** : 09/30/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/30/2006 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, East, Floor 1, Pod 2T, Cell 5, Bed A | |

| APPEAL REQUEST |
|---|

Appeal dated 1/16/06, received in the IGC's Office on 1/17/07:

I'm tired of getting brushed off by the Medical Staff. I've got really severe sharp pains on top of my right testicle. I have also been telling the Medical Dept. this problem for over 2 1/2 years. I would like to see the Urologist I seen before and go over my ultrasound results.

I know I have a cyst on each testicle but the right one has been killing me for years. I think I need better treatment options than HRYCI Medical Department telling me all we can do for you is give you Motrin or Tylenol. I'm in pain 90% of every day. Somebody please do something about this. Thank you for your time.  Take care and God Bless!
Signed Adam Wenzke

| REMEDY REQUEST |
|---|

**Page 4 of 6**

EXIBIT W

Copy

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**　　H.R.Y.C.I.　　(GANDER HILL)

**This request is for (circle one):** MEDICAL　DENTAL　MENTAL HEALTH

_ADAM WENZKE_ 　　　　　　　_2-T_
Name (Print)　　　　　　　　　Housing Location

_12/30/68_ 　　_# 182595_ 　　_12/26/06_
Date of Birth　　　　SBI Number　　Date Submitted

**Complaint (What type of problem are you having)** _I had a ultra-sound done on 12/18/06. I would like to know what are my options, because I'm still in PAIN._

_Adam Wenzke_ 　　　　_12/26/06_
Inmate Signature　　　　　Date

**The below area is for medical use only. Please do not write any further**

S:_____ _SEEN BY PA mike_
_____ _Rusults not IN yet!_

O:　Temp: _____　Pulse: _____　Resp: _____　B/P: _____　WT: _____
_____
_____
_____

A: _____
_____

P: _____
_____

E: _____
_____
_____

_____　_____　_____
**Provider Signature and Title**　　**Date**　　**Time**

**3/1/99 DE01**
**Form# MED 263**

EXIBIT　X



# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.    (GANDER HILL)

**This request is for (circle one):** **MEDICAL** DENTAL MENTAL HEALTH

ADAM WENZKE                              2-T
**Name (Print)**                         **Housing Location**

12/30/68            182595            Jan. 7, 2007
**Date of Birth**        **SBI Number**       **Date Submitted**

**Complaint (What type of problem are you having)** ON 12/18/06 I HAD A UTTRA-SOUND

DONE on my right testicale . I'm still in sever PAIN AND I NEED TO

SEE the RESULTS AND CONSULT A DOCTOR . I AlSO NEED TO RENEW my

heART bURN pill supply if possible

Adam Wenzke                    Jan 7, 2007
**Inmate Signature**                  **Date**

**The below area is for medical use only. Please do not write any further**

---

**S:**                              Told PA Mike I WAND grievance
                                    hearing on 1-11-07 concerning
                                    my problem.

**O: Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**       **Date**        **Time**

3/1/99 DE01
Form# MED 263

EXIBIT Y

＊ COPY ＊

2nd slip!

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.    (GANDER HILL)
**This request is for (circle one):** MEDICAL  DENTAL  MENTAL HEALTH

_ADAM WENZKE_                           _J-T_
Name (Print)                            Housing Location

_12/30/68_        _#182595_            _FEB. 12, 2007_
Date of Birth     SBI Number           Date Submitted

**Complaint (What type of problem are you having?)** I NEED ~~███████~~ AGAIN.
I also NEED heart burn pills, Tylenol for PAIN IN RIGHT TESTICLE
Allergy pills for RUNNY NOSE, AND my left toE KEEP getting
infected.

_Adam Wenzke_                _2/12/07_
Inmate Signature              Date                    GAVE to Ester when
**The below area is for medical use only. Please do not write any further**   she came up for
                                                                              medication call

S: _____

O:  Temp: _____  Pulse: _____  Resp: _____  B/P: _____  WT: _____
_____

A: _____

P: _____

E: _____

**Provider Signature and Title**        **Date**        **Time**

3/1/99 DE01
Form# MED 263

EXHIBIT-7

※ <u>Copy</u> ※

MARCH, 11 2007

Stephanie Mowbray

On Jan 11, 2007 I had A MEDICAL GRIEVANCE HEARING. You told me they were going to SEND ME BACK to the UrologisT TO GO OVER the RESULTS FROM my ultra-sound on Dec 18, 2006.

It's been 2 months since then. What's taking so long? I'm still in pain here. I also SAW Dr. Smith on March 9. 2007 on a unrelated problem AND HE ORDERED another ultra-sound. Why am I not dealing with the UrologisT I SAW on Nov, 16 2006? Can someone please tell me whats going on?

Thank you for your time

Adam Wenzke
# 182595
2-T # 5

COPY

EXIBIT A-1

＊ COPY ＊

March 24, 2007

Stephanie Mowbray,

On Jan. 11, 2007 I had a medical grievance
hearing. You told me they were going to send me
back to the Urologist to go over the results from my
ultra-sound on Dec. 18, 2006.

It's been over 3 months since then. What's taking
so long? I'm still in pain here. I also saw Dr. Smith
on Mar. 9, 2007 on a unrelated problem and he ordered
another ultra-sound. Why am I not dealing with
the Urologist I saw on Nov 16, 2006? Can someone
please tell me what's going on?

This is my second letter to you about this...

Thank you for your time.

Adam Wenzke
#182595
2-T #5

＊ COPY ＊

EXIBIT A-2

✳ COPY ✳

SGT.
~~Gross~~ Moody

April 19, 2007

On January 11, 2007 I appealed my grievance from 9/30/06. At the hearing

You all told me I would be sent back to the Urologist for a consult and review the results from the ULTRASOUND. It's been over 3 months. I'm patiently waiting, but I'm also in pain most of the time. Can you please check on this for me!

Thank you for your time.

Adam Wenzke
#182595
2T - 5

EXIBIT A-3

*Copy* *Copy*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I.    (GANDER HILL)

**This request is for (circle one)** MEDICAL  DENTAL  MENTAL HEALTH

ADAM WENZKE _____    2T _____
_Name (Print)_                   _Housing Location_

12/30/68 _____  182595 _____  April 19, 2007 _____
_Date of Birth_    _SBI Number_    _Date Submitted_

**Complaint (What type of problem are you having)** I NEED TO START ~~[redacted]~~

I NEED SOME HEART BURN PILLS, SOME Tylenol "Renewed" FOR PAIN
IN Right testical, AND SOME yellow pills for my Allergies. This
is my second slip because no-one called me for the other one

Adam Wenzke _____    April 19, 2007 _____
_Inmate Signature_               _Date_

**The below area is for medical use only. Please do not write any further**

**S:** _____

**O: Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 263

EXIBIT  A-4

April 19 2007

WARDEN'S OFFICE,

I'm sorry to bother you over my MEDICAL SITUATION, but I need some help "please." On Oct 13 2006 I was examined by Dr Conoley. I've been having severe pain in my right testicle for a while now. Dr Conoley scheduled me to see a Urologist. On Nov. 16, 2006 I was taken to see the Urologist and he examined me and said I have a small ~~MASS~~ on my right testicle. He also ordered a ultra-sound and told me after that, he would bring me back for a consult and further treatment.

On Dec 18, 2006 I had a ultra sound. The man who did it told me I've got a small mass on both testicles which ~~later~~ ~~turned out to be~~ were probably cysts, so he says. On Jan 11 2007 I had a grievance hearing from a grievance I filed on Sept 9, 2006 about me being in severe pain. I also told them what the "Urologist" doctor said. I appealed the grievance because they said I could see a prison doctor~~Again~~ instead of the Urologist. (I've seen at least 7 prison doctors already) On Mar 9, 2007 I saw Dr Smith down the infirmar I told him my situation and he said don't worry about it and he ordered another ultra-sound. I really need to see the Urologist again and some-one to go over my ultra-sound results with me so I can discuss further treatment. Could you please check into this for me when you have some extra options time? I'm in pain here, All the time.

Thank You For Your Time

Adam Wenzke

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        I/M Adam Wenzke, sbi#182595, 2T Pod

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      4/24/07

RE:        Correspondence dated 4-19-07

Please be advised that this office is in receipt of your letter regarding the status of your medical grievance 06-72003. According to the Medical Grievance Committee's recommendation, your case was to be reviewed by the doctor for follow up with the urologist. A copy of the recommendation was sent to you along with the appeal packet. Your grievance is currently pending a decision from the Bureau Chief. Once a decision has been received in this office, you will be notified.

Cc:        file

EXHIBIT A-la



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*          *Adam Wenzke, 182595*
                  *T Pod*

*FROM:*      *Warden Raphael Williams*

*DATE:*       *April 20, 2007*

*SUBJ:*        **YOUR RECENT CORRESPONDENCE**

   *I have asked Mr. Jim Welch, Director of the Health Care Services, to review your chart
and take appropriate action.*

*RW:adc*

### *DISTRIBUTION*

*Jim Welch, Health Care Services*
*File*

EXIBIT  A - 7

EXIBIT A-8

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

April 25, 2007

Inmate WENZKE ADAM T
SBI # 00182595
HRYCI Howard R.Young Correctional Institution
WILMINGTON DE, 19809

Dear ADAM WENZKE:

We have reviewed your Grievance Case # 72003 dated 09/30/2006.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

EXIBIT A-8

✶ COPY ✶

4/28/07

MR Jim Welch,

I Just Recieved a letter from Bureau Chief Richard Kearney stating they upheld my grievance appeal. Does this mean you will send me back to the Urologist? Im in pain all the time, something needs to be done about my situation. I've been pleading with the medical dept for close to 3 years about this problem. Why do you all keep ignoring me? I need help with this immediatly! Please write me back or call me down to the infirmary to let me know what's going on please!

ADAM WENZKE
#182595
2-T #5

※ COPY ※

5/10/07

Mrs Stephanie Mowbray,

I JUST RECENTLY RECIEVED A Letter from my the BUREAU Chief STATING THAT they upheld my APPEAL REQUEST TO BE SEEN AGAIN BY THE Urologist. ARE you going to RE-SCHEDUAL me ? I'm IN SEVERE PAIN ALL The time. I'm pleading with you to ANSWERE my letters or call me DOWN TO THE INFIRMARY AND let me know something, please!

Thank you for your Time

ADAM WENZKE
#182595
2-T #5

※ COPY ※

EXIBIT A-10

✳ COPY ✳

6/15/07

Mr. Jim Welch

On 4/25/07 I recieved a letter from the Bureau Chief, Richard Kearney stating that he upheld my grievance appeal request to return back to the Urologist and be seen again. What's going on with my situation? I keep writing everyone in this place and no one is answering any of my letters including you. I'm in pain here and I need some help. Can you please write me back or call me down to medical and let me know something.

Thank you for your Time

Adam Wenzke
#182595
2-T #5

✳ COPY ✳

Exibit A-11

*COPY*

August 5, 2007

DEAR MRS MOODY,

On April 25, 2007 I RECIEVED A LETTER FROM THE Bureau Chief, Richard Kearney. HE STATED THAT THEY upheld my appeal request. I'm SURE you HAVE A copy in my file. It's been four months since then And Nobody has called me or said Anything about going to see the Urologist again. I've wrote to MR. Jim Welch[2x], STEPHANIE MOWBRAY, And the WARDEN, Who REFERRED IT TO MR. Jim Welch Again. No one has contacted me AT All.

Could you please check on this for me. I've been complaining About This for over 3 years And No one is helping me.

PLEASE write me bACK

ADAM Wenneke
#182595
2T #5



EXIBIT A-12

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          I/M Adam Wenzke, sbi#182595
             2T Pod

FROM:        Sgt. Moody, Inmate Grievance Chairperson

DATE:        8/8/07

RE:          Correspondence dated 8/5/07

Please be advised that this office is in receipt of your letter regarding grievance #72003.
On your behalf, a copy of this letter and the grievance will be forwarded to Health
Services Administrator for review and any action deemed appropriate to address your
concern.

Cc:          Chris Williams, Health Services Administrator
             A. Major Parker, Security Superintendent's Office
             file

EXIBIT A-13

✳ COPY ✳

HEALTH SERVICE ADMINISTRATOR                    8/24/07
DEAR Chris Williams,

Sorry to bother you sir, but I'm having problems with your staff. Over the last 3 years I've been complaining about pain in my right testical. I've had 2 ultra sounds during this time which the Dr that did the first one said it was normal. The Technician that did the second one 2,3 years later told me I had a mass on both testicals.

I wrote the warden, Mr. Jim Welch, Mrs. Stephanie Mowbray and was seen by several Dr.'s on your staff. Everyone keeps telling me It's normal and gives me aspirin. It's not normal!

I'm in severe pain most of the time. I've also been complaining about this problem for over 3 years. Aspirin will only do so much with this problem, I need those masses removed surgicaly. I'm sorry to keep bothering you all about it but I can't take it no more. Please help me with this. Please write me back and let me know if I can see the Urologist again to go over the ultra sound results. Please, Somebody do something for me, I'm hurting here!

Thank you for you Time - Take Care
&
God Bless

Adam Wenzke
#182585
2-T #5

EXIBIT A-14

ON SEPT. 11, 2007 I WAS
TRANSFERED FROM HOWARD R.
YOUNG CORRECTIONAL INSTITUTE
BACK TO THE DELAWARE
CORRECTIONAL CENTER.

UROLOGIC SURGICAL ASSOCIATES
OF DELAWARE

Oct 14, 2007

To Whom It May Concern,

On Nov 16, 2006 I was brought to your office from Howard R. Young Correctional Institute, 1301 E 12th St. Wilm, DE. 19809

I was seen by one of these two doctors Francis J. Schanne, MD or Thomas J. Desperito, MD I really cant remember who it was, but I came to you all for pain in my right testical. I was examined and was told I had some sort of mass on top of my right testical. That doctor told me I needed a ultra sound because there was a chance I could lose that testical depending on how bad the situation was. So he ordered a ultra-sound and told me after he reads the results he would bring me back for a consult and treatment or ^options operation if need be.

I was then taken back to prison. On the following month Dec. 18, 2006 I was called to the prison infirmary and given a ultra-sound by a man named Mike. He told me I had a mass on top of my right testical. He also decided to check the left one as well, and there was a mass on that one too!

I told him every now and again I had small pains in the left one but severe pains in the right one 80% to 90% of the time. Mike said when the doctor read the results he would see me again as a p. and that the masses were probably cysts.

EXIBIT A-15

✳ COPY

PREVIOUSLY, I WENT TO A PRISON GRIEVANCE HEARING. They SAID They would SEND THE RESULTS TO THE UROLOGIST AND I COULD GO BACK AND SEE HIM too! I DIDN'T Believe them so I Appealed the grievance TO The BUREAU Chief of PRISONS (Richard KEARNEY) AND HE ~~they~~ upheld my ARGUMENT on Appeal.

SO, MY QUESTION TO YOU IS, DID STEPHANIE MOWBRAY OR ANY ONE ELSE AT THE PRISON SEND YOU THE RESULTS TO THE ULTRA-SOUND?

DID They Also Recomend that I RETURN TO your OFFICE BECAUSE I COULD LOSE A TESTICAL THE LONGER WE WAIT?

IF They did - Why HAVN'T YOU ALL CALLED ME BACK? I'M IN SEVERE PAIN ALL THE TIME

IF They did NOT — CAN you PLEASE CONTACT ME AT THE DELAWARE CORRECTIONAL CENTER Bldg #2 1181 PADDOCK ROAD, Smyrna, DE, 19977 AND let me Know Something. (I WAS JUST RECENTLY TRANSFERED HERE.)

CAN you Also CONTACT THE PRISON MEDICAL DEPT. I would NOT BE Bothering you ALL with this but I'M Dying HERE. The PAIN some times is unbearable. Also, MEDICAL IS ONLY GIVING ME ASPRIN 2 X A DAY AND That's NOT working. I been complaining About this for over 3 YEARS PLEASE Contact the PRISON MEDICAL OR Richard KEARNEY the BUREAU Chief. And please write me back AND let me know who the DOCTOR IS AND WHAT else I CAN DO ABOUT This mess. THANK you so much for your TIME SORRY TO Bother you

TAKE CARE AND GOD Bless    TRUEly
                                      ADAM Wenzke

Sincerely

**FORM #585**

**MEDICAL GRIEVANCE**

✳ COPY ✳

FACILITY: _DEL. CORR. CTR._

INMATE'S NAME: _ADAM WENZKE_

HOUSING UNIT: _SHU 19_

DATE SUBMITTED: _Nov 4, 2007_

SBI#: _182595_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _OVER THE LAST 3½ YEARS_

TYPE OF MEDICAL PROBLEM:

_I CAME FROM HRYCI on Sept 11, 2007. I WAS placed IN Bldg #21 where my Self meds WERE TAKEN AND THE NURSE STARTED BRINGING THEM TO my cell. IN THE A.M. I WAS getting 80 mg PROZAC, 300 mg ZANTAC & Tylenol, AND 1 CTM. DURING THE P.M. I WAS getting 2 Tylenol AND 1 CTM. Now the only thing I'm RECIEVING, Is 80 mg PROZAC IN th A.M. "That's IT" I WENT TO THE HOLE FOR 15 days where I turned IN 2 SEPERAT SICK CALLS IN Bldg #1P I CAME out of The HOLE TUESDAY night Oct 30, 2007 I'M NOW IN SHU #A AND I haven't gotten Any Tylenol 2 pills 2 TIMES A DAY AND NO heartburn_

GRIEVANT'S SIGNATURE: _Adam Wenzke_   DATE: _Nov 4, 2007_

ACTION REQUESTED BY GRIEVANT: _PLEASE RENEW my Tylenol for 2 pills 2x A DAY AND RENEW 300 mg ZATAC 1x A DAY. I No Longer NEED THE CTM. TAKE CARE AND God Bless._

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXIBIT A-17

page 2 of 2

\* COPY \*

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _DEL. CORR. CTR._

INMATE'S NAME: _ADAM WENZKE_

HOUSING UNIT: _04LL 19_

DATE SUBMITTED: _Nov 4, 2007_

SBI#: _182595_

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _OVER THE LAST 3½ YEARS_

TYPE OF MEDICAL PROBLEM:

_pills AT ALL. No one called me for sick call either. I have ACID REFLUX REALLY BAD I NEED ZATAC EVERY day. Also I've been complaining about PAIN IN RIGHT TESTICLE FOR YEARS because of 2 cysts DOWN THERE. The Tylenol only helps JUST A little, but I NEED IT. IM SUFFERING EVERY DAY AND IN SEVER PAIN 80% to 90% of the time. Why do you KEEP ignoring my plea's FOR help? All of your NURSES KEEP telling me I'll check, I'll check, but No one is doing ABSolutly NOTHING ABOUT IT. The last time I RECIEVED ANY Tylenol, ZATAC, CTM was on Oct 18. I JUST CAN'T TAKE it ANY MORE. PLEASE DO something PLEASE._

GRIEVANT'S SIGNATURE: _Adam Wenzke_    DATE: _Nov 4, 2007_

ACTION REQUESTED BY GRIEVANT: _page 1_

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXIRIT A-18

Page 1 of 2

✳ COPY ✳

Nov 18, 2007

DEAR FRANCIS J. SHANNE M.D.,

I'M SORRY TO BOTHER YOU AGAIN ABOUT THIS BUT
I CAN'T TAKE IT NO MORE. THIS IS MY SECOND LETTER
TO YOU. MY MOTHER TOLD ME SHE TALKED TO YOU, AND
YOU DID'NT RECIEVE MY FIRST LETTER. I WAS BROUGHT
TO YOU FROM HRYCI A PRISON IN WILMINGTON ON NOV. 16 2006.

YOU ORDERED A ULTRA SOUND AND I WAS SUPPOSED TO
COME BACK TO YOU FOR A FOLLOW UP, BUT THE PRISONS MEDICAL
TEAM KEPT LIEING TO ME ABOUT IT. I HAD A GRIEVENCE
IN AT THE PRISON — AT THE HEARING, THEY SAID I COULD
COME BACK TO SEE YOU, AFTER I BEGGED THEM FOR
20 minutes. I still didn't believe them because they lied
to me many times before. I APPEALED THE MEDICAL
grievence TO THE BUREAU CHIEF OF PRISONS- RICHARD
KEARNEY upheld my ARGUMENT ON THAT APPEAL.

ON DEC. 18, 2006 I WAS CALLED TO THE INFIRMARY
TO HAVE A ULTRA-SOUND BY A TECHNITION NAMED MIKE,
PER YOUR REQUEST. HE SAID I'VE GOT A MASS ON TOP
OF MY RIGHT TESICLE. Then he decided to check the
Left one AND there WAS A MASS on that one AS
well.

I told him every now and then I HAVE SMALL PAINS
IN the Left one but SEVERE PAIN IN THE RIGHT ONE
80 to 90% of the time. Mike said they were probably
CYST'S, AND WHEN THE DOCTOR SEE'S THE ULTRA-SOUND
RESULTS HE will CALL ME back IMMEDIATLY FOR A
follow up or some kind of TREATMENT (SURGICALLY)
STEPHANIE mowbray ~~the scheduling lady~~ AT THE PRISON NEVER SHOWED YOU the
ULTRA-SOUND RESULTS. I'VE BEEN SITTING IN HERE FOR
the last YEAR WAITING TO SEE YOU AGAIN, AND I'VE
BEEN COMPLAINING ABOUT This problem FOR 3 YEARS AND
6 months. I CAN'T TAKE the PAIN No longer. It's killing

EXIBIT A-19

✳ COPY ✳

AND SEE IF They will give ME ANOTHER APPOINTMENT
with you? OR, CAN you CALL the BURAEU of PRISONS
(RICHARD KEARNEY) AND tell him the problem. HE AlREADY
UP held MY MEDICAL GRIEUENCE but The MEDICAL DEPARTMENT
is IGNORING MY PLEA's FOR help. All they give ME is
ASPRINE. That's NOT WORKING FOR The CONSTANT suffering I'M
IN. I NEED your help NOW. I'M locked IN A JAIL
CEll All THE TIME IN A DIFFERENT PRISON NOW, But the
SAME MEDICAL DEPARTMENT RUNS this one Too. I JUST CAN'T
TAKE it NO MORE. I NEED this thing REMOVED. PlEASE
CAll these people AND PRESS The ISSUE FOR ME. I NEED
SOMEONE to help ME because CORRECTIONS MEDICAL SYSTEM
AT the PRISON is DOING ABSOLUTELY NOTHING.

      I WOULD APPRICEATE IF you COULD WRITE bACK AND
let ME know SOMEThing, ANYthing PlEASE!
      THANKS AGAIN FOR you time. TAKE CARE AND GOD BlESS

                    ADAM Wenzke #182595
                    D.C.C.  JHU #19
                    1181 PADDOCK ROAD
                    SMYRNA, DE  19977

EXIBIT  A-2A

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name **Wenzke  Adam**          SBI # **182595**

(Last, First, MI)

Facility **DCC**          Date **12/20/07**

| | | |
|---|---|---|
| ✓ | Chargeable Visit | $4.00 |
| | Non Chargeable Visit | -0- |
| | Medication Handling Fee ($2.00 X ____) | $_____ |

### Total Amount Charged To Inmate Account          $ 0

Health Care Staff Signature: **KC**

---

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____          Date: **12/20/07**

1) *Witness Signature: _____          Date: _____

2) *Witness Signature: _____          Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office          Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR          ( EXIBIT A-21 )

(C:Copay.96:Form.4)

*DR. DOROSIER EXAMINED BOTH TESTICALS. SAID she felt fluid in SCROTUM. ALSo, SAID SHE WOULD CALL ME bACK IN 6 WEEKS.*

ON JAN 11, 2008 I WAS
TRASPORTED TO (M.D.I.) MID-DELAWARE
IMAGES FOR A THIRD ULTRA-SOUND.
TECHNICION SAID I HAD NUMEROUS
MASSES AND WOULD BE INFORMED AT
A LATER DATE AFTER A DOCTOR
EXAMINED THE TEST RESULTS.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED UPON ALL PERSONS LISTED BELOW A TRUE AND CORRECT COPYS OF PLAINTIFF'S EXIBITS A THRU Z, AND EXIBITS A-1 THRU A-21 AS EVIDENCE, IN U.S. DISTRICT COURT. Civil Action No. 07-504-*** THIS DAY BY REGULAR MAIL.

DEPARTMENT OF JUSTICE
CARUEL STATE OFFICE Building
820 N. FRENCH ST.
Wilm, DE 19801

OFFICE of the CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. (LockBox 18)
Wilm, DE 19801-3570

JAN. 15, 2008
DATE:

Adam Wenzke
NAME:

I/M: ADAM WENZKE
SBI# 182525 UNIT 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





PETER T. DALLEO — CLERK
U.S. DISTRICT COURT
844 KING ST. (LOCKBOX 18)
WILMINGTON, DE
19801

LEGAL MAIL

X-RAY