IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Adam Wenzke, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 07-504-MPT |
| ) | |
| Correctional Medical Services, et al. ) | |
| ) | |
| Defendants. ) | |

# SEALED MEDICAL RECORDS FOR DEFENDANT WELCH'S OPPOSITION TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF [DI 23]