Jan 28, 2008

Dear Clerk,

I have a question for you. Whenever I file a motion, do I have to send copies to: Clerk, Judge, District Attorney and all the rest of the defendants?

I would just like to know so I can do it right for the Court. Thank you for your time. Take Care & God Bless.

Adam Wenzke #182595
D.C.C. Bldg. C
1181 Paddock Road
Smyrna, DE
19977

2 Copies
 1 For The Clerk
 1 For The Judge MPT

