OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 1, 2008

TO:  Adam Wenzke
     SBI# 182595
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   *RE:   Response to Letter Dated 1/30/08; 07-504(\*\*\*)*

Dear Mr. Wenzke:

   This office received a letter from you regarding questions in reference to service on counsel. Please be advised that motions need to be served on opposing counsel, this can be referenced in District Court of Delaware Local Rules of Civil Practice and Procedure 5.2(b)(2).

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc:  The Honorable Mary Pat Thynge