| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ADAM T. WENZKE | CA 07-504 XXX-SLR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CORRECTIONAL MEDICAL SYSTEMS | ORDER / COMPLAINT |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL MEDICAL SYSTEMS (HEALTH CARE PROVIDER)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
HRYCI 1301 E. 12th ST.  Wilm, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ADAM T. WENZKE #182595
D.C.C. Bldg. #21
1181 PADDOCK ROAD
SMYRNA, DE 19977

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Adam T. Wenzke
TELEPHONE NUMBER: 
DATE: 10/10/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 15
District to Serve No. 15
Signature of Authorized USMS Deputy or Clerk: DF
Date: 1/15/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Marge Slack, Admin Assistant

Address (complete only if different than shown above):
1201 College Park Drive, Suite 102
Dover, DE 19904

Date of Service: 2/28/08
Time: 12:55 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

2008 MAR -4 AM 9:40 FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|