UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM WENZKE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CORRECTIONAL MEDICAL SYSTEMS, )<br>DR. TADEO, DR. DOROSIER, )<br>MR. ALTON, DR. SMITH, )<br>MR. JIM WELCH, BETTY BRADLEY, )<br>NECHELLE D. BUTCHER, and )<br>STEPHANIE MOWBRAY, )<br>)<br>Defendants. ) | Case No. 007-504 SLR<br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendants Correctional Medical Services[1], Scott S. Altman[2], Dr. Desrosiers[3], Betty Bradley, Nechelle Butcher, and Stephanie Mowbray,   This entry of appearance is not a waiver of any defense available to Correctional Medical Services, Scott S. Altman, Dr. Desrosiers, Betty Bradley, Nechelle Butcher, or Stephanie Mowbray,   and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

　　　　/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendants
Correctional Medical Services, Scott S. Altman, Dr.

---

[1] Improperly identified as "Correctional Medical Systems".
[2] Improperly identified as "Mr. Alton".
[3] Improperly identified as "Dr. Dorosier".

                                          Desrosiers, Betty Bradley, Nechelle Butcher, or Stephanie Mowbray

Date:  March 7, 2008

Case 1:07-cv-00504-SLR    Document 32    Filed 03/07/2008    Page 2 of 2

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 7th day of March, 2008, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

>Adam Wenzke
>SBI# 182595
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

       /s/ James E. Drnec
James E. Drnec, Esquire (#3789)