IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM WENZKE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL SERVICES, )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 07-504-SLR |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendant Jim Welch. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Ophelia M. Waters
        Ophelia M. Waters, ID# 3879
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        302-577-8400
        ophelia.waters@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed *Defendant's Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on March 25, 2008, I mailed by United States Postal Service, the document to the following non-registered party:

> Adam Wenzke, pro se
> SBI# 182595
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/ *Ophelia M. Waters*
> Deputy Attorney General
> Department of Justice
> 820 N. French St., 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> ophelia.waters@state.de.us