CA07-504 SLR

April 13, 2008

DEAR CLERK,

When you have time could you please send me a court docket sheet?

Also, If I file a request for legal counsel how many copies do I need? And who do I send them to?

Thank you for your time
Take Care and God Bless

Adam Wenzke #182595
D.C.C   Bldg #23
1181 Paddock Road
Smyrna, DE
                19977



RECEIVED
Filed
APR 1 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Adam Weuzee

SBI# 182575  UNIT #23

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

S.M.S.
LAW LIBRARY
APRY 2008

WILMINGTON DE 197

14 APR 2008 PM 3 T

Office of the Clerk

U.S. District Court

844 N. King St. (Lockbox 18)

Wilmington, DE

19801-3570