OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 15, 2008

TO:

**Adam Wenzke**
SBI# 182595
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  REQUEST FOR COPY OF DOCKET, C.A. NO. 07-504 SLR**

Dear Mr. Wenzke:

    This is in response to your letter received 4/15/08 requesting a copy of the docket in the above noted civil action.

    Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page.  **A copy of the docket is enclosed, free of charge for this request only**.  Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                                PETER T. DALLEO
                                      CLERK

cc:    The Honorable Sue L. Robinson