IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ADAM WENZKE,                          )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   Civil Action No. 07-504 SLR
CMS, Jim WELCH, DR SMITH, DR TODAO    )
DR, DESROSIERS, BETTY BRADLEY, NECHELLE )
BUTCHER, Stephanie Mowbray , et al.,  )
Scott J. Altman                       )
                                      )
            Defendant.                )

FILED
APR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff ADAM WENZKE pursuant to 28 U.S.C. § 1915, request this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

In deciding whether to appoint counsel for an indigent litigant, the District Court of Delaware articulated standards for evaluating a Motion for Appointment of Counsel filed by a *pro se* plaintiff. See Green v. FCM, 430 F. Supp.2d 383, 387 n. 3 (D. Del. 2006) (citing Tabron v. Grace, 6 F.3d 147 (3rd Cir. 1993) and Parhan v Johnson, 126 F.3d 454 (3rd Cir. 1997)). Initially, the Court must examine the merits of a plaintiff's claim to determine whether it has some arguable merit in fact and law. See Parhan, 126 F.3d at 457 (citing Tabron, 6 F.3d 157); accord Maclin v. Freake, 65 F.2d 885, 887 (7th Cir. 1981) (per curium) (cited with approval in Tabron and Parhan). Only if the Court is satisfied that the claim is factually and legally meritorious, should it then examine the following factors: (1) the plaintiff's ability to present his own case; (2) the complexity of the legal issues presented; (3) the extensiveness of the factual

INVESTIGATION NECESSARY TO EFFECTIVELY LITIGATE THE CASE AND THE PLAINTIFF'S ABILITY TO PURSUE SUCH AN INVESTIGATION; (4) the DEGREE TO WHICH THE CASE MAY TURN ON CREDIBILITY DETERMINATION; (5) WHETHER THE TESTIMONY OF EXPERT WITNESS WILL BE NECESSARY; AND (6) WHETHER THE PLAINTIFF CAN ATTAIN AND AFFORD COUNSEL ON HIS OWN BEHALF.

IN SUPPORT OF THIS MOTION, THE PLAINTIFF AVERS THE FOLLOWING:

1) THE PLAINTIFF DOES NOT HAVE THE ABILITY TO PRESENT HIS OWN CASE.

2) THE PLAINTIFF IS UNSKILLED IN THE LAW AND THE COMPLEXITY OF THE LEGAL ISSUES PRESENTED IN THE COMPLAINT IS BEYOND PLAINTIFF'S ABILITIES TO PURSUE AN EFFECTIVE INVESTIGATION.

3) THE PLAINTIFF AVERS THAT THE CASE MAY TURN ON CREDIBILITY DETERMINATION.

4) THE PLAINTIFF AVERS THAT TESTIMONY OF EXPERT WITNESSES WILL BE NECESSARY.

5) THE PLAINTIFF CANNOT ATTAIN AND AFFORD COUNSEL ON HIS OWN BEHALF.

6) Appointment of COUNSEL WOULD SERVE "THE BEST INTEREST OF JUSTICE" IN THIS CASE.

7) THE PLAINTIFF'S ALLEGATIONS IF PROVED, CLEARLY WOULD ESTABLISH A CONSTITUTIONAL VIOLATION BECAUSE C.M.S. AND DEFENDANTS ARE CONTRACTED BY THE STATE OF DELAWARE TO PROVIDE MEDICAL CARE TO STATE PRISONERS LOCATED AT HOWARD R. YOUNG CORRECTIONAL

Institute and at the Delaware Correctional Center, where Plaintiff currently resides, and they refuse to treat Plaintiff's medical condition or even follow the medical specialist recommendation for treatment.

Whereas subjecting Plaintiff to severe and sharp pains + major discomfort and mental anguish which violates his 8th Amendment Rights under the United States Constitution to be free from cruel and unusual punishment.

For the forgoing resons, the Plaintiff has provided the court with sufficient foundation for the court to appoint counsel in this case.

April 15, 2008
[DATE]

Adam Wenzke #182595
[NAME]
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE
19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____,                )
                                                            )
                                                            )
    Plaintiff,                              )
                                                            )
v.                                                          )     Civil Action No. _____
                                                            )
                                                            )
_____, et al,     )
                                                            )
                                                            )
    Defendant.                             )

### ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,
200\_\_, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY_____.

                                                           _____
                                                           United States District Court Judge

# Certificate of Service

I, _Adam Wenzke_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion for Appointment of Counsel_ upon the following parties/person (s):

TO: _Clerk's Office_
_U.S. District Court_
_844 N. King St. Lockbox 18_
_Wilm, DE_
_19801-3570_

TO: _State of Delaware Department of Justice_
_State Office Bldg._
_Mrs. Ophelia M. Waters D.A.G._
_820 N. French St._
_Wilm, DE 19801-3509_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15th_ day of _April_, 200_8_

_Adam Wenzke_

IM Adam Wenzke
SBI# 182595   UNIT #C3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King St. (Lockbox 18)
Wilmington, DE
19801

LEGAL MAIL