**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Adam T. Wenzke | COURT CASE NUMBER: CA 07-504 SLR |
| DEFENDANT: Nechelle D. Butcher | TYPE OF PROCESS: Order/Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Nechelle D. Butcher (Nurse) CMS - Health Care Provider

**AT** ADDRESS: HRYCI 1301 East 12th St Wilm, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Adam T. Wenzke #182595
D.C.C. Bldg. #21
1181 Paddock Road
Smyrna, DE 19977

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 9
- Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE: Pauper Case

FILED APR 23 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Signature of Attorney or other Originator requesting service on behalf of: Adam T. Wenzke
☒ PLAINTIFF  ☐ DEFENDANT
DATE: 10/10/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk: BF | Date: 4-15-08 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 4/22/08

Signature of U.S. Marshal or Deputy: BF

REMARKS: Per Med Dept - no longer employed

Ret. Unexecuted