June 3, 2008

Dear Clerk of the Court,

I'm sorry to bother you with this, but I have no idea how the U.S. District Court handles pre-trial conferences in civil cases.

1) Since I'm incarcerated, and going in pro se, will I be able to attend any of the pre-trial conferences?

2) If not, how will I be able to voice or participate my opinion in this matter?

3) Is their any information you can tell me about the whole pre-trial conference process?

4) I also would like to amend my complaint with the court. Do I ask for permission to do so now, or do I file the amended complaint first - then ask for permission?

5) What do I do if process hasn't been served on 3 defendants because they can't be located?

If you can help me with any of the above questions I would greatly appreciate it. Thank you for your time. Take care & God Bless!


FILED
JUN - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

Adam Wenzke #182595
D.C.C.    Bldg #23
1181 Paddock Road
Smyrna, DE   19977

I/M Adam Wenzke
SBI# 182575   UNIT #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
04 JUN 2008 PM 3 L

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE
         19801-3570

U.S.M.S
X-RAY
LEGAL MAIL