OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 9, 2008

TO: Adam Wenzke
    SBI# 182595
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:    LEGAL ADVICE, C.A. No. 07-504(SLR)**

Dear Mr. Wenzke:

      This is in response to your letter received on 6/5/08 requesting assistance regarding pre-trial conference procedures, filing of an amended complaint and service on defendants.

      Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

                                      Sincerely,

/ead                                   PETER T. DALLEO
                                        CLERK

cc:    The Honorable Sue L. Robinson