IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM WENZKE )<br>   PLAINTIFF )<br>)<br>V )<br>)<br>CORRECTIONAL MEDICAL )<br>SERVICES, ET al, )<br>   DEFENDANTS ) | CASE No. 007-504-SLR<br><br>FILED<br>JUN 19 2008<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br><br>RD scanned |

<u>PLAINTIFF'S MOTION FOR REQUEST OF DISCOVERY</u>

Comes Now, Plaintiff's Motion For Request of Specific Discoverable Information Relative to the Above Mentioned Case In Question.

1) THE NAME AND, IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION THAT THE DISCLOSING PARTY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES, UNLESS SOLELY FOR IMPEACHMENT, IDENTIFYING THE SUBJECTS OF THE INFORMATION;

2) A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

3) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

4) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

5) The address's for Dr. Ralph Smith and Dr. Tadeo who worked at H R Y C I during my incarceration thier, from Feb 24, 2005 through Sept 11, 2007.

(2)

6) The name of the Medical Director at H.R.Y.C.I during Feb. of 2005 through Sept. of 2007.

7) Plaintiff's entire medical record from May of 2004 until present date, including all blood tests, ultra sound reports, preliminary reports, test results, notes or treatment options concerning my medical situation from all Doctor's, Nurse's, Physician's Assistance, Medical Director, Francise J Shanne the Urologist, and Ultra Sound Technition's.

8) Department of Correction's Rules and Procedures Concerning Medical Procedures.

9) Correctional Medical Services (CMS) Health Service Policy and Procedures Manuel along with CMS's Policy or Custom concerning Sick Call and Medical Grievance & Winning the Appeal Process.

10) To be able to view and copy the American Medical Associations "Standards for Health Services in Prisons".

11) Would like to read a copy of the contract agreement between the Department of Corrections (DOC) and Correctional Medical Services Inc. (CMS) concerning my medical care and treatment.

(3)

(4)

WHEREFORE, PLAINTIFF REQUEST THE FOREGOING ITEMS TO BE REVEALED AT THE EARLIEST POSSIBLE CONVENIENCE.

June 18, 2008
[DATE]

Adam Wenke #182595
D.C.C. Bldg #23
1181 Paddock Rd.
Smyrna, Del 19977

(4)

# CERTIFICATE OF SERVICE

I, Adam Wenzke, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Notice of Motion, and Plaintiff's Motion for Request of Discovery</u> upon the following parties.

Department of Justice
State Office Building
Mrs Ophelia M Waters
820 N. French St.
Wilm, DE 19801-3509

Office of the Clerk
U.S. District Court
844 N. King St.
(Lock Box 18)
Wilm, DE 19801-3570

By placing same in a sealed envelope, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977 on this 18th day of June 2008.

*Adam Wenzke*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM WENZKE ) | |
| PLAINTIFF ) | |
| ) | |
| ) | |
| V ) | CASE NO. 007-504-SLR |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES ET, AL ) | |
| DEFENDANTS ) | |

NOTICE OF MOTION

FILED
JUN 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEASE TAKE NOTICE, THAT THE ENCLOSED <u>MOTION FOR DISCOVERY</u> WILL BE PRESENTED TO THIS HONORABLE COURT AT THE EARLIEST POSSIBLE CONVENIENCE.

JUNE 18, 2008
[DATE]

ADAM WENZKE #182515
D.C.C. Bldg. #23
1181 PADDOCK ROAD
SMYRNA, DE 19977

I/M: Adam Wenzke
SBI# 182595   UNIT #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





Office of the Clerk
U.S. District Court
844 N. King Street (Lockbox 18)
Wilm. DE.
  19801-3570

LEGAL MAIL