IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

ADAM WENZKE )
       PLAINTIFF )
)
)
V )   CIV. No. 07-504-SLR
)
)
CORRECTIONAL MEDICAL )
SYSTEMS, ET AL, )
      DEFENDANTS



FILED

JUL - 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

## MOTION TO AMEND COMPLAINT

PLAINTIFF, PURSUANT TO [FED. R CIV P. 15.1] MOVES THIS HONORABLE COURT FOR LEAVE TO AMEND THE COMPLAINT TO READ AS THE AMENDED COMPLAINT, ATTACHED AS EXHIBIT A. AS GROUNDS FOR THIS MOTION, PLAINTIFF STATES THAT SINCE FILING THE INITIAL COMPLAINT, NEW FACTS ABOUT THE DEFENDANTS CONDUCT HAVE EMERGED, AND PLAINTIFF STATES THAT JUSTICE REQUIRES THAT THIS COURT ALLOW THE MOTION TO AMEND.
    FOR REFERENCE, PLAINTIFF ATTACHES A COPY OF THE ORIGINAL COMPLAINT AS EXHIBIT B.

RESPECTFULLY SUBMITTED,

Adam Wenzke

JUNE 23, 2008

I/M: ADAM WENZKE

SBI# 182595   UNIT # 23

**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**

OFFICE OF THE CLERK
U.S DISTRICT COURT
Lockbox 18
844. N. KING ST.
Wilm, DE
  19801-3570

LEGAL MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADAM WENZKE )
      PLAINTIFF )
 )
V. )    CIV. No. 07-504 - SLR
 )
CORRECTIONAL MEDICAL )
SYSTEMS, ET AL., )
     DEFENDANTS



FILED

JUL 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>AMENDED COMPLAINT AND IT'S SUPPORTING DOCUMENTATION</u>

1) PLAINTIFF WOULD LIKE TO CORRECT THE NAMES OF THREE DEFENDANTS.

(INCORRECT SPELLING)   TO   (CORRECTED SPELLING)
A. DR. DOROSIER - - - - - - - - DR. LOUISE DESROSIERS
B. MR. ALTON - - - - - - - - - - - - MR. SCOTT ALTMAN
C. CORRECTIONAL MEDICAL SYSTEMS - - - CORRECTIONAL MEDICAL SERVICES

2) PLAINTIFF WOULD LIKE TO ADD A CONTINUING "STATEMENT OF CLAIMS" TO KEEP THE COURT INFORMED OF THE SERIOUSNESS OF MY AGONIZING MEDICAL CONDITION.

2) CONT. No 40 THROUGH 65 ON ATTACHMENTS 1A THROUGH 7A.

3) PLAINTIFF WOULD LIKE TO ADD EXHIBITS A-22 THROUGH A-44 SUPPORTING THE CONTINUOUS ACTIONS OF THE NEW ADDITIONAL "STATEMENT OF CLAIMS" PAGES.

4) UPON REVIEW OF PLAINTIFFS PARTIAL MEDICAL RECORDS, I WOULD LIKE TO ADD FOUR NEW DEFENDANTS BECAUSE THEY KNEW THE SERIOUSNESS OF MY MEDICAL SITUATION AND STILL CONTINUED TO DO NOTHING ABOUT IT, BESIDES TYLENOL.

    A. CHRIS WILLIAMS --- HEALTH SERVICE ADMINISTRATOR

    B. DR. MESSINGER

    C. MICHAEL SENISCH --- PHYSICIANS ASSISTANT

    D. DR JOHN DOE

-- ON PREVIOUSLY FILED EXHIBITS X-9 THROUGH X-11 I CAN NOT READ THE SIGNITURE, SO I'LL REFER TO HIM AS DR. JOHN DOE UNTIL PLAINTIFF FIGURES OUT WHO HE ACTUALLY IS.

THEREFORE, PLAINTIFF PRAYS THAT HE BE ALLOWED TO ADD A CONTINUEING "STATEMENT OF CLAIMS" WITH SUPPORTING EXHIBITS AND ADD FOUR NEW DEFENDANTS. ALSO, TO KEEP THE COURT INFORMED OF THE SERIOUSNESS OF MY AGONIZING MEDICAL CONDITION.

Plaintiff would like to add each and all defendants in thier individual and official capacities.

Plaintiff alleges that he was denied a federally protected right apparently asserting that all defendants acted indifferently to his serious medical condition which Plaintiff has been needlessly suffering for over four long years.

All defendants acting alone or in concert with others violated Title 42, U.S.C. § 1983 and deprived Plaintiff of his rights as guaranteed by the 8th and 14th Amendment of the U.S. Constitution and is responsible for undue pain & suffering and for injuries and damages suffered by Plaintiff, in that defendants,... as described above, unlawfully, intentionally, unreasonably, willfully, maliciously, recklessly and/or with deliberate indifference to Plaintiffs serious medical needs while he was housed at the Howard R. Young Corr. In. and Delaware Corr. Ctr. custody and care, and in a manner constituting a substatially gross departure from accepted professional judgement, practice or standard:

Plaintiff is entitled to relief for the above mentioned violations and rest upon these grounds.

June 23, 2008
[Date]

Adam Wenzke #182595
D.C.C.   Bldg #23
1181 Paddock Rd.
Smyrna, DE. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADAM WENZKE                           )
          PETITIONER                  )
                                      )
     V.                               )  CIV. ACT. No. 07-504-SLR
                                      )
CORRECTIONAL MEDICAL                  )
SERVICES ET, AL.,                     )
          DEFENDANTS                  )

## ORDER

THIS _____ DAY OF _____, 2008

_____

_____

_____

IT IS HEREBY ORDERED THAT _____

_____

_____

_____

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I Adam Wenzke, hereby certify that I have served A true and correct copy of the attached: Motion to Amend, Amended Complaint and it's Supporting Documentation - Exhibits upon the following party

To: CLERK
U.S. District Court
Lock Box 18
844 N. King St.
Wilm, DE. 19801-3570

To: Department of Justice
State Office Building
820 N. French St.
Wilm, DE
19801-3509

By Placing Same In A Sealed Envelope And Depositing Same In the United States Mail At The Delaware Correctional Center, Smyrna, DE. 19977.

On This 23RD Day June 2008

Adam Wenzke

ATTACHMENT:

1 A THROUGH 7A

#40 THROUGH #65

*ATTACHMENT 1A*

40) ON 8/8/07 SGT. MOODY REPLIED TO MY LETTER DATED 8/5/07 STATING THAT SHE FORWARDED MY LETTER AND THE MEDICAL GRIEVANCE TO THE HEALTH SERVICES ADMINISTRATOR, CHRIS WILLIAMS AND THE SECURITY SUPERINTENDENTS OFFICE FILE, A. MAJOR PARKER.

41) ON 8/24/07 I WROTE TO THE HEALTH SERVICE ADMINISTRATOR CHRIS WILLIAMS AND EXPLAINED MY MEDICAL PROBLEM. NO REPLY

42) ON SEPT 11, 2007 I WAS TRANSFERED TO LOCK-DOWN STATUS AT THE DELAWARE CORRECTIONAL CENTER WITH NO DICIPLINARY WRITE UPS, NO DIRTY URINE, NO PAPERWORK, AND NO EXPLANATION AT ALL.

43) ON 10/14/07 I WROTE THE UROLOGISTS OFFICE THAT I HAD WENT TO IN NOVEMBER OF 2006 ASKING WHY I WAS'NT BROUGHT BACK FOR A FOLLOW UP TO DISCUSS FURTHER TREATMENT.

44) ON 11/4/07 I FILED ANOTHER MEDICAL GRIEVANCE BECAUSE C.M.S. HAD STOPPED GIVING ME TYLENOL TWO TIMES A DAY AND HEARTBURN MEDICATION AS WELL.

45) ON 11/18/07 I WROTE FRANCIS J. SHANNE M.D. OF THE UROLOGISTS OFFICE AGAIN. MY MOTHER ALSO CALLED THIER AND SPOKE TO HIM. THE DOCTOR TOLD HER, HE NEVER RECIEVED MY FIRST LETTER, BUT HE DID GET MY SECOND LETTER. HE ALSO EXPLAINED TO HER THAT HOWARD R. YOUNG CORRECTIONAL INSTITUTE'S MEDICAL PROVIDER NEVER SENT HIM THE RESULTS TO THE ULTRA-SOUND THAT

ATTACHMENT 2A

45) HE ORDERED ON Nov. 16, 2006 AND THAT HE WOULD KEEP CALLING
CONT. THE PRISON'S MEDICAL SERVICES UNTIL SOMEONE HAS DONE SOME-
THING TO HELP ME BECAUSE I WAS SUFFERING REALLY BAD
SHARP AND CONSTANT PAIN.

46) ON DEC. 20, 2007 DR. DESROSSIER EXAMINED BOTH TESTICALS
AGAIN. SHE SAID SHE FELT FLUID IN THE SCROTUM AND WOULD CALL
ME BACK IN 6 WEEKS. (THAT NEVER HAPPENED) SHE ALSO SAID
SOMETHING ABOUT A 3RD ULTRA SOUND, BUT I DON'T KNOW IF SHE
ORDERED IT OR NOT.

47) ON JAN. 11, 2008 I WAS TRANSPORTED TO M.D.I - MID
DELAWARE Imaging FROM D.C.C. FOR THE 3RD ULTRA SOUND.
THE TECHNICIAN TOLD ME THERE WAS A MASS ON BOTH TESTICALS
AND A DOCTOR WOULD INFORM ME ABOUT THE RESULTS AT A
LATER DATE.

48) PLAINTIFF HAS BEEN SUFFERING "MENTALLY AND PHYSICALLY"
SINCE MAY OF 2004 UNTIL PRESENT DATE, AND THE MEDICAL
PERSONNEL AT H.R.Y.C.I AND D.C.C. KEEP TELLING ME THIERS
NOTHING WRONG WHEN THE LAST TWO OUT OF THREE ULTRA SOUNDS
REVEALED Bilateral CYSTS ON THE EPIDIDYMIDES IN BOTH TESTICALS.
C.M.S.'s ANSWERE TO ME IS ALL WE CAN DO IS GIVE YOU Tylenol,
SO STOP COMPLAINING.

49) ON 2/24/08 I FILED ANOTHER SICK CALL FOR SEVERE PAIN
IN RIGNT TESTICAL.

ATTACHMENT 3A

50) On 2/26/08 I was seen by Prison Doctor O and she informed me my medical problem was'nt serious enough for an opereration or a Urological Consult. She also told me all I can do is give you "mobic" another form of aspirin.

51) On 3/23/08 I filed another sick call complaining that Mobic was not working for severe and sharp pain in the Right Testical." I was never seen by any one"

52) Also, On 3/23/08 I wrote a Request on a sick call asking for a appointment with Ronnie Moore, Health Services Administrator at D.C.C." No Reply from medical about the sick call and No Reply from MR. Ronnie Moore."

53) On 4/13/08 I wrote a letter to a MR. Imad Jarwan, Medical Overseer of the Department of Corrections explaining my painful situation and I needed help for it. No Reply

54) Also, On 4/13/08 I filed another sick call complaining of pain in Right Testical and I have not recieved any medication for over 2 weeks.

55) On 4/17/08 I talked with the nurse in the MHU #23 and she told me to write her a letter explaining my situation and slide it under the nurses station door and she would see me that night. I did, and she did'nt show up that night.

56) ON 4/18/08 I WROTE ANOTHER SICK CALL EPLAINING MY PAINFUL SITUATION AND I WAS RECIEVING NO MEDICATION AT ALL FOR ANY OF MY PROBLEMS.

57) ON 4/23/08 I FILED ANOTHER SICK CALL EXPLAINING PAIN IN RIGHT TESTICLE AND I STILL WAS'NT RECIEVING ANY MEDICATION FOR OVER A MONTH.

58) ON 4/28/08 I FILED ANOTHER MEDICAL GRIEVANCE ASKING FOR HELP FOR SEVERE PAIN IN RIGHT TESTICLE. I ALSO ASKED FOR SOME KIND OF MEDICATION THAT WORKS OR TO HAVE THE CYSTS REMOVED SURGICALLY, AND IF THEY CHOSE NIETHER OPTION I SUGGESTED TO JUST COMPLETELY REMOVE MY RIGHT TESTICLE TO RELIEVE ME FROM MY CONSTANT SUFFERING.

59) ON 4/29/08 I WAS FINALLY SEEN BY DR. DESROSSIER WHO EXAMINED ME FOR LIKE THE 10th TIME AND RE-ORDERED TYLENOL AND HEARTBURN MEDICATION. I INFORMED HER I WAS IN SEVERE SHARP AND THROBING PAIN AND I USUALLY TAKE SIX TO EIGHT TYLENOL A DAY "SOMETIMES I TAKE FOUR TO SIX AT ONE TIME". THE DOCTOR SAID WHENEVER YOUR NOT IN PAIN, DO NOT TAKE ANY TYLENOL AT ALL. I ASKED WHY? AND SHE SAID: BECAUSE I HAVE THE VIRIS "HEPITITUS "C" AND TYLENOL IS NO GOOD FOR MY LIVER. THAT'S JUST GREAT, BECAUSE IM IN PAIN ALL THE TIME AND C.M.S. WILL NOT DO ANYTHING ELSE TO HELP ME. DR. DESROSSIER ALSO TOLD ME "THAT SHE DID'NT THINK I WAS IN AS MUCH PAIN AS I WAS TELLING THEM I WAS." BEFORE I LEFT, I ASKED HER IF I COULD SEE A QUALIFIED UROLOGIST AGAIN BECAUSE

ATTACHMENT 5A

59) I'VE BEEN SUFFERING FOR FOUR YEARS OF SHARP THROBBING PAIN.
CONT.   DR. DESROSSIER TOLD ME SHE WOULD CALL THE UROLOGIST I SAW
BEFORE AND ASK HIS OPINION ABOUT MY SITUATION.

60) ON 5/15/08 I HAD TWO MEDICAL GRIEVANCE HEARINGS. THE FIRST
ONE WAS ABOUT NOT RECIEVING MY MEDICATION FOR PAIN IN TESTICLES
FROM 11/4/07. I SIGNED OFF ON THAT ONE BECAUSE THEY STARTED
MY MEDICATION AGAIN A FEW WEEKS LATER, PLUS THAT MEDICAL
GRIEVANCE WAS OVER 6 MONTHS OLD.

61) THE SECOND MEDICAL GRIEVANCE WAS VERY RECENT, FROM 4/28/08.
THE WOMAN'S NAME WAS LISA, WHO TOLD ME FOR THE FIRST TIME
SINCE I SAW THE UROLOGIST IN NOVEMBER OF 2006 THAT DOCTOR
FRANCIS SHANNE SAID "HE THOUGHT MY PAIN WAS COMEING FROM
INTERMITTEN TORSION." THAT'S THE FIRST BIT OF MEDICAL INFOR-
MATION I WAS TOLD ABOUT MY CONDITION BESIDES THE BILATERAL
CYSTS IN 17 MONTHS. LISA, THE GRIEVANCE WOMAN TOLD ME SHE
WOULD CHECK ON MY SITUATION AND WRITE ME AN ANSWERE BACK.
I ALSO TOLD HER I WON MY APPEAL FOR THE SAME PROBLEM
ON 4/25/07 FROM A MEDICAL GRIEVANCE I FILED ON 9/30/06
FROM THE BUREAU CHIEF HIMSELF RICHARD KEARNEY. WHY
AM I FILING SICK CALLS AND MEDICAL GRIEVANCES FOR SOMETHING
I ALREADY WON ON APPEAL?

62) ON 5/21/08 I WAS SEEN BY A INFECTIOUS DISEASE SPECIAL-
IST BECAUSE OF MY HEPITITUS C VIRUS. HE SCHEDULED ME
TO HAVE BLOOD DRAWN AND GAVE ME A PHYSICAL WHERE HE
EXAMINED THE BILATERAL CYSTS ON BOTH TESITCE'S. I ASKED

62)
CONT.
HIM WHY HAS'NT ANYONE DONE ANYTHING TO HELP WITH THIS PROBLEM I'M SUFFERING WITH ALL THIS TIME? HE STATED "IT'S NOT CANCER OR LIFE THREATNING". THEN HE ASKED ME HOW MUCH PRISON TIME I HAD LEFT TO DO? I SAID 11 MONTHS. HE JUST SMILED AND SAID MAYBE C.M.S. IS WAITING FOR YOU TO GET OUT OF JAIL. I DID'NT THINK THAT WAS FUNNY CONSIDERING IT'S BEEN 4 LONG YEARS OF INADEQUATE TREATMENT ALREADY.

63)  BEFORE I LEFT, DR. McDONALD TOLD ME HE WOULD ORDER A JOCK STRAP SO MY TESTICLE'S WOULD'NT HANG DOWN ALL THE TIME AND MAYBE THAT WOULD EASE THE PAIN, UNTIL I SAW THE UROLOGIST AGAIN. IT'S PRETTY OBVIOUS TO ME THAT MEDICAL'S TREATMENT OF MY SITUATION IS UNEXCEPTABLE. TYLENOL IS NOT HELPING MY PAIN, BUT IT IS HOWEVER DAMAGING MY LIVER.

64)  ON 6/6/08 I WAS TAKEN TO THE UROLOGIC SURGICAL ASSOCIATES OF DELAWARE 1815 W. 13th ST. WILM. DE 19806. I WAS EXAMINED AGAIN BY DR. FRACIS J. SHANNE AND WE DISCUSSED MY PAIN AND SUFFERING OVER THE PAST 4 YEARS, AND FURTHER TREATMENT OPTIONS. WE BOTH DECIDED THAT A EPIDIDYMEC-TOMY AND ORCHIOPEXY SURGERY OF THE RIGHT TESTICLE WAS THE BEST OPTION TO REDUCE PAIN FROM 30% TO 50% IN THAT AREA. ONE MAJOR DOWN SIDE TO THAT PROCEDURE IS I WOULD BE STERILE IN THAT TESTICLE. I DID NOT WANT THIS OPTION, BUT ANYTHING TO ALLEVIATE THE PAIN I'M FEELING IN THAT PARTICULAR AREA WAS A BETTER OPTION THAN WHAT PRISON DOCTORS AND C.M.S. WERE OFFERING. (TYLENOL & JOCK STRAP)

ATTACHMENT 7 A

65) ON 6/8/08 I WROTE A LETTER TO DR FRANCIS J. SHANNE
ASKING HIM A COUPLE QUESTIONS THAT I FORGOT TO ASK WHEN I
WAS IN HIS OFFICE ON 6/6/08 about MY SITUATION.

# EXHIBITS

## A-22 THROUGH A-44

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/15/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI# : 00182595 | Institution : DCC |
| Grievance # : 145116 | Grievance Date : 11/04/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/04/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg 19, Upper, Tier A, Cell 4, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I came from HRYCI on September 11, 2007. I was placed in bldg 21 where my self meds were taken, and the nurse started bringing them to my cell. In the AM I was getting 80 mg Prozac, 300 mg Zarac, 2 Tylenol, and 1 CTM. Now the only thing I'm receiving is 80 mg Prozac in the AM. "That's it" I went to the hole for 15 days where I turned in 2 separate sick calls in bldg 18. I came out of the hole Tuesday night Oct 30, 2007, I'm now in the SHU 19 and I haven't gotten any Tylenol (2 pills 2x a day) and no heartburn pills at all.

**Remedy Requested** : Please renew my Tylenol for 2 pills 2x's a day, and renew my 300 mg Zantac 1x a day. I no longer need CTM. Take care and God bless.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 11/15/2007 |
| Investigation Sent : 11/15/2007 | Investigation Sent To : |
| Grievance Amount : | |

5/15/08
Today, I signed off on this medical grievance because it took 6 months and 11 days to be seen for it.
The problem was taken care of months ago concerning the above complaint.

Adam Wenzke

EXHIBIT A-22

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/15/2007

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : WENZKE, ADAM T | **SBI#** : 00182595 | **Institution** : DCC |
| **Grievance #** : 145116 | **Grievance Date** : 11/04/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | Inmate Status : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/04/2007 | Incident Time : |
| **IGC** : McCreanor, Michael | **Housing Location** :Bldg 19, Upper, Tier A, Cell 4, Single | |

**INFORMAL RESOLUTION**

Offender's Signature:_____

Date  :_____

Witness (Officer)  :_____

Page 2 of 5

EXHIBIT  A·23

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI#    : 00182595 | Institution    : DCC |
| Grievance #    : 145116 | Grievance Date  : 11/04/2007 | Category    : Individual |
| Status    : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 11/04/2007 | Incident Time : |
| IGC    : McCreanor, Michael | Housing Location : Bldg 19, Upper, Tier A, Cell 4, Single | |

### IGC

**Medical Provider:** Contracted Health Services    **Date Assigned** 11/15/2007

Comments:

[ ] Forward to MGC    [x] Forward to Medical Provider    [ ] Warden Notified

[ ] Forward to RGC    Date Forwarded to MGC :

[ ] Offender Signature Captured    Date Offender Signed    :

EXHIBIT A-24

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI#      : 00182595 | Institution    : DCC |
| Grievance #    : 145116 | Grievance Date   : 11/04/2007 | Category     : Individual |
| Status       : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date     : 11/04/2007 | Incident Time : |
| IGC        : McCreanor, Michael | Housing Location : Bldg 19, Upper, Tier A, Cell 4, Single | |

MEDICAL PROVIDER

**Provider Name :** Contracted Health Services       **Date Received :** 11/15/2007

MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

DECISION

**Decision Date:**          **Vote :**

**Comments   :**

EXHIBIT A-35

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261
Date: 11/15/2007

EXHIBIT  A-26

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

ADAM WENZKE
Name (Print)

C  Bldg.
Housing Location

12/30/68
Date of Birth

182595
SBI Number

02/04/08
Date Submitted

Complaint (What type of problem are you having)? I NEED TO SEE THE CHRONIC CARE DOCTOR FOR SEVERE PAIN IN RIGHT TESTICAL AND ID LIKE TO SEE the ULTRA SOUND RESULTS FROM MDI on JAN 11, 2008. IVE got DANDRUFF AND I NEED TO RENEW MY HEARTBURN MEDICATION. I ALSO NEED SOME HYDROCORTISONE CREAM FOR Jock ITCH PLEASE!

Adam Wenzke
Inmate Signature

FEB. 04, 2008
Date

**The below area is for medical use only. Please do not write any further.**

S: RC'd 2/25/08. Scheduled ē NSC. You have an APPT ē CC Coming Soon.

06/02/25/08

O:   Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:   ON 2/26/08 I WAS SEEN BY DR. O AND She SAID My problem WASN'T SERIOUS enough for THE Urologist CONSULT ? OPERATION AND ALL They CAN Do IS give me MORE ASPIRIN.

P:

E:

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

EXHIBIT A-27

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): ADAM WENZKE

Date of Birth: 12/30/68

SBI Number: # 182595

Housing Location: C

Date Submitted: 3/23/08

Complaint (What type of problem are you having)? I ve went to sick call 2 times AND the nurse guy said I have to see the Doctor to Renew my 300 mg HEARTBORN pills, How long is That going to take? Also, the (mobic) is not working for severe pain in Right testical. Something is wrong with my right knee

Inmate Signature: Adam Wenzke

Date: 3/23/08

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

EXHIBIT A-28

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one) **MEDICAL** DENTAL  MENTAL HEALTH

Adam Wenzke

Name (Print)

Housing Location C

12/30/68
Date of Birth

# 182595
SBI Number

3/23/08
Date Submitted

Complaint (What type of problem are you having)? I wvv'd like to have a appointment with MR. Ronnie Moore please. I have a medical condition that needs to be addressed, I'm in severe pain all the time, I need help, Now!

Adam Wenzke
Inmate Signature

3/23/
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

EXHIBIT A-29

page 1 of 2

✳ Copy ✳

April 13, 2008

DEAR IMAD JARWAN,

I'm SORRY TO BOTHER you with This, but I've got A SERIOUS problem. I WAS TOLD TO WRITE TO you because, I WAS TOLD you COULD help ME IF you CAN. I've been COMPLAINING ABOUT SEVERE PAIN IN MY RIGHT TESTICLE SINCE MAY OF 2004. I'm going TO give you A QUICK RUN DOWN OF WHAT'S HAPPENED So FAR. SEPT. 2004 I HAD MY FIRST ULTRA-SOUND. I WAS TOLD theirs nothing wrong. After Numerous sick call slips AND MEDICAL grievances, FINALLY I WAS sent TO A UROLOGIST IN Nov, 2006. I HAD A SECOND ULTRA SOUND DEC. 2006. I WAS TOLD I HAD A MASS on both testicles "which later turned out TO be bilateral cysts". After being told many TIMES ALL we CAN do is give you ASPIRIN I filed A IAW SUIT AGAINST CMS IN U.S. DISTRICT Court IN August 2007. SEEKING RELIEF. IN JAN 2008 I HAD A THIRD ULTRA SOUND because of SEVERE PAIN. I WAS TOLD the only thing we CAN do is give you Tylenol. SIR, I CANNOT TAKE THE suffering I've been FORCED TU DEAL WITH OVER THE LAST 4 YEARS. They NEED TO be REMOVED SURGICALLY AS SOON AS possible. I'm hurting REALLY bAD here AND ASPIRIN AIN'T DOING ANYTHING. I Feel like SOMEONE is STABBING ME IN MY TESTICLES with A ICE PICK. I NEED HELP AND Nobody's listening TO ME. IF you HAVE SOME FREE TIME could you please COME AND TALK with ME? I'm begging you SIR. Something

✷ Copy ✷

NEEDS TO BE DONE. I don't know what else TO SAY.
I'm Always IN PAIN AND I'm SUFFERING A GREAT
DEAL OVER THIS SITUATION. IF you can help me
that would be GREAT! IF NOT, PLEASE leT ME know
who CAN help OUT on This.

Thank You for your Time
Take Care & God Bless

ADAM WENZKE
#182595
D.C.C    Bldg. #23
1181 PADDOCK ROAD
SMYRNA, DE
19977

EXHIBIT A-31

✻ COPY ✻    ON 4/21/08

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

ADAM WENZKE
_____
Name (Print)

MHU - 23
_____
Housing Location

12/30/68
_____
Date of Birth

182595
_____
SBI Number

4/13/08
_____
Date Submitted

Complaint (What type of problem are you having?) I WAS TRANSFERED from C Bldg.
on April 7, 2008, I have NOT BEEN RECIEVING pur mobic FOR SEVER PAIN
IN RIGHT TESTICLE. I ALSO NEED TO RENEW my TUMS fUR heARTBURN.
AND This WATER IS giving ME DANDRUFF REALLY BAD.

Adam Wenzke
_____
Inmate Signature

April 13, 2008
_____
Date

**The below area is for medical use only.  Please do not write any further.**

S: Refered to MD - all above mentioned meds
expired on 3-27-08. - 8M/RN 4-17-08 (copy sent)
_____

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____
_____
_____

A:
_____
_____
_____

P:
_____
_____
_____
_____

E:
_____

EXHIBIT A-32

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:

Renewed 4-17-08: noon  G. McKenrich

※ COPY ※

4/17/08

DEAR NURSE,

I've TURNED IN 2 SICK CALLS ALREADY CONCERNING my CONDITION. I CAME OVER TO MHU#23 FROM C BLDG ISOLATION ON 4/7/08. I GET MOBIC 2 TIMES A DAY FOR PAIN IN BOTH ~~BLOOD~~ TESTICLES. I WAS TAKING TYLENOL, 2 IN THE MORNING AND 2 AT NIGHT. THE DOCTOR SWITCHED ME TO MOBIC AND IT'S NOT WORKING. I HAD 4 OR 5 CARDS OF TYLENOL AND MOBIC WHEN PROPERTY TOOK MY STUFF.

I ALSO NEED TO RENEW MY TUMS ORDER. I'VE GOT ACID REFLUX REALLY BAD. AM I ALLOWED TO HAVE MY OWN SELF MEDS BACK HERE? I'M IN SEVERE PAIN 90% OF THE TIME BECAUSE OF BI-LATERAL CYSTS ON BOTH TESTICLES.

CAN YOU PLEASE CHECK MY FILE? THANK YOU FOR YOUR TIME. TAKE CARE AND GOD BLESS!

ADAM WENZKE
#182595
MHU#23
C-U-1

EXHIBIT A-33

*2ND SICK CALL*

*COPY*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one) **MEDICAL** DENTAL MENTAL HEALTH

ADAM WENKKE                          MHU # 23
_____                      _____
Name (Print)                         Housing Location

10/30/68              182575          April 18 2008
_____      _____  _____
Date of Birth         SBI Number       Date Submitted

Complaint (What type of problem are you having)? My MEDICATION DIDNT COME
with ME from C Bldg TO THE MHU #23. CAN SOMEBODY
PLEASE HELP ME WITH THIS. I'm IN SEVERE PAIN IN my
TESTICALS BECAUSE of DILATERAL CYSTS. Some Thing HAS TO be
done. I HAVENT HAD ANY MEDS IN CLOSE TO 2 WEEKS

Adam Wenzko                          April 18, 2008
_____                      _____
Inmate Signature                      Date

**The below area is for medical use only.  Please do not write any further.**

S:
_____
_____

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____
_____
_____

A:
_____
_____

P:
_____
_____
_____
_____

E:
_____
_____

_____              _____
Provider Signature & Title              Date & Time

*EXHIBIT A-34*

3/1/99 DE01
FORM#:
MED
263

*3RD NOTICE —*

# DELAWARE DEPARTMENT OF CORRECTIONS *PLUS A WRIT*
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES *LETTER*
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one) **MEDICAL** DENTAL MENTAL HEALTH

ADAM WENZKE
Name (Print)

#23
Housing Location

12/30/68
Date of Birth

#182595
SBI Number

4/23/08
Date Submitted

Complaint (What type of problem are you having)? I DESPERATLY NEED TO SEE A DOCTOR TO RENEW ASPIRIN FOR SEVERE & SHARP PAIN IN BOTH TESTICLES. Also, I NEED TO RENEW TUMS AND 300mg HEARTBURN MED's. The shower is making my HEAD ITCH REALLY bAD. MY RIGHT KNEE HAS SHARP PAIN WHEN I Kneel DOWN ON IT, but the RIGHT SIDE OF THE KNEE IS NUMb.

Adam Wenzke
Inmate Signature

4/23/08
Date

**The below area is for medical use only. Please do not write any further.**

S: Seen by MD on 4-29-08. — SM/RN 5-6-08 (copy sent)

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

*EXHIBIT A-35*

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:

Received 5-6-08; 0900  J. McKenzie RN

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D.C.C_

INMATE'S NAME: _ADAM WENZKE_

HOUSING UNIT: _MHU #23_

DATE SUBMITTED: _4/28/08_

SBI#: _182595_

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _COMPLAINING & SUFFERING SINCE May of 2004._

TYPE OF MEDICAL PROBLEM:

_ON APRIL 7, 2008 I WAS TRANSFERED FROM C Bldg. ISOLATION TO MHU #23. I've WRITTEN 3 SICK CALLS, AND WROTE A LETTER TO THE NURSE'S STATION STATEING my SITUATION. I hAUNT RECIEVED ANY PAIN MED'S FOR BILATERAL CYSTS ON BOTH TESTICALS AND NO HEARTBURN MEDICATION. I've hAD 3 UltRA-SOUNDS SINCE 2004 AND YOU ALL KNOW I'm SUFFERING WITH JEVER AND SHARP PAINS. It's BEEN OVER A MONTH AND I feel like I'm dieing here. CMS has completely ignored my pleas for help with this embARRISSING pRoblem. Would somebody please_

GRIEVANT'S SIGNATURE: _Adam Wenzke_    DATE: _4/28/08_

ACTION REQUESTED BY GRIEVANT: _I WOULD LIKE THE CYSTS REMOVED, SOME KIND OF PAIN MED THAT WORKS, AND IF you HAVE TO, JUST REMOVE my RIGHT TESTICLE AND RELIEVE ME Of ~~some~~ my SUFFERING pIEASE!_

DATE RECEIVED BY MEDICAL UNIT: _____

EXHIBIT A-36

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D.C.C._

INMATE'S NAME: _ADAM WENZKE_

HOUSING UNIT: _MHU #23_

DATE SUBMITTED: _4/28/08_

SBI#: _182595_

CASE #: _____

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

Do something to help me? I'm in so much pain I'm willing to have my right testicle removed so I don't have to suffer like this any more. The cyst on my left testicle needs to be removed surgically as well. I cant take this any longer. ~~come and examine~~ whether or not you know this, but it feels like someone is stabbing me in my testicles with a ice pick. I need something done ~~too~~ thats actually going to help me, not prolong my suffering as you've done for the past 4 years. every month

GRIEVANT'S SIGNATURE: _Adam Wengle_    DATE: _4/28/08_

ACTION REQUESTED BY GRIEVANT: _SEE PAGE 1_ _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

*EXHIBIT A-37*

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*page 3 of 3*

**FORM #585**

**MEDICAL GRIEVANCE**

**FACILITY:** _D.CC._

**INMATE'S NAME:** _ADAM WENZKE_

**HOUSING UNIT:** _MHU # 23_

**DATE SUBMITTED:** _4/28/08_

**SBI#:** _182595_

**CASE #:**

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

<u>SECTION #1</u>

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_ear OF EVERY YEAR my CONDITION gets A little WORSE AND_
_MORE PAINFUL. What DO I HAVE TO DO TO GET SOME_
_KIND OF APPROPRIATE MEDICAL CARE?_
_Thank You For Your Time. TAKE CARE f God Bless._

GRIEVANT'S SIGNATURE: _Adam Wenzke_      DATE: _4/28/08_

ACTION REQUESTED BY GRIEVANT: _SEE page : 1_

DATE RECEIVED BY MEDICAL UNIT: _____

_EXHIBIT A-38_

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## Delaware Department of Correction
## Health Care Services Fee Sheet

======================================================

Inmate Name __Wenzke Adam__    SBI # __182595__

     (Last, First MI)

Facility _____DCC_____    Date ___4|29|08___

     ✓  **Chargeable Visit**    **$4.00**
     ___  **Non Chargeable Visit**    **-0-**
     ___  **Medication Handling Fee ($2.00 X _____ )**    $_____

    **Total Amount Charged To Inmate Account**    $ __4.00__

**Health Care Staff Signature:** _____KC_____

======================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _Adam Wenzke_    **Date:** __4|29|08__

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

======================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original:  Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
       Inmate (pink)

*Only needed if inmate refuses or is unable to sign.

**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

DR. DEROSIERS ALSO TOLD  ORDERED:
ME I WAS'NT IN AS MUCH
PAIN AS IM SAYING IM
IN!

1) ZANTAC  300 mg
2) TUMS
3) Tylenol
4) DANDRUFF SHAMPOO
5) X-RAY KNEE

— DR. DESRosiERS TOLD ME SHE'S
GOING TO CALL DR FRANCIS SHANNE
THE LIBRARIST

EXHIBIT - A 39

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/29/2008



## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI#           : 00182595 | Institution    : DCC |
| Grievance #   : 157487 | Grievance Date   : 04/28/2008 | Category      : Individual |
| Status        : Unresolved | Resolution Status : | Resol. Date   : |
| Grievance Type: Health Issue (Medical) | Incident Date     : 04/28/2008 | Incident Time : |
| IGC           : Dutton, Matthew | Housing Location : Bldg 23, Upper, Tier C, Cell 1, Bottom | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint:  Inmate Claims:  On April 7, 2008 I was transferred from C bldg.  Isolation to MHU 23.  I've written 3 sick calls, and wrote a letter to the nurses station stating my situation.  I haven't received any pain meds for Bilateral cysts on both testicles and no heartburn medication.  I've had 3 ultra sounds since 2004 and you all know I'm suffering with severe and sharp pains.  It's been over a month and I feel like I'm dieing here.  CMS has completely ignored my please for help for this embarrassing problem.  Would somebody please do something to help me?  I'm in so much pain, I'm willing to have my right testicles removed so I don't have to suffer like this anymore.  The cyst on my left testicles also needs to be removed surgically as well.  I can't take this any longer.  Whether or not you know this, but it feels like someone is stabbing me in my testicles with a "ice pack."  I need something done immediately that's actually going to help me, not prolong my suffering as you've done for the past 4 years.  Every month of every year my condition gets a little worse and more painful.  What do I have to do to get some appropriate medical care for my situation?  Thank you for your time.  Take care and God Bless!

Remedy Requested      :  I would like the cyst removed, some kind of pain medication that works, and if you have too, just remove my right testicle completely and relieve me of my suffering-please!

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/29/2008 |
| Investigation Sent : 04/29/2008 | Investigation Sent To     : Dibble, Candy |
| Grievance Amount : | |

HEARD GRIEVANCE ON 5/15/08. A LADY NAMED LISA
TOLD ME FOR THE FIRST TIME SINCE I SAW DR FRANCIS CHANNE
IN NOV. of 2006 THAT DR SHANNE SAID "HE Thought my
PAIN WAS COMING FROM INTERMITTEN TORSION ALONG with
bilATERAL CYSTS ON THE EPididymioes". That's the FIRST
MEDICAL INFORMATION I WAS TOLD ABOUT my CONDITION
IN 17 months. LISA ALso told me she woud check with
the PRISON DR. AND find out whAT the problem is,
AND WRITE ME bACK ANd ANSWERE.

EXHIBIT A-40

**DCC  Delaware Correctional Center**
Date: 04/29/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : WENZKE, ADAM T | SBI#         : 00182595 | Institution   : DCC |
| Grievance #   : 157487 | Grievance Date  : 04/28/2008 | Category     : Individual |
| Status       : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 04/28/2008 | Incident Time : |
| IGC          : Dutton, Matthew | Housing Location :Bldg 23, Upper, Tier C, Cell 1, Bottom | |

| INFORMAL RESOLUTION |
|---|

Investigator Name   : Dibble, Candy                                     Date of Report  04/29/2008

Investigation Report :


Reason for Referring:  I thought you may want to take a look at this grievance.
                    Thanks,
                    Cpl. Matthew Dutton


Offender's Signature:_____

Date                 :_____

Witness (Officer)    :_____

Page 2 of 3

EXHIBIT A-41

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/29/2008

EXHIBIT A-42

## Delaware Department of Correction
## Health Care Services Fee Sheet

==========================================================

Inmate Name  Wenzle Adam          SBI # 182595

(Last, First MI)

Facility  Bren Vali m          Date  5/21/08

_____ Chargeable Visit                                    $4.00
_____ Non Chargeable Visit                                  -0-
_____ Medication Handling Fee ($2.00 X _____ )          $_____

**Total Amount Charged To Inmate Account**          $ 0

Health Care Staff Signature: _____

==========================================================

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

Inmate Signature: _Adam Wenzle_      Date: _5/21/08_

1) *Witness Signature: _____      Date: _____.

2) *Witness Signature: _____      Date: _____

==========================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original:  Facility Business Office      Posted/Entered by_____ Date_____.
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

EXHIBIT A-43

(C:Copay.96:Form.4)

WAS SEEN BY DR. MCDONALD. EXAMINED
TESTICALS, ALSO A physical. WAS TOLD I'm
going back TO DR. FRANCIS SHANNE
the Urologists very soon.
HE ALSO ORDERED A Jock STRAP

I TOLD THE DOCTOR WHEN I WAS GETTING OUT AND HE SMILED AND SAID MAYBE C.M.S. IS WHATING FOR YOU TO LEAVE.

June 8, 2008

DEAR DR FRANCIS J. Shanne,

I'm Sorry to bother you again! But, I've had a few days to think about what we discussed. I still have a couple questions I forgot to ask you about the epididymectomy and the orchiopexy surgery on my right testcle. ① Since I've been complaining and suffering for 4 years to the Prisons Medical Department and they finally let me come see you again; Don't you think we should have a epididymectomy to remove the cyst on the left side as well? I just don't want to go through the same kind of pain I've been going through with the right one again all these years, and then turn around and have to do the same thing to the left one later on.

② What if the prison refuses to let you operate? What will I do then? ③ If the prison does let me have the surgery, why can't we remove both cysts and be done with it? I don't know what else to say. It seems to me that I've got the same problem in both testicle's. The left cyst is bigger than the right one and it hurts too you know! Maybe not as bad as the right one, but it still hurts me. Sir, Im not trying to be sarcastic or mean spirited about it, It's just something I was thinking about, thats all. ④ What causes the cysts to form down thier anyway? And will they come back? When I come to see you again for the procedure could you answere my questions for me then? Thank you for your time, I appriciate all you've done for me. Take Care and God Bless.

Adam Wenzke

EXHIBIT A-44

EXHIBIT-B

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) *Adam Wenzke* #182595
        (Name of Plaintiff)                    (Inmate Number)
*H. R. Y. C. I.*
*1301 E 12TH ST. Wilm, DE 19809*
            (Complete Address with zip code)

(2)_____
        (Name of Plaintiff)                    (Inmate Number)

_____
            (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) *Correctional Medical Systems*
(2) *First Correctional Medical*   ← Dismissed
(3) *See Attachment 1*
            (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:
:        (Case Number)
:  ( to be assigned by U.S. District Court)
:
:
:
:
:
:
:        **CIVIL COMPLAINT**
:
:
:        • •  Jury Trial Requested
:
:
:
:

I.    **PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

*Yes, it was over 10 years ago and it was thrown out because I couldn't afford the filing fee. I cant remember the name of the judicial officer. "Sorry"*

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • (Yes) • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • (Yes) • •No

C.    If your answer to "B" is Yes:

1. What steps did you take? _GRIEVENCES AND APPEALS_

2. What was the result? _WAS given TWO ULTRA-SOUNDS, MOTRIN, AND on 4/25/07_
_I RECIEVED A LETTER FROM Bureau Chief (Richard KEARNEY) STATING THAT_
_THEY UPHELD my grievance APPEAL REQUEST._

D.    If your answer to "B" is No, explain why not: _____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: ~~████████~~ (C.M.S)    _CORRECTIONS_ _MEDICAL ~~System~~_

Employed as _CARE PROVIDER_    at _H.R.V.C.I_

Mailing address with zip code: _1301 E. 12th STREET_
_P.O. Box 9561  Wilm, DE  19809_

(2) Name of second defendant: _(F.C.M) FIRST CORRECTIONAL MEDICAL_
_(D.C.C)_

**DISMISSED**

Employed as _CARE PROVIDER_    at _DELAWARE CORRECTIONAL CENTER_

Mailing address with zip code: _1181 PADDOCK ROAD, SMYRNA_
_DE  19977_

(3) Name of third defendant: _SEE ATTACHMENT 1_

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

NAMES OF DEFENDANTS

DISMISSED

1) NURSE MAGGIE      D.C.C.
2) DR. TATAGAKI      D.C.C.
3) DR. HAGUE         D.C.C

DELAWARE CORRECTIONAL
CENTER  1181 PADDOCK
Rd. SmyRNA, DE. 19977

4) NURSE DIANE       H.R.Y.C.I

5) DR. TADEO
6) DR. DOROSTER
7) AIR. ALTON
8) DR. Smith
9) AIR. Jim WELCH

HOWARD R. YOUNG CORRECTIONAL
INSTITUTE   1301 E. 12th St
P.O. Box 9561
Wilm, DE  19809

10) BETTY BRADLEY
11) NECHELLE D. BUTCHER
12) STEPHANIE MOWBRAY

NURSES AT LAST GRIEVANCE
HEARING

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. _____SEE ATTACHMENT 2_____

_____

_____

_____

2. _____

_____

_____

_____

3. _____

_____

_____

_____

## V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. _PLEASE CORRECT THE PAINFUL PROblEM IM_
_hAVING, AlSO IM SEEKING COMPENSATORY_
_AND PUNITIVE DAMAGES._

_____

_____

3

## STATEMENT OF CLAIMS

1) I FILED A GRIEVANCE REPORT ON 6/27/04 BECAUSE I WENT TO THE INFIRMARY AT D.C.C. ON TWO SEPARATE OCCASIONS ABOUT SEVERE PAIN IN MY RIGHT TESTICLE. THE NURSE MAGGIE EXAMINED ME AND SAID NOTHING WAS WRONG, but she ORDERED Some Antibiotics for TWO WEEKS. I WENT BACK A SECOND TIME TO SEE DR. TATAGARI FOR THE SAME PROBLEM, HE EXAMINED ME AND SAID THEIRS NOTHING WRONG.

2) I DON'T KNOW THE DATE, BUT I WENT BACK TO THE INFIRMARY AGAIN FOR THE SAME PROBLEM BECAUSE I WAS IN PAIN. I SAW DR. HAQUE. I WAS EXAMINED AND HE SAID THEIR WAS NOTHING WRONG. I INCISTED ON A ULTRA-SOUND TO MAKE SURE.

3) I SAW MRS TERRY L. HASTINGS THE GRIEVANCE INVESTIGATOR WALKING BY "D" BUILDINGS REC. YARD AND I ASKED HER WHAT'S UP WITH MY SITUATION? She told ME TO WRITE HER, AND I DID SO ON 8/7/04. No Reply

4) ON 9/16/04 I WROTE MS TERRY L. HASTINGS AGAIN. No Reply

5) ON 9/21/04 I HAD A ULTRA-SOUND DONE ON MY RIGHT TESTICLE

6) ON 10/25/04 I FILED A GRIEVANCE REPORT BECAUSE I WROTE THE PRISON INFIRMARY TWO SEPARATE TIMES ASKING TO SEE THE RESULTS OF THE ULTRA-SOUND, BECAUSE Im still IN PAIN

7) ON 12/8/04 I FILED ANOTHER GRIEVANCE REPORT BECAUSE THEY IGNURED THE ONE FROM 10/25/04.

8) ON 12/29/04 Ms GINA WOLKEN ANOTHER GRIEVANCE INVESTIGAT. TOLD ME THE RESULTS OF THE ULTRA-SOUND. She SAID, THE DOCTOR SAID EVERYTHING WAS NORMAL. Ms Gina Wolken WOULD NOT TELL ME THE DOCTOR'S NAME but she SAID Im on the list to SEE ANOTHER PRISON DOCTOR. THAT NEVER HAPPENED.

9) ON 2/24/05 I WAS tRANSFERRED FRom D.C.C. to H.R.Y.C.I.

10) FOR THE NEXT FEW MONTHS I WAS JUST DEALING WITH THE EMBARRASSING PAIN UNTIL 7/25/05. NATURALLY, I COULDN'T TAKE IT NO MORE BECAUSE THE PAIN GOT WORSE AGAIN AND I SENT A SICK CALL SLIP IN. ON 8/1/05 I WAS CALLED TO THE INFIRMARY TO SEE NURSE DIANE. AFTER I told her my problem She STATED TO ME "JUST DEAL with it because THEIR'S NOTHING SHE OR I COULD DO ABOUT IT.

11) ON 8/6/05 I FILED ANOTHER GRIEVANCE REPORT AND TOLD THEM I WAS IN SEVERE PAIN AND I NEED ANOTHER ULTRA-SOUND OR A MRI.

12) ON 10/15/05 I WROTE A LETTER TO THE INFIRMARY CONCERNING THE STATUS ON MY MEDICAL GRIEVANCE AND ALSO LETTING THEM KNOW I WAS IN SEVERE PAIN.

13) ON 10/17/05 I WENT TO MEDICAL GRIEVANCE HEARING. THE people their CONVINCED ME TO SIGN OFF ON THE GRIEVANCE AND TOLD ME I WAS ON THE LIST TO SEE A PRISON DOCTOR AND TO GET TREATED.

14) ON 10/24/05 AND 10/26/05 I WAS SEEN BY SOMEONE DOWN MEDICAL (who I can't RECALL their NAME). Anyway I WAS TOLD THEIRS NOTHING WRONG WITH ME.

15) ON 1/19/06 I PUT IN ANOTHER SICK CALL SLIP ABOUT SHARP PAINS IN MY RIGHT TESTICLE.

16) On 3/4/06 I WAS EXAMINED By DR. TADAO. She told ME She WOULD ORDER A ULTRA-SOUND FOR MY RIGHT TESTICLE AND A BUMP ON MY RIGHT BICEPT.

17) ON 5/10/06 I WROTE THE INFIRMARY AND ASKED ABOUT THE ULTRA-SOUND DR. TADEO ORDERED. NO REPLY

18) Also ON 5/10/06 I SENT IN ANOTHER SICK CALL ON SOMETHING UNRELATED Just TO GET DOWN THERE TO THE INFIRMARY AND ASK ABOUT THE ULTRA-SOUND ORDERED ON 3/4/06 by DR. Tadeo.

19) On 5/23/06 I was seen by prison ~~Doctor Durosier~~. She examined my RIGHT TESTICLE, checked PROSTATE AND put me on ANTI-BIOTICS for 2 weeks. She also said DR. TADEU NEVER ORDERED a ULTRA-SOUND AND she would call me back IN 2 weeks for a check-up That NEVER HAPPENED.

20) On 6/26/06 I was seen AGAIN By PRISON ~~DR Durosier~~ for a shoulder INJURY AND while I was THERE I ASKED ABOUT GETTING ANOTHER ULTRA-SOUND BECAUSE my RIGHT TESTICLE WAS HURTING BAD. HER REPLY: THERE'S NOTHING WRONG WITH YOU.

21) On 9/30/06 I WROTE ANOTHER GRIEVANCE REPORT CONCERNING the ULTRA-SOUND, AND CONTINUOUES PAIN IN my RIGHT TESTICLE.

22) On 10/9/06 ~~Mr. Attort~~ came to my Housing UNIT AND TOLD ME THEIR WAS NOTHING WRONG with my testicle AND IT'S NORMAL TO HAVE PAIN THERE EVERY NOW AND AGAIN. He ALSO STATED TO ME TO STOP WRITING SICK CALLS AND GRIEVANCE REPORTS. I TOLD HIM I WOULD NOT, UNTIL I GET BETTER HELP OTHER THAN MOTRIN.

23) On 10/13/06 I WAS SEEN By PRISON DR. Conoley, HE EXAMINED My RIGHT TESTICLE AND TOLD ME THERE IS A SMALL MASS AND HE REFERRED ME TO Urologic Surgical Associates of DELAWARE

24) On 11/16/06 I WAS TAKEN FROM H.R.Y.C. I TO SEE A Doctor WhoS NAME I CAN'T REMEMBER AT Urologic Surgical Associates OF DELAWARE 1815 W 13th St. the Station-Unit 5 Wilm, DE 19806. That DOCTOR TOLD ME I HAD A Small MASS ON RIGHT TESTICLE AND HE ORDERED A ULTRA-SOUND. He ALSO told ME when the RESULTS CAME bACK HE WOULD BRING ME BACK TO HIS OFFICE FOR A FOLLOW UP CONSULT AND DISCUSS FURTHER TREATMENT OPTIONS.

25) On 12/18/06 I FINALLY HAD A SECOND ULTRA-SOUND DONE ON My RIGHT TESTICLE. The MAN who performed THE ULTRA-SOUND

TOLD ME I HAD A SMALL MASS ON TOP OF MY RIGHT TESTICLE,
SO HE DECIDED TO CHECK THE LEFT TESTICLE ALSO AND FOUND A
SMALL MASS ON THAT ONE AS WELL. DURING ALL THIS TIME ONLY
the right ONE WAS HURTING ALL the time UNtil RECENTLY EVERY
NOW AND THEN I'LL FEEL little PAINS IN the left ONE.

26) ON 12/26/06 I WROTE A SICK CALL SLIP AND ASKED TO SEE
THE ULTRA-SOUND RESULTS.  REPLY : NOT IN YET !

27) ON 1/7/07 I WROTE ANOTHER SICK CALL Slip AND SAID I WAS
IN PAIN AND WANTED TO KNOW The RESULTS OF The ultRA-SOUND
ON 12/18/06. Reply  RESULTS NOT IN YET !

28) ON 1/11/07 I WAS CALLED TO A GRIEVANCE HEARING THAT I FILED
ON 9/30/06. At the HEARing BETTY BRADLEY, NECHELLE D. BUTCHER
AND Stephanie Mowbray TOLD ME ALL THEY CAN DO IS give ME
MORE Tylenol AND I CAN be SEEN AGAIN By ANOTHER PRISON
DOCTOR. I INCISTED THAT THEY SEND THE RESULTS, Which were
bACK TO THE URologist I WENT AND SEEN ON 11/16/06. AFTER
Complaining for 10 minutes they finally AGREED, then they
told me to sign off on the grievance REPORT AGAIN AND I
SAID NO. I am going to APPEAL it to the VERY END, bECAUSE
I've been IN SEVERE PAIN for OVER 2 1/2 YEARS AND Nobody's
ACTUALLY DONE ANYTHING TO HELP ME EXCEPT REFER ME TO
MORE DOCTORS WHO TELL ME THERES NOTHING WRONG With ME.
They Also give me Tylenol NOW bECAUSE They OVER loaded me
with too much motRIN UNTIL MY left SIDE WAS Killing ME
ALL The time. Im gETTING THE RUN-AROUND AND IM SICK AND
tIRED of it. Before I left the GRIEVANCE HEARING MS.
Stephanie Mowbray SAID she will schedual ME To SEE
the DOCTOR AGAIN AT URologic SURGICAL ASSOCIATES of DELAWARE
foR A CONSUlt ON the RESULTS OF the ultRA-SOUND AND
DISCUSS fURTHER TREATMENT OPTIONS.

29) ON 3/9/07 I WAS SEEN BY PRISON DOCTOR SMITH foR
SomethING elSE AND I ASKED HIm ABOUT MY SITUATION

WITH THE Urologist. He looked In my file and said for me not to worry about it, that he would schedual another ultra-sound. As you can clearly see I'm getting no where with the prisons Health care provider. The mass on my right testicle must definatly needs to be removed. I'm In constant pain all the time. Tylenol can only do so much. In my opinion, since the small mass is on the part of my testicle that makes sperm I believe it is prohibiting the growth of my right testicle because now it looks smaller than the left one, to me.

30) On 3/11/07 I wrote Ms Stephanie Mowbray (the schedualing lady for the outside doctor) and asked about my situation on seeing the Urologist again. — No Reply

31) On 3/24/07 I wrote Mrs. Stephanie Mowbray again and asked her about the Urologist, and why it was taking so long? No Reply

32) On 4/19/07 I wrote Sgt. Moody and asked her about my Grievance appeal from the hearing on 1/11/07 "original Grievance filed on 9/30/06" She replied on 4/24/07 and advised me my appeal case was still in Dover for Review.

33) Also on 4/19/07 I wrote the warden advising him of my situation. He replied on 4/20/07 and told me that he asked a MR. Jim Welch, Director of the Health care services to Review my chart and take appropriate action. MR Jim Welch never contacted me at all.

34) On 4/19/07 I also filed a sick call asking for more Tylenol for pain in right testicle.

35) On 4/25/07 I recieved a letter from the Bureau Chief, Richard Kearney stating that they upheld my Grievance appeal request.

36) ON 4/28/07 I WROTE MR. Jim Welch, DIRECTOR OF HEALTH CARE SERVICES AND ASKED ABOUT MY SITUATION AND WAS I going back to the Urologist? No Reply

37) ON 5/10/07 I WROTE MRS Stephanie Mowbray AND ASKED HER ABOUT ME GOING BACK TO THE UROLOGIST BECAUSE RICHARD KEARNEY (THE BUREAU CHIEF) UPHELD MY GRIEVANCE APPEAL REQUEST. No Reply

38) ON 6/15/07 I WROTE MR. Jim Welch, the DIRECTOR of HEALTH CARE SERVICES. I ASKED him ABOUT MY SITUATION AND if I WAS going back to the Urologist AGAIN? Im ALSO IN CONSTANT PAIN ALL THE time. — No Reply

39) ON 8/5/07 I WROTE SGT. MOODY AND ASKED HER ABOUT MY APPEAL FROM THE BUREAU CHIEF because the DESISION WAS UPHELD, AND When WAS I going back TO THE Urologist?

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____7____ day of __August_____, 2 007.

__Adam T. Wenghe__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4