UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM WENZKE, ) | |
| ) | Case No. 007-504 SLR |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CORRECTIONAL MEDICAL SYSTEMS, ) | |
| DR. TADEO, DR. DOROSIER, ) | |
| MR. ALTON, DR. SMITH, ) | |
| MR. JIM WELCH, BETTY BRADLEY, ) | |
| NECHELLE D. BUTCHER, and ) | |
| STEPHANIE MOWBRAY, ) | |
| ) | |
| Defendants. ) | |

--------------------------------------------------------

## NOTICE OF RECORDS ONLY DEPOSITION**

TO:

| | |
|---|---|
| Adam Wenzke | Ophelia Waters, Esquire |
| SBI# 182595 | Department of Justice |
| James T. Vaughn Correctional Center | Carvel State Office Building |
| 1181 Paddock Road | 820 North French Street |
| Smyrna, DE 19977 | Wilmington, DE 19801 |

PLEASE TAKE NOTICE that the undersigned attorney will take the records deposition of the below-listed health care providers on *July 23, 2008 at 9:00 a.m*. at the office of Balick & Balick, LLC, 711 N. King St., Wilmington, DE 19801:

Francis J. Schanne, M.D.
2600 Glasgow Avenue
Newark, DE 19702

**SUBPOENA DUCES TECUM:** Copies of all medical records pertaining to Adam Wenzke.

**Note:** Personal appearance is waived if copies of the records are received in this office before July 23, 2008, the date of the deposition.

                    BALICK & BALICK, LLC

                    /s/ James E. Drnec
                James E. Drnec, Esquire (#3789)
                711 King Street
                Wilmington, Delaware 19801
                302.658.4265
                Attorneys for Defendants Correctional Medical Services, Scott S. Altman, Dr. Desrosiers, Betty Bradley, Nechelle Butcher, or Stephanie Mowbray

Date: July 2, 2008

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 2nd day of July, 2008, the foregoing Notice of Records Only Deposition was filed via CM/ECF and served First Class Mail upon the following:

>Adam Wenzke
>SBI# 182595
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977
>
>Ophelia Waters, Esquire
>Department of Justice
>Carvel State Office Building
>820 North French Street
>Wilmington, DE 19801

>     /s/ James E. Drnec
>James E. Drnec, Esquire (#3789)