CA 07-504 SCR

July 20, 2008

Dear Clerk,

I would like to know if the Court recieved my motion to Amend his Complaint and Motion For Request Appointment of Counsel?

Has the Judge ruled on these motions yet?

Thank you for your time, take care and God Bless.



Adam Wenzke #182595
D.C.C.   Bldg. 23
1181 Paddock Road
Smyrna, DE 19977



I/M Adam Wenzke
SBI# 182595   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 JUL 2008 PM 3 T

U.S.M. X-RAY

Office of the Clerk
U.S. District Court
844 N. King St.   Lockbox 18
Wilm, DE 19801-3570

LEGAL MAIL