OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 23, 2008

TO:

**Adam Wenzke**
SBI# 182595
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        RE:  STATUS OF MOTIONS
             CA 07-504 SLR

Dear Mr. Wenzke:

    This is in response to your letter received dated 7/20/08
requesting the status of your Motions.  Your case is assigned to
the Honorable Sue L. Robinson, and your Motions are still pending
before the Court.  You will be advised by the Court as to further
developments in your case.

    I trust that this letter answers your questions concerning
this matter.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claims which you may
be alleging.

                              Sincerely,

/rwc                          PETER T. DALLEO
                              CLERK


cc:  The Honorable Sue L. Robinson