

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630

July 29, 2008

The Honorable Sue L. Robinson
US District Court
District of Delaware
844 North King Street
Wilmington, DE  19801

      RE:    *Adam Wenzke v. Correctional Medical Services, et al.*
               C.A. No.:  07-504-SLR

Dear Judge Robinson:

     James Welch, Director of Health Services for the Department of Correction, has advised that Mr. Adam Wenzke continues to be monitored and treated by the CMS medical staff at the James T. Vaughn Correctional Center for his medical needs as he awaits his scheduled surgery. The medical staff has notified Mr. Wenzke that he is scheduled to undergo a surgical procedure at an off-site medical facility.

     For security reasons prisoners are not provided with advanced information of the actual date that they will be transferred outside of the facility.  They are only notified that the surgery is scheduled. The Department of Correction security staff is responsible to facilitate the medical transport.

     Mr. Welch has advised upon completion of Mr. Wenzke's medical procedure, follow-up information will be provided to the Court.

     Should Your Honor have any questions or concerns, I remain available at the Court's convenience.

                                                 Respectfully,

                                               */s/ Ophelia M. Waters*
                                               Ophelia M. Waters
                                               Deputy Attorney General

OMW/bja

cc:     Adam Wenzke
        James Welch
        James Drnec, Esquire (via e-filing)