July 28, 2008

Dear Clerk,

07-504 (SLR)

I'm sorry to bother you again, but last week July 17, 2008 the Buisness Office mailed you the remaining $178.45 that I owed towards the $350.00 Filing Fee.

Could you please send me a reciept and verification that I'm paid in full for that?

Thank you so much for your time.

Take Care and God Bless.

Sincerely,

Adam Wenzke #182595
JTV Correctional Center
1181 Paddock Road
Smyrna, DE
19977



FILED
JUL 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Adam Wenzke
SBI# 182595   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, Del
19801-3570

LEGAL MAIL