OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 31, 2008

TO:  Adam Wenzke
     SBI# 182595
     James T. Vaughn Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   **RE:  STATUS OF 07-504(SLR)**

Dear Mr. Wenzke:

   This is in response to your letter received on 7/30/08 requesting verification that the filing fee was received. Enclosed please find a docket sheet

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc:  The Honorable Sue L. Robinson
enc: Docket Sheet