July 29, 2008

Dear Clerk,    07-504 (SLR)

Enclosed are four sets of interrogatories, two of which are for the U.S. District Court 07-504-SLR The other two are for Balick & Balick, James E. Drnec 711 King St Wilm, DE 19801

If you have any questions please let me know. Thank you for your time, Take Care and God Bless.

Sincerely, Adam Wencke #182595
J.T.V. Corr. Ctr.
1181 Paddock Road
Smyrna, DE 19977



FILED
JUL 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Adam Wenzke
SBI# 182595   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of the Clerk
U.S. District Court
844 N. King St  Lockbox 18
Wilmington, DE
   19801-3570

# LEGAL MAIL