IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADAM WENZKE )
    PLAINTIFF )
)
)
v. ) CIV. ACTION NO. 07-504-SLR
)
CORRECTIONAL MEDICAL )
SERVICES ET. AL. )
    DEFENDENTS )

FILED
JUL 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

## NOTICE OF INTERROGATORY

PLEASE TAKE NOTICE THAT PURSUANT TO RULE 33, FED. R. CIV. P. THE PLAINTIFF SUBMITS THE FOLLOWING INTERROGATORIES TO THE DEFENDENT **JIM WELCH, SUPERVISOR OF C.M.S.** TO ANSWERE EACH OF THE ATTACHED INTERROGATORIES IN WRITING UNDER OATH, WITHIN 30 DAYS OF SERVICE.

July 29, 2008
DATE

Adam Wenzke #183595
PLAINTIFF
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

INTERROGATORIES - JIM WELCH

1) Explain and describe your duties as the Director of Health Care Services at H.R.Y.C.I. and how long you've worked thier?

2) Explain and describe why that after Plaintiff notified you numerous times of his pain and suffering you failed to respond or use your authority to help him?

3) Explain and describe any treatment that you know of that was administered to the Plaintiff concerning his medical condition and who treated him?

4) Explain and describe why you failed to respond when you found out Plaintiff won his Medical Grievance Appeal to the Bureau Chief Richard Kearney to be sent back to see the Urologist?

5) To your knowledge explain and describe why you think the Plaintiff was recieving adequate medical care according to C.M.S.'s Rules of Medical Procedures Manuel and the Accepted Professional Standards of the National Commission on Correctional Health Care?

6) Explain and describe if you investigated Plaintiff's claims of pain and suffering, and what you did about it?

(1)

7) EXPLAIN AND DESCRIBE IF YOU ARE AWARE THAT THE MEDICAL STAFF YOU ARE SUPERVISING ARE TREATING PEOPLE WITHOUT THIER "INFORMED CONSENT", AND MEDICAL DID NOT TELL THE PLAINTIFF ANYTHING ABOUT THE LONG AND SHORT TERM SIDE AFFECTS OF TAKING TYLENOL WHILE BEING CO-INFECTED WITH TWO TYPES OF STRAINS OF THE HEPATITUS C VIRUS?

8) EXPLAIN AND DESCRIBE THE POSSIBLE RISKS THAT YOU DELEGATED DOWN TO YOUR SUBORDINATES CONCERNING PLAINTIFFS MEDICAL TREATMENT OPTIONS?

9) EXPLAIN AND DESCRIBE ANY AND ALL TRAINING THAT THE MEDICAL PERSONNELL HAD WENT THROUGH BEFORE THIER ALLOWED TO BE ELIGIBLE TO WORK FOR YOU IN A PRISON MEDICAL ENVIROMENT?

10) EXPLAIN AND DESCRIBE ANY BONUSES OR INCENTIVES YOU WERE OFFERED OR RECIEVED OR KNOW ABOUT THAT YOUR EMPLOYER OFFERS OR USES TO MINIMIZE HIGH COST TREATMENTS ESPECIALLY TO THOSE WHO REQUIRE HOSPITALIZATION OR THE CONSULTATION OF SPECIALISTS?

11) EXPLAIN AND DESCRIBE HOW YOU REACTED AND WHAT YOU ACTUALLY DID WHEN YOUR OWN MEDICAL PERSONNELL PUT YOU ON OFFICIAL NOTICE OF PLAINTIFF'S PAINFUL CONDITION AND REPEATED REQUEST TO SEE THE UROLOGIST AGAIN?

12) AFTER PLAINTIFF WAS SEEN BY THE UROLOGIST ON NOV. 16 2006 AND FELT A SMALL MASS ON THE TESTICLES, THE UROLOGISTS ORDERED A ULTRA SOUND AND FOLLOW UP APPOINTMENT EXPLAIN AND DESCRIBE WHY AND THE REASONS BEHIND THE FOLLOW UP CANCELLATION?

13) EXPLAIN AND DESCRIBE WHO'S DECISION IT WAS TO TELL THE PHYSICIANS ASSISTANT MICHAEL SEMISCH TO WRITE ON (PREVIOUSLY FILED SICK CALL EXHIBIT X-19 PRISON MEDICAL RECORDS) THAT PLAINTIFF WOULD FOLLOW UP WITH THE UROLOGIST WHEN PLAINTIFF WAS RELEASED IN ONE MONTH, AND IN REALITY PLAINTIFF HAD 28 MONTHS LEFT ON HIS SENTENCE?

14) EXPLAIN AND DESCRIBE IF C.M.S. HAS A CUSTOM OR POLICY ON THE COURSE OF MEDICAL TREATMENT PLAINTIFF RECIEVED AND IS THIER A CUSTOM OR POLICY OF FINANTIAL CONSIDERATIONS BEING PLACED OVER MEDICAL TREATMENT NEEDS?

15) EXPLAIN AND DESCRIBE WHERE YOU RECIEVED YOUR LICENCE AND TRAINING TO BE THE DIRECTOR of HEALTH CARE AND HOW LONG YOU'VE HAD IT?

16) IN YOUR OWN MEDICAL OPINION EXPLAIN AND DESCRIBE IF YOU THINK ITS SAFE FOR A PACIENT CO-INFECTED WITH TWO DIFFERENT TYPE STRAINS OF THE HEPITITUS C VIRUS TO BE GIVEN MASSIVE AMOUNTS OF TYLENOL FOR OVER 4 YEARS?

17) Explain and describe when the 2nd ultra sound results from Dec 18, 2006 came back and revealed painful bilateral cysts on both epididymedes of the testicles and possible intermitten torsion of the right testicle why was plaintiff kept on Tylenol and his complaints ignored that the Tylenol wasn't working and he was in severe pain and has been for the past 2 years 7 months at that time?

18) Explain and describe to your knowledge if you or your company has ever employed unqualified or unlicenced medical personnel?

19) Explain and describe if any unqualified or unlicenced personnell worked at H.R.Y.C.I. from Feb. 23, 2005 through Sept. 11, 2007?

20) Explain and describe who's job it is to schedual outside medical appointments, cancele outside appointments?

21) Explain and describe who has the authority to deny or approve medical appointments or deny or approve any recommended treatment by a physician on the outside world or at H.R.Y.C.I?

22) Explain and describe if you know anything about plaintiff being transfered to another prison because he complained to medical too much?

(4)

RESPECTFULLY,

_Adam Wenzke_        _July 29, 2008_
  PLAINTIFF                           DATE

ADAM WENZKE #182595
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

(5)

## CERTIFICATE OF SERVICE

I __Adam Wenzke__, HEREBY CERTIFY THAT I HAVE SERVED A TRUE COPY OF THE __NOTICE OF INTERRAGATORIES__ UPON THE FOLLOWING PARTIES:

1) DEPARTMENT OF JUSTICE
   OPHELIA M. WATERS
   820 N. FRENCH ST
   WILM, DE 19801-3509

2) OFFICE OF THE CLERK
   U.S. DISTRICT COURT
   844 N. KING ST. Lockbox 18
   Wilm, DE 19801-3570

By PLACING SAME IN A SEALED ENVELOPE, AND DEPOSITING SAME IN THE U.S. MAIL AT THE DELAWARE CORRECTIONAL CENTER, SMYRNA DE 19977

ON THIS __29__ DAY OF __July__ 2008

_Adam Wenzke_