IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Adam Wenzke<br>Plaintiff<br><br>v<br><br>Correctional Medical<br>Services et.al.<br>Defendants | Civ. Action. No. 07-504-SLR<br><br>FILED<br>JUL 31 2008<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

NOTICE OF INTERROGATORY

Please take notice that pursuant to Rule 33, Fed. R. Civ. P. the Plaintiff submits the following interrogatories to the Defendant **Scott Altman - Grievance Investigator** to answere each of the attached interrogatories in writing under oath, within 30 days of service.

July 29 2008
[DATE]

Adam Wenzke #182595
[PLAINTIFF]
Delaware Correctional Center
1181 Paddock Road.
Smyrna, DE 19977

INTERROGATORIES - Scott Altman

1) Explain and describe your duties and position when you were employed by CMS at the H.R.Y.C.I.?

2) Explain and describe if you have a licence at what you do and how long you've had it?

3) Explain and describe any treatment you administered or recommended for plaintiff concerning his medical problem?

4) Explain and describe why you went to plaintiff's housing unit and basically verbally abused him and told him to stop writing complaints to the medical dept?

5) Explain and describe if you've ever been reprimanded or diciplined for poor work behavior?

6) Explain and describe if you've ever been fired or suspended from this job or any other job?

7) Explain and describe how you came about to work for CMS at the H.R.Y.CI and any other prison?

8) Explain and describe the risks that you advised the plaintiff about his medical condition

(1.)

9) EXPLAIN AND DESCRIBE ANY BONUSES OR INCENTIVES YOU RECIEVED OR KNOW ABOUT THAT YOUR EMPLOYER OFFERS/USES TO MINIMIZE THE HIGH COST TREATMENTS ESPECIALLY TO THOSE WHO REQUIRE HOSPITALIZATION OR THE CONSULTATION OF SPECIALISTS?

10) EPLAIN AND DESCRIBE IF YOU KNOW ANYTHING ABOUT PLAINTIFF BEING TRANSFERED TO A DIFFERENT FACILITY BECAUSE HE COMPLAINED TO MEDICAL TOO MUCH?

(2.)

RESPECTFULLY,

_Adam Wenzke_                              _July 29, 2008_
PLAINTIFF                                   DATE

ADAM WENZKE #182595
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977