IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ADAM WENZKE

    PLAINTIFF

V

                       CIV. No 07-504 (SLR)

CORRECTIONAL MEDICAL
SYSTEMS, ET. AL.,

    DEFENDANTS

---

MOTION FOR LEAVE TO FILE A
SUPPLEMENTAL COMPLAINT

---

    PLAINTIFF, ADAM WENZKE REQUEST LEAVE TO FILE
A SUPPLEMENTAL COMPLAINT INFORMING THE U.S. DISTRICT COURT
OF THE CONTINUING ACTIONS INFLICTED UPON PLAINTIFF SINCE
JUNE 9, 2008; UNTIL PRESENT DATE, AND IN ADDITION TO
HIS ORIGINAL COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983; PREVIOUSLY FILED AUGUST 13, 2007.



FILED

SEP - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1) PLAINTIFF WOULD LIKE TO ADD A CONTINUING "STATEMENT OF CLAIMS" TO HIS ORIGINAL AND 1ST AMENDED COMPLAINT <u>No 66</u> <u>TO 77</u> ON <u>ATTACHMENTS Z-1, Z-2</u> (EHIBITS A-1 & A-2).

2) PLAINTIFF WOULD ALSO LIKE TO ADD (ATTACHMENTS Z-3 <u>TO Z-15</u>) A DETAILED LIST OF PLAINTIFFS MISSED MEDICATION AND 22 DAY STAY IN THE PRISON INFIRMARY.

3) PLAINTIFF WOULD LIKE TO ADD (EXHIBITS B-1 THRU B-8) TREATMENT OPTIONS GIVIN TO PLAINTIFF FROM NURSE MARY AFTER PLAINTIFFS SURGURY FROM THE INTERNET ABOUT HIS MEDICAL CONDITION.

4) PLAINTIFF WOULD LIKE TO ADD (EXHIBITS C-1 THRU C-10) AS EVIDENCE OF PLAINTIFFS ATTEMPT TO SEEK HELP, TO ADD TO PREVIOUSLY FILED (EXHIBITS A THRU Z)(EXHIBITS A-1 THRU A-21) AND (EXHIBITS A-22 THRU A-44)

5) SINCE FILING THE ORIGINAL COMPLAINT PLAINTIFF HAS STILL BEEN TOLD BY MEDICAL TO STOP COMPLAINING, STOP PRETENDING TO BE IN PAIN "DR. DESROSIERS", AND ONLY BEEN GIVEN HIGH DOSES OF SELF MEDICATION (Tylenol) TO EASE PAIN IN BOTH TESTICALS. PLAINTIFF FINALLY HAD SURGURY AFTER SUFFERING FOR 4.2 YEARS OF TAKING PRESCRIBED MEDICATION "Tylenol, Motrin, Aspirin" ALL THAT TIME.

6) <u>PLAINTIFF PAIN level WENT AWAY 80% TO 90% AFTER REQUIRED SURGERY AND HAS BECOME STERILE AFTER A DOUBLE EPIDIDYMECTOMY AND INTERMITIN TORSION OPERATION</u>.

THERE FORE, PLAINTIFF REQUEST THAT HE BE ALLOWED TO ADD CONTINUING STATEMENT OF CLAIMS WITH SUPPORTING EXHIBITS TO KEEP THE COURT INFORMED OF THE SERIOUSNESS OF MY MEDICAL CONDITION.

<u>AUGUST 28, 2008</u>
DATE

RESPECTFULLY SUBMITTED,

<u>ADAM WENZKE #182595</u>
PLAINTIFF

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK Rd
SMYRNA, DE  19977

## **Certificate of Service**

I, _ADAM WENZKE_____, hereby certify that I have served a true

and correct cop(ies) of the attached: _Supplemental Complaint, Exhibits,_

_AND ATTACHMENTS_____ upon the following

parties/person (s):

TO: _DEPARTMENT OF JUSTICE_

_OPHELIA M. WATERS_

_STATE OFFICE Building_

_820 N. FRENCH ST._

_WILM, DE 19801-3509_

_U.S. DISTRICT COURT_
TO: _OFFICE of the CLERK_

_844 N. KING ST_

_LockBox 18_

_Wilm, DE_

_19801-3570_

TO: _____

_____

_____

_____

_____

TO: _____

_____

_____

_____

_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _28_ day of _August_____, 2008

_Adam Wenzke_

ATTACHMENT Z-1

66) ON 6/27/08 PLAINTIFF FILED A SICK CALL CONCERNING LIVER PAINS AND SEVERE PAIN IN BOTH TESTICLES.

67) ALSO, ON 6/27/08 PLAINTIFF WROTE MR RONNIE MOORE WHO'S SUPPOSSED TO BE IN CHARGE AT PRISON MEDICAL ASKING FOR HELP.

68) ON July 1, 2008 PLAINTIFF WROTE MR RONNIE MOORE AGAIN TO ASK HIM SOME QUESTIONS CONCERNING MY MEDICAL SITUATION.

69) ON July 3, 2008 PLAINTIFF HAD ANOTHER MEDICAL GRIEVANCE HEARING. THE WOMAN LISTENED TO MY PLEAS OF PAIN IN BOTH TESTICLES AND LIVER PAIN. SHE IMMEDIATELY TOOK ME OFF OF TYLENOL AND PRESCRIBED VICADEN FOR PAIN. (APPEALED GRIEVANCE) AGAIN

70) ON 7/10/08 PLAINTIFF FILED ANOTHER SICK CALL INFORMING MEDICAL THAT THE 2 VICADEN I RECIEVE EVERY DAY AROUND 4:00 PM ONLY LAST FOR 4 TO 5 hours. THEN I GO BACK TO SUFFERING AGAIN THE REST OF THE TIME. IT'S 8/25/08 I WAS NEVER SEEN!

71) ON 7/11/08 PLAINTIFF FILED ANOTHER SICK CALL ASKING TO SEE LAST TWO BLOOD TEST, REQUESTED TO SEE DR McDONALD, AND IF MY LIVER HAS BEEN DAMAGED FROM TAKING ASPIRIN, MOTRIN, AND MAINLY TYLENOL FOR OVER 4 YEARS. IT'S 8/26/08 I WAS NEVER SEEN.

72) ON 7/14/08 PLAINTIFF WROTE A SICK CALL TO SEE THE MENTAL HEALTH DOCTOR, DR CANNOLI.

ATTACHMENT 2-2

73) Also, on 7/14/08 I wrote medical a letter asking for information about my condition Hepatitus C, Testicular cysts, and intermitten torsion.

74) On 7/18/08 Plaintiff has been off Tylenol for about 2 weeks and nolonger suffers from continuoues pain in his liver, night sweats, and my body over heating for no apparent reason. I suppose these symptoms were side affects from Plaintiff being on Tylenol (overloaded) for 4 long years.

75) On 7/19/08 at approximitly 11:45 am Plaintiff asked Sgt. May to call a doctor for sharp pain in tesicles. Sgt May replied noone was thier except a nurse because of it being the weekend. Sgt. May already knew my problem and asked if I wanted some motrin or Tylenol from the nurse. I explained to him I cant take that because of side affects and I've got Hapatitus C. Sgt May told me when he comes to work on Monday 7/21/08 he would call somebody from medical to see me because it was obvious to him that I was suffering.

76) On 7/20/08 As of today Plaintiff never recieved Jock Strap ordered by Dr McDonald 2 months ago on 5/21/08

77) On 7/22/08 I filed another sick call for pain in testicle's and to see Dr. McDonald (infectious disease specialist).

ATTACHMENT Z-3

TODAY IS August 27, 2008, PLAINTIFF HAS NOT BEEN SEEN BY ANYONE CONCERNING my LAST 4 OR 5 SICK CALL SLIPS. FROM June 29, 2008 UNTIL August 20, 2008 WHEN PLAINTIFF WAS IN THE PRISON INFIRMARY- MEDICAL MISSED, REFUSED, AND Brought hours LATE my PRESCRIBED PAIN MEDICATION 11 TIMES, They missed my PRESCRIBED ANXIETY MEDICATION 6 TIMES, AND FOR THE LAST 27 DAYS I HAV'NT RECIEVED ANY ACID REFLUX MEDICATION. I ALSO VERBALLY ASKED TO SEE DR. McDONALD ON 4 SEPARATE OCCASSIANS, I WAS TOLD I'LL BE SEEN ON SATURDAY. Well, SATURDAY CAME AND WENT 4 TIMES AND I STILL HAV'NT SEEN ANYONE.

THE NEXT 12 PAGES (ATTACHMENTS Z-4 THRU Z-15) WAS my STAY IN THE PRISON INFIRMARY WHICH WAS A NIGHTMARE.

Also (EXHIBITS A-1 & A-2) IS A COPY OF my MEDICAL COMPLAINT I FILED ON August 14, 2008 WITH C/O Gillis AND NURSE MARY. (SEE ALSO: EXHIBITS C-1 THRU C-10)

NURSE MARY ALSO GAVE PLAINTIFF (EXHIBITS B-1 THRU B-8) FROM THE INTERNET, EXPLAINING my MEDICAL CONDITION AND TREATMENT OPTIONS. SAID TREATMENT OPTIONS COMPLETLY CONTRADICT THE TREATMENT PLAINTIFF WAS RECIEVING FROM C.M.S. AND THIER DOCTORS FOR 4.2 YEARS

THE OUTCOME AFTER PLAINTIFFS SURGURY WAS 80% TO 90% LESS PAIN AND PLAINTIFF IS STERILE IN BOTH TESTICALES. PLAINTIFFS MENTAL HEALTH HAS ALSO BEEN AFFECTED BY THIS WHOLE ORDEAL!

ATTACHMENT Z-4

July 29, 2008  PLAINTIFF WAS TRANSFERED FROM MHU-#23 TO THE
MAIN INFIRMARY ABOUT 10:00 pm.

July 30, 2008  PLAINTIFF SPENT 10 hours AT ST. FRANCIS HOSPITAL. HAD
SURGERY FOR A DOUBLE EPIDIOYMECTOMY AND INTERMITTEN TORSION.
BACK AT THE PRISON APPROX. 8:30 pm  NURSE Michelle EXAMINED
ME AND GAVE ME A ICE PACK TO TRY TO STOP THE BLEEDING
WHICH OCCURED DURING THE RIDE BACK TO PRISON. AFTERWARDS
SHE SAID I COULD TAKE A SHOWER. I WAITED THREE hours
DURING WHICH TIME I PRESSED ALL THREE CALL FOR HELP
BOXES IN MY CELL, NO ONE CAME. AROUND 11:40pm I
CLEANED UP THE Blood myself with my only WASH CLOTH AND
15 MINUTES LATER A COLORED NURSE BROUGHT ME 2 VICADIN.

July 31, 2008  AT 4:30 AM I RECIEVED A BOX OF BABY WIPES by A black
MAN NURSE AND 80 pRozAC, 1 VISTIRIL, 2 VICADIN, 2 ANTI BIOTICS.
AT 9:45 AM I RECIEVED A PACKAGE OF NEW BANDAGES FROM
NURSE CHRISTINE AND WAS TOLD TO CHANGE MY OWN DRESSINGS.
--> AT 9:55 AM I RECIEVED 1 VICADIN, 1 ANTIBIOTICS
AT 2:25 pm  I RECIEVED A ICE PACK FROM DR. Rogers. I
COMPLAINED OF SEVER pAIN. DR Rogers TOLD ME THE HOSPITAL
SENT PERCASETS FOR PAIN but I WAS NOT ALLOWED TO HAVE
THEM. SHE RECOMMENDED 2 VICADIN EVERY 4 hours
STARTING IMMEDIATLY.
AT 4:25 pm  I ASKED C/o NYE WHO WAS PASSING out LEGAL
MAIL, THAT I WAS hURTING REALLY BAD AND To pleASE
Check ON pAIN MEDICATION. HE SAID HE'D TELL THEM.

(1.)

ATTACHMENT 2-5

AT 4:47 pm I ASKED C/O NYE WHO WAS PASSING OUT DINNER
ABOUT MY PAIN MEDICATION? THE WHITE NURSE THAT WAS WITH HIM
WAS PASSING OUT ICE FOR DRINKS, TOLD ME TO WAIT UNTIL LATER,
IT'S SHIFT CHANGE. C/O NYE SAID THEY KNOW ABOUT YOU.
AT 5:28 pm I COMPLAINED AGAIN TO NURSE MICHELLE ABOUT
PAIN MEDICATION. She gave me A ICE PACK AND SAID SHE
would check ON IT.
AT 5:40 pm THE NURSE AND C/O FROM 4:47pm EARLYER
TOOK MY VITALS AND TOLD ME SHE WOULD TELL THEM AGAIN
ABOUT MY PAIN MEDICATION COMPLAINT.

**NOTE** { PLAINTIFF HAD SURGURY 25 hours AGO. BOTH TESTICALS AND
MY PENIS ARE SEVERLY SWOLLEN, 4 Times THE NORMAL SIZE,
AND THAT ENTIRE AREA IS DARK PURPLE AND IM SUFFERING
IN GREAT PAIN.

AT 6:00 pm I ACTUALLY BEGGED NURSE MICHELLE AND C/O R.O.
WHITE TO HELP ME, IM DIEING IN PAIN AND I HAVNT HAD
ANY PAIN MEDICATION FOR OVER 8 hours, AT THAT TIME
ANOTHER NURSE SHOWED UP AND GAVE ME 80 PROZAC, 1 VISTARIL
2 VICADEN, 1 ANTIBIOTIC. I WAS weeping by THIS TIME.
AT 6:05 pm PLAINTIFF ASKED C/O R.O. WHITE IF I COULD
SEE A Sgt. OR LT.? HE SAID YES, WHEN HE DOES HIS ROUNDS.
PLAINTIFF WANTED LT. SMITH TO GET A CAMERA, SO THE COURT
COULD ACTUALLY SEE MY painful SWOLLEN CONDITION.
AT 6:50 pm C/O R.O. WHITE TOLD ME THAT LT. Smith
SAID HE DOESNT HAVE THE AUTHORITY TO TAKE PICTURES.
LT Smith also SAID TO ASK MEDICAL TO TAKE THE PICTURE
OR WRITE THE WARDEN.

*NO PAIN MEDICATION 8 hrs 5 min.* (left margin)

(2.)

ATTACHMENT Z-6

AT 9:50 PM A COLORED NURSE BROUGHT ME 2 VICADIN, 1 VISTIRIL.

August 1, 2008   AT 2:28 AM   2 VICADIN

AT 6:18 AM  2 VICADIN, 1 ANTIBIOTIC      (9:00 AM Shower)

AT 10:20 AM  2 VICADIN

AT 2:40 PM  2 VICADIN

AT 6:21 PM  1 ANTIBIOTIC

AT 6:31 PM  2 VICADIN

AT 9:00 PM  LT. Smith CAME TO MY CELL, I EXPLAINED THE
PAIN MEDICATION SITUATION FROM THE DAY BEFORE. HE SIMPLY
SAID IF ANY THING ELSE GOES WRONG TO LET HIM KNOW.

AT 9:58 PM  A WHITE NURSE WITH GAPS IN HER TEETH AND
GLASSES GAVE ME 80 PROZAC, 1 VISTIRILE. I ASKED ABOUT PAIN
MEDICATION AND SHE YELLED IT'S TO EARLY (by 30 minutes)
EVEN THOUGH MY ENTIRE GENITAL AREA IS SWOLLEN, DARK
PURPLE, Im IN PAIN, AND MY STITCHES ARE LEAKING.

AT 11:31 PM  NURSE Michelle GAVE ME 2 VICADIN.

August 2, 2008  AT 5:24 AM  2 VICADIN, 1 ANTIBIOTIC

AT 8:55 AM  VITALS TAKEN - TEMP. 101°

AT 10:08 AM  2 VICADEN

AT 4:45 PM  I TOLD C/O JELLIFF NOBODY BROUGHT the
2:00 PM PAIN MEDICATION AROUND AND Im HURTING. HE
SAID HE WOULD TELL THEM ABOUT IT.

AT 5:54 PM  80 PROZAC, 2 VICADIN. I TOLD THE NURSE
ITS BEEN 8 hours SINCE I HAD ANY PAIN MEDICATION,
AND SHE SAID I HAVE TO ASK FOR IT EVERY 4 hours.
FIRST, NOBODY EVER TOLD ME THAT. SECOND, I'VE GOT
3 CALL FOR HELP BOXES IN MY CELL THAT DONT WORK.

NO PAIN MEDICATION 8 hrs

(3.)

ATTACHMENT Z-7

THIRD, IT'S KINDA HARD TO ASK FOR PAIN MEDICATION WHEN
MY 3 CALL FOR HELP BOXES DON'T WORK OR NO ONES ANSWERING
THEM AND NO ONE COMES BY TO CHECK ON ME. FOURTH,
THIS IS THE SECOND TIME THIS HAS HAPPENED IN THE FIRST
3 DAYS AFTER SURGURY.

AT 9:37 PM  2 VICADIN, 1 ANTI BIOTIC

August 3, 2008  AT 1:51 AM  2 VICADIN

AT 5:36 AM  2 VICADIN, 1 ANTI BIOTIC
AT 9:40 AM  2 VICADIN
AT 2:01 PM  2 VICADIN - ASKED THE NURSE TO SEE DR. McDONALD.
AT 5:38 PM  2 VICADIN, 80 PROZAC, 1 ANTIBIOTIC
AT 9:53 PM  2 VICADIN, 1 VISTIRILE

August 4, 2008  AT 5:13 AM  2 VICADIN   I ASKED NURSE FOR HEARTBURN
PILL, SHE NEVER CAME BACK.
AT 10:12 AM  2 VICADINE      (9:00 AM SHOWER)
AT 2:23 PM  2 VICADINE
AT 3:34 PM  I TALKED TO DR. ROGERS AND WAS EXAMINED.
SHE TOLD ME I WAS GOING TO FOLLOW UP WITH THE UROLOGIST
ONE MORE TIME. I ASKED ABOUT MY HEARTBURN PILLS WHEN
I FIRST GOT HERE. SHE SAID SHE WOULD CHECK.  ┌─────────┐
AT 6:05 PM  2 VICADIN, 1 ANTIBIOTIC        │ ALSO, I ASKED │
AT 9:56 PM  1 VISTARIL                      │ TO SEE DR     │
AT 10:08 PM  2 VICADIN                      │ McDONALD      │
                                            └─────────┘

August 5, 2008  AT 5:30 AM  2 VICADIN, 1 ANTIBIOTIC

AT 10:06 AM  2 VICADIN
AT 2:00 PM  2 VICADIN  I ASKED AGAIN FOR HEARTBURN
MEDICATION. NURSE SAID SHE WOULD CHECK. NEVER CAME BACK.

(4.)

ATTACHMENT Z-8

AT 6:53 pm 2 VICADIN, 80 PROZAC, 1 ANTIBIOTIC

AT 10:20 pm 2 VICADIN, 1 VISTARIL

<u>August 6, 2008</u> AT 5:22 AM 2 VICADIN, 1 ANTIBIOTIC

AT 10:10 AM 2 VICADIN        (9:00 AM Shower)

AT 2:30 pm ASKED A NURSE WALKING BY ABOUT PAIN MEDICATION

SHE SAID SHE WOULD CHECK. NEVER CAME BACK.

AT 6:47 pm 2 VICADIN, 80 PROZAC I ASKED THE NURSE

WHY THEY SKIPPED ME THIS AFTERNOON ON PAIN MEDICATION.

SHE SAID WERE SHORT STAFFED AND THIERS NO MAKE UP

MEDICATION. JUST DEAL WITH IT.

AT 9:59 pm 2 VICADIN, 1 VISTARILE

*(left margin) NO PAIN MEDICATION 8 hrs. 37 min.*

<u>August 7, 2008</u> AT 5:28 AM 2 VICADIN

AT 10:00 AM 2 VICADIN

AT 3:00 pm 2 VICADIN

AT 6:55 pm 2 VICADIN, 80 PROZAC ASKED ABOUT HEARTBURN

MEDICATION. WAS TOLD I'LL GET IT LATER. NEVER HAPPENED!

AT 10:42 pm 2 VICADIN

<u>August 8, 2008</u> AT 5:18 AM 2 VICADIN

AT 10:14 AM 2 VICADIN        (8:45 AM Shower)

AT 3:05 pm 2 VICADIN        (ASKED AGAIN TO SEE DR McDONALD)

AT 6:35 pm 2 VICADIN, 80 PROZAC

AT 10:38 pm 2 VICADIN

<u>August 9, 2008</u> AT 5:33 AM 2 VICADIN

AT 10:10 AM 2 VICADIN

AT 1:58 pm 2 VICADIN

AT 8:54 pm 2 VICADIN, 80 PROZAC

AT 9:58 pm 1 VISTARILE

*(left margin) NO PAIN MEDICATION 7 HOURS*

(5.)

ATTACHMENT 2-9

August 10, 2008 AT 5:12 AM  2 VICADINE

       AT 10:15 AM  2 VICADINE

       AT 2:07 pm  2 VICADIN

       AT 5:40 pm  80 PROZAC  ASKED AGAIN FOR HEART BURN MEDICATION.

       SHE REPLIED: THIER IS'NT ANY.

       AT 6:10 pm  2 VICADIN

       AT 9:20 pm  2 VICADIN

August 11, 2008, AT 1:30 pm  I VICADIN, THE NURSE TOLD ME THE DOCTOR

       SAID TO DROP MY PAIN MEDICATION TO 1 VICADIN EVERY 8

       hoORS FOR 7 dAYS

       AT 6:10 pm  80 PROZAC      (8:55 am Shower )

       AT 10:35 pm  I VICADIN

August 12, 2008 AT 5:30 AM  I VICADIN

       AT 2:50 pm  I VICADIN  I COMPLAINED ABOUT NOT GETTING

       HEART BURN MEDICATION. I WAS TOLD THEY WILL BRING IT LATER.

       AT 6:25 pm  80 PROZAC, I VICADIN

       AT 10:13 pm  I VISTARIL

August 13, 2008 AT 5:15 AM  I VICADIN

       -- AT 3:46 pm  I VICADIN      (8:55 Am Shower)

       AT 8:19 pm  80 PROZAC

       AT 11:11 pm  I VISTARILE, I ASKED THE COLORED NURSE ABOUT

       MY PAIN MEDICATION. She REPLIED : MY SHIFT ENDS IN 10 MIN.

       ASK The NEXT SHIFT, Then the C/O SLAMMED MY DOOR SHUT

       AND They both left.

August 14, 2008  AT 5:25 AM  I VICADIN, I ASKED THE MORNING NURSE ABOUT

       WHAT THE NURSE SAID TO ME THE NIGHT BEFORE AND SHE SAID

       NOBODY TOLD HER ANYTHING ABOUT MY PAIN MEDICATION.

*NO PAIN MEDICATION 14 hours 10 min.*

*NO PAIN MEDICATION 13 hrs 39 min.*

(6.)

ATTACHMENT Z - 16

AT 9:20 AM I TOLD NURSE MARY WHAT HAPPENED AND SHE SAID
I CAN'T DO ANYTHING UNLESS YOU WRITE DOWN A Complaint
OR File A MEDICAL GRIEVANCE. (EXHIBITS A-1 & A-2)
AT 13:13 pm PLAINTIFF FINISHED WRITING HIS COMPLAINT AND
GAVE IT TO C/O Gillis WHO GAVE IT TO NURSE MARY.
AT 3:20 pm I ASKED C/O Gillis ABOUT THE 3:00 pm PAIN
MEDICATION, HE SAID THIER SHORT STAFFED RIGHT NOW THAT'S
probably WHY I did'nt get IT.
AT 5:00 pm I ASKED C/O R.O. WHITE ABOUT MY MISSED PAIN
MEDICATION. I HAV'NT HAD ANY SINCE 5:25 AM. HE SAID OK
HE WOULD Check ON IT.
AT 7:18 pm I TOLD C/O R.O. White I HAV'NT RECIEVED MY
PRESCRIBED PAIN MEDICATION SINCE 5:25 AM AND I WOULD
LIKE TO SEE A LT. Smith. THE C/O SAID HE WOULD TELL HIM.
AT 7:29 pm 80 PROZAC, 1 VICADIN, I FINALLY RECIEVED MY PAIN
MEDICATION AFTER BEGGING FOR IT MOST OF THE DAY. I Also
ASKED ABOUT MY HEARTBURN MEDICATION, THE C/O TOOK IT FROM
ME WHEN I CAME IN THE INFIRMARY ON June 29, 2008 AND
I HAV'NT RECIEVED ANY YET. SHE SAID SHE WOULD Check.
AT 11:07 pm 1 VISTARIL, I ASKED FOR MY PRESCRIBED PAIN
MEDICATION AND THE COLORED MAN NURSE TOLD ME NO.
   C/O R.O. White WAS A WITNESS.
August 15, 2008 AT 5:23 AM 1 VICADIN  (9:00 AM Shower)
AT 12:30 pm I SPOKE TO DR Roberts AND TOLD HER ABOUT THE
MANY problems I WAS HAVING WITH NOT RECIEVING MY PRESCRIBED
PAIN MEDICATION AND HEARTBURN pills. SHE EXAMINED MY SCROTUM
AND TOLD ME TO File A MEDICAL GRIEVANCE. SHE Also SAID

NO PAIN MEDICATION
14 HRS. 4 MIN.

(7.)

ATTACHMENT Z-11

TO WRITE DOWN THE TIME AND DATES OF THE MISSED PAIN
AND HEARTBURN MEDICATION. I TOLD HER I'VE BEEN THAT
SINCE I'VE BEEN HERE AND SHE SAID THAT'S ALL I CAN DO.
AT 1:10 PM I ASKED C/O JELLIFF TO ASK OR REMIND THE NURSE
ABOUT MY PRESCRIBED PAIN MEDICATION. (ASKED TO SEE DR. MCDONALD)
AT 1:30 pm C/O JELIFF CAME BACK AND TOLD ME HE REMINDED
NURSE CHRISTINE ABOUT MY PAIN MEDICATION.
AT 1:55 pm 1 VICADIN
AT 2:30 pm NURSE MARY BROUGHT ME THE INFURMATION FROM
THE INTERNET ABOUT TREATMENT FOR TESTICULAR TURSION,
SCROTAL CYSTS AND HEPATITUS C THAT I WROTE AND ASKED FOR
JULY 14, 2008. (SEE EXHIBITS B-1 THROUGH B-8)
AT 5:50 pm 80 PROZAC, I REMINED THE NURSE TO BRING ME
A PAIN PILL WHEN SHE DOES HER MED. ROUNDS LATER BETWEEN
1000 AND 11:00 PM, SHE SAID YES.
- AT 9:55 pm 1 VICADIN, 1 VISTARILE
ON AUGUST 14, 2008 I FORGOT TO WRITE DOWN AT 8:47PM
C/O R.O. WHITE TOLD ME THAT LT. CESSNA AND LT. LANGCASTER
SAID IF I DONT LIKE THE WAY IM BEING TREATED IN THE
INFIRMARY TO WRITE A MEDICAL GRIEVANCE.
AUGUST 16, 2008 AT 6:30 AM I TOLD A COLORED C/O I DIDN'T RECIEVE MY
MORNING PAIN MEDICATION. HE SAID OK.
AT 6:40 am ANOTHER C/O A BLACK WOMAN SAID SHE WOULD GO
GET IT WITH THE NURSE WHEN SHE FINISHED HER ROUNDS.
AT 7:09 AM 1 VICADIN
AT 2:59 pm 1 VICADIN
AT 6:15 pm 80 PROZAC - - - AT 9:47 pm 1 VICADIN, 1 VISTARILE

(8.)

ATTACHMENT Z-12

<u>August 17, 2008</u> AT 5:12 am They SERVED BREAKFAST. I ASKED THE C/O
ABOUT MY PAIN MEDICATION? HE SAID: SHE ALREADY CAME AND
LEFT. I SAID I REALLY NEED MY PAIN MEDS. HE SAID HE
WOULD TELL HER. ONCE AGAIN I WAS REFUSED MY PAIN MEDI-
CATION BECAUSE NO ONE EVER RETURNED.

<u>AT 10:09 AM</u> I ADVISED C/O Gillis ABOUT MY MISSED PAIN
MEDICATION AGAIN AND HE SAID C.M.S. IS SO SHORT STAFFED
THAT THAT'S going TO HAPPEN ALL THE TIME. Then C/O Gillis
TOLD ME TO FILE A MEDICAL GRIEVANCE.

<u>AT 10:33 AM</u> A COLORED MAN NURSE WALKED BY MY CELL AND
I ASKED FOR MY PRESCRIBED PAIN MEDICATION. HIS REPLY WAS
WE DON'T HAVE ANY. (I ASKED AGAIN TO SEE DR. McDONALD)

<u>AT 11:01 AM</u> 1 VICADIN THE SAME COLORED MAN NURSE FROM
10:33 AM TOLD ME THIS IS MY LAST DAY FOR PAIN MEDICATION
SO AFTER THAT, DON'T BOTHER HIM ANY MORE.

AT 6:55 pm 80 PROZAC I ASKED ABOUT MY PAIN MEDICATION
AND NO ONE CAME BACK. I TRIED ALL 3 CALL FOR HELP
BOXES IN MY CELL AND NO ONE ANSWERED THEM.

<u>AT 10:55 pm</u> 1 VICADIN, THE NURSE SAID WE DON'T HAVE ANY
HEARTBURN PILLS OR VISTARILE

<u>August 18, 2008</u> AT 8:34 am I ADVISED TWO C/O's THAT I NEED TO
SEE A NURSE OR DOCTOR ABOUT PAIN MEDICATION. (9:00 am Shower)

<u>AT 10:00 AM</u> I ASKED NURSE Christine ABOUT PAIN MEDICATION.
She SAID I HAVE TO WAIT UNTIL THE DOCTOR COMES TO WORK.
She ASKED ME IF I WANTED Tylenol OR MOTRIN, I SAID NO
BECAUSE I've GOT HEPATITUS C AND I GET SWEAT ATTACKS, LIVER
PAIN, AND NAUSEA WHEN I TAKE THOSE pills.

NO PAIN MEDICATION
12 HOURS

(9.)

ATTACHMENT Z-13

AT 1:12 pm I ASKED THE VITALS NURSE TO ASK ABOUT MY PAIN MEDICATION.

AT 1:16 pm NURSE CHRISTINE TOLD ME THE DOCTORS here but I WOULD HAVE TO WAIT UNTIL SHE COMES AROUND.

AT 1:26 pm DR. Rogers CAME IN FUR ABOUT 2 MINUTES. She EXAMINED MY SCROTUM, TOLD ME I WAS SCHEDULED FUR A Follow up with the Urologist AND She WOULD RENEW MY PAIN MEDICATION. (ASKED AGAIN TO SEE DR McDONALD.)

AT 2:30 pm I ASKED NURSE CHRISTINE ABOUT MY PAIN MED-ICATION THAT the DOCTOR SAID I COULD GET, AND SHE SAID THE DOCTOR HAS'NT WROTE ANY NEW ORDERS AS of YET.

NO PAIN MEDICATION 16 hrs 15 min.

- AT 3:10 pm 1 VICADIN

AT 6:52 pm 80 PROZAC

AT 10:06 pm 1 VICADIN, 1 VISTARILE

August 19, 2008  AT 5:34 Am 1 VICADIN

AT 2:05 pm I ASKED THE WHITE NURSE ABOUT PAIN MEDICATION SHE SAID SHE WOULD CHECK.

AT 3:00 pm 1 VICADINE

AT 11:42 pm 1 VICADINE. I ASKED THE NURSE ABOUT MY PROZAC, VISTARILE, AND HEARTBURN MEDICATION. She SAID She WOULD Check AND NEVER CAME BACK.

August 20, 2008 AT 5:35 AM 1 VICADIN   (8:45 AM Shower)

AT 1:13 pm 1 VICADIN

AT 2:00 pm I SAW THE DENTIST, SHE PUT IN A TEMPORARY Filling AND SCHEDUALED ME TO COME BACK LATER FUR A PERMANENT Filling.

AT 5:00 pm 80 PROZAC

(10.)

_AT 8:10 pm_ 1 VICADIN, 1 VISTARIL THE NURSE GAVE Them TO ME EARLY BECAUSE I WAS BEING TRANSFERED FROM THE INFIRMARY BACK TO THE MHU #23 C-U-1.

August 21, 2008 AT 5:35 AM 1 VICADINE

_AT 6:14 pm_ 80 PROZAC, 1 VISTARILE, 1 ANTIBIOTIC. I ASKED NURSE RICHARD ABOUT MY PAIN MEDICATION That the Doctor PRESCRIBED 1 VICADIN EVERY 8 hours. HE SAID: WE DON'T DO THAT OVER HERE SO I'LL GET IT WHENEVER HE FEELS LIKE BRINGING IT which is 1 EVERY 12 hours. Then The C/O SLAMMED THE CELL DOOR IN MY FACE WHILE I WAS STILL TALKING AND They ALL WALKED AWAY.
_AT 6:27 PM_ VICADIN NURSE RICHARD FROM 15 minutes EARLYER CAME BACK AND GAVE ME ONE pill. The NURSE TOOK IT UPON himself to change the Doctors ORDERS TO ONE pill EVERY 12 hours INSTEAD OF 1 pill EVERY 8 hours.

August 22, 2008 AT 5:38 AM 1 VICADINE

About 8:40 AM I WAS CALLED TO GUARDS STATION AND TOLD I WAS going FOR A Follow up with the Urologist. I Thanked DR FRANCIS J. Shanne FOR HELPING ME WITH MY problem AND 80% TO 90% of MY PAIN WAS going AWAY.
_AT 12:55 pm_ BACK AT THE PRISON I WAS SEEN by NURSE QUANIE BEFORE I WAS SENT BACK TO THE UNIT. I EXPLAINED how I CAME FROM THE INFIRMARY AND WAS GETTING MY PRESCRIBED 1 VICADIN EVERY 8 hours. She REPLIED: BACK HERE WE ONLY DO MEDICATION CALL TWO TIMES A DAY AND THAT'S ALL I WAS GOING TO GET. I SAID HOW CAN A NURSE CHANGE THE DOCTORS ORDERS AND SHE SAID

(11.)

ATTACHMENT Z-15

WE RUN THE PROGRAM DIFFERENT BACK HERE. I ALSO
TRIED TO EXPLAIN THAT I HAVN'T RECIEVED ANY OF MY
HEARTBURN MEDICATION FOR OVER 3 WEEKS. HER REPLY
TO THAT WAS SARCASTIC "WHAT DO YOU WANT ME TO
DO ABOUT IT?" I SAID COULD YOU PLEASE JUST GIVE
THEM TO ME BECAUSE THIER SELF MEDS. WHEN I WENT
TO THE INFIRMARY THEY TOOK THEM AND DIDN'T GIVE
ME NOTHING AND WHEN I WAS TRANSFERED BACK
THEY GAVE MY MEDICATION THAT THEY TOOK, BACK TO
THE C/O TO GIVE TO THE NURSE OVER HERE. SHE
REPLIED : BACK HERE YOU GET THEM WHEN WE GIVE THEM
TO YOU. WERE SHORT STAFFED AND I'M THE ONLY NURSE
FOR 3 BUILDINGS.
    AT 5:50 PM 1 VICADINE, 1 VISTARILE, 80 PROZAC, 1 ANTIBIOTIC
August 23, 2008 AT 5:25 AM 1 VICADIN, 1 ANTIBIOTIC, (2 TYLENOL) I
    THREW THE TYLENOL AWAY BECAUSE IT HURTS MY LIVER
    AND GIVES ME CRAZY SIDE AFFECTS.
    AT 6:50 PM 80 PROZAC, 1 VICADIN, 1 VISTARILE
August 24, 2008 AT 5:10 AM 1 VICADIN
    AT 6:02 PM 80 PROZAC, 1 VICADIN, 1 VISTARILE
August 25, 2008 AT 5:30 AM 1 ANTIBIOTIC, (2 TYLENOL) I DID NT
    TAKE THE Tylenol. THE NURSE SAID SHE WOULD COME
    BACK WITH DAM MEDICATION AND NEVER DID.
        (1 VICADIN)

(12.)

EXHIBITS

A-1 & A-2

MEDICAL COMPLAINT

## Medical Complaint

August 14, 2008

To Nurse Mary,

On August 11, 2008 my pain medication was reduced from 2 Vicadin every 4 hours, to 1 Vicadin every 8 hours. This was my medication schedual for August 13, 2008.

5:15 AM  1 Vicadin
3:46 pm  1 Vicadin
8:19 pm  80 Prozac
11:11 pm  1 Vistirile

August 14, 2008 at 5:25 AM
No pain medication for
13 hrs 39 min. 1 Vicadin

At 11:11 pm I asked the Nurse for my prescribed pain medication which was 1 Vicadin. Her Reply was my shift is over in 10 min. you have to ask the next shift. So, the next morning August 14, 2008 at 5:25 AM I recieled 1 Vicadin. I asked that Nurse about the night before and explained what happened — She Replied, Nobody said anything to her and that that was really messed up.

My Complaint is I should'nt have to beg medical for prescribed pain medication when I'm supposed to be getting it! Also when you look forward to getting it every 8 hours and then the time comes to Recieve it, the Nurse has to be ignorant towards me because I asked for it and she completley ignored my complaint of severe pain. I've been here for 16 days and on 5 separate occassions my prescribed pain medication was held up anywhere from 7 to 14 hours.

(1)   EXHIBIT A-1

I ALSO THINK MY PAIN MEDICATION WAS DROPPED TO QUICKLY. THIERS NO MAKEUP MEDICATION SO YOU JUST HAVE TO SUFFER. I STILL HAVE 2 SMALL OPEN WOUNDS ON MY SCROTUM THAT HASN'T HEALED YET, SO I DO HAVE A LIGITAMENT AND VALID COMPLAINT. CAN SOMEONE PLEASE DO SOMETHING ABOUT THIS. THANK YOU FOR YOUR TIME. TAKE CARE AND GOD BLESS!

ADAM WENZKE #182595
INF.
D-238

② EXHIBIT A-2

EXHIBITS

B-1 THRU B-8

🖨 Print

**SECTION**  Genitourinary Disorders

**SUBJECT**  Penile and Scrotal Disorders

# Testicular Torsion

*PLAINTIFF HAD INTERMITTIN TORSION*

*Testicular torsion is an emergency condition due to rotation of the testis and consequent strangulation of its blood supply. Symptoms are acute scrotal pain and swelling, nausea, and vomiting. Diagnosis is based on physical examination and confirmed by color Doppler. Treatment is immediate manual detorsion followed by surgical intervention.*

Anomalous development of the tunica vaginalis and spermatic cord predisposes the testis to twisting on its cord spontaneously or after trauma. The predisposing anomaly is present in about 12% of males. Torsion is most common between the ages of 12 and 18, with a secondary peak in infancy. It is uncommon over the age of 30. It is more common in the left testis.

## Symptoms, Signs, and Diagnosis

Immediate symptoms are rapid onset of severe local pain, nausea, and vomiting, followed by scrotal edema and induration. Fever and urinary frequency may be present. The testis is tender and may be elevated and horizontal. The cremasteric reflex is usually absent on the affected side.

Torsion must be rapidly identified. Similar symptoms result mainly from epididymitis; tumor pain and swelling are less acute. A clinical diagnosis usually is sufficient to proceed to treatment. An equivocal diagnosis may be resolved by color Doppler scrotal ultrasonography. Radioisotope scrotal scan is also diagnostic but takes longer and is less preferred.

## Treatment

Immediate manual detorsion without radiographic delay is advised when torsion is strongly suspected on the initial examination. It is successful in 30 to 70% of cases. Because testes usually rotate inward, for detorsion the testis is rotated in an outward direction (eg, for the left testis, detorsion is clockwise when viewed from the front). More than one rotation may be needed to resolve the torsion; pain relief guides the procedure. If detorsion fails, immediate surgery is indicated, because exploration within a few hours offers the only hope of testicular salvage. Testicular salvage drops rapidly from 80 to 100% at 6 to 8 h to near zero at 12 h. Fixation of the contralateral testis is also performed to prevent torsion on that side, because the anatomic defect is usually bilateral.

Last full review/revision November 2005

CONTACT US    SITE MAP    ·⊗—PRIVACY POLICY    TERMS OF USE    COPYRIGHT 1995-2007 MERCK & CO., INC.

*EXHIBIT B-1*



## HYDROCELES AND SPERMATOCELES
## (SCROTAL CYSTS)

### WHAT ARE HYDROCELES AND SPERMATOCELES?

They are both harmless, fluid-filled cysts around the testis. Both are fairly common, have similar treatments, do not lead to cancer, do not cause sexual or fertility problems, and usually cause no symptoms. Sometimes they may be painful or be of cosmetic concern where treatment is necessary. They can be confused with each other because of their similar appearance on physical exam, and sometimes an ultrasound is necessary for diagnosis.

A **spermatocele** is a cyst of the epididymis (a gland above and behind the testis where sperm are processed). These are usually a marble-sized swelling found just above the testis.

A **hydrocele** is a cyst around the entire testis and may make the entire testis seem larger, often 2-3 times the size of the other testis.

The cause of both is usually unknown, but may be related to prior genital infection, trauma or surgery. Rarely, a testis tumor may lead to cyst formation and may often be confused on physical exam with a cyst.

### HOW ARE THEY TREATED?

Fortunately, most of these cysts require no treatment and can be left alone. However, they often slowly enlarge with time and do not go away on their own. There are no medications, exercise or dietary ways to prevent or treat these cysts. Rarely, they are aspirated with a needle, but this treatment is usually discouraged because it provides temporary relief at best and may lead to infection or scarring. Both cysts are best treated with surgical incision, which usually requires an anesthetic, and takes 15-30 minutes as an outpatient procedure. Most patients need to stay off their feet for a couple of days afterwards and reduce their activities for a couple of weeks. The risks include bleeding and infection, as with any surgical procedure, and the recurrence rate of either is about 5%. While treatment will not lead to erectile problems, fertility could be affected (especially with spermatocele surgery), so treatment may be delayed until child bearing is completed.

Jan-08

*EXHIBIT B-2*

# **familydoctor.org**



▶Return to Web version

# Hepatitis C

*PLAINTIFF IS INFECTED WITH 2 DIFFERANT TYPE STRAINS OF THE HEP C VIRUS, SEE Blood TEST*

### What is hepatitis?

Hepatitis is an inflammation of the liver. Inflammation causes soreness and swelling. Hepatitis can be caused by many things. Lack of blood supply to the liver, poison, autoimmune disorders, an injury to the liver, and taking some medicines can cause hepatitis. However, hepatitis is most commonly caused by a virus.

There are 2 main kinds of hepatitis, acute hepatitis and chronic hepatitis. When a person has hepatitis, the liver may become inflamed very suddenly. This is called acute hepatitis. If you have acute hepatitis, you might have nausea, vomiting, fever and body aches. Or you may not have any symptoms. Most people get over the acute inflammation in a few days or a few weeks. Sometimes, however, the inflammation doesn't go away. When the inflammation doesn't go away, the person has chronic hepatitis.

Return to top

### How does hepatitis affect the liver?

The liver breaks down waste products in your blood. When the liver is inflamed, it doesn't do a good job of getting rid of waste products. One waste product in the blood, called bilirubin (say "billy-roo-bin"), begins to build up in the blood and tissues when the liver isn't working right. The bilirubin makes the skin of a person with hepatitis turn a yellow-orange color. This is called jaundice (say "john-dis"). Bilirubin and other waste products may also cause itching, nausea, fever and body aches.

Return to top

### What is hepatitis C?

There are 3 viruses that cause hepatitis. Each hepatitis virus is named with a letter of the alphabet: hepatitis A, hepatitis B and hepatitis C. Hepatitis C is usually spread through contact with blood products, like accidentally being stuck with a dirty (used) needle, using IV drugs and sharing needles, or getting a blood transfusion before 1992. Most people don't feel sick when they are first infected with hepatitis C. Instead, the virus stays in their liver and causes chronic liver inflammation.

Most people who are infected with hepatitis C don't have any symptoms for years.

*EXHIBIT B-3*

However, hepatitis C is a chronic illness (it doesn't go away). If you have hepatitis C, you need to be watched carefully by a doctor because it can lead to cirrhosis (a liver disease) and liver cancer.

Return to top

## I've never used IV drugs or been stuck with a dirty needle. How did I get hepatitis C?

Hepatitis C is usually spread through direct contact with the blood of a person who has the disease. Many times, the cause of hepatitis C is never found. Sharing razors or toothbrushes can transmit the hepatitis C virus. It can be transmitted by needles used for tattooing or body piercing. It can even be passed from a mother to her unborn baby. This virus can be transmitted through sex, but this is rare. All of these ways of catching hepatitis C are uncommon, but they do occur.

Hepatitis C can't be spread unless a person has direct contact with infected blood. This means a person who has hepatitis C can't pass the virus to others through casual contact such as sneezing, coughing, shaking hands, hugging, kissing, sharing eating utensils or drinking glasses, swimming in a pool, using public toilets or touching doorknobs.

Return to top

## Could I give hepatitis C to someone else?

Yes, as far as we know, once you have hepatitis C, you can always give it to someone else. If you have hepatitis C, you can't donate blood. You should avoid sharing personal items like razors and toothbrushes. Always use a condom when you have sex. If you have hepatitis C, your sex partners should be tested to see if they also have it.

Talk to your doctor first if you want to have children. The virus isn't spread easily by sexual contact or from a mother to her unborn baby. If you're trying to have a baby, don't have sex during the menstrual cycle, because the hepatitis C virus spreads more easily in menstrual blood.

Return to top

## How should I take care of myself if I have hepatitis C?

You should eat a healthy diet and start exercising regularly. A dietitian can help you plan a diet that is healthy and practical. Talk to your doctor about medications that you are taking, including over-the-counter medications. Many medicines, including acetaminophen (brand name: Tylenol) are broken down by the liver and may increase the speed of liver damage. It is very important that you drink only a minimal amount of alcohol. An occasional alcoholic drink is probably OK, but check with your doctor first.

*EXHIBIT B-4*

Return to top

## Is there a vaccine for hepatitis C?

No, not for hepatitis C. There are vaccines for hepatitis A and hepatitis B. If you have hepatitis C, your doctor may want you to take the vaccine for hepatitis B (and maybe the vaccine for hepatitis A), if you don't already have these viruses. If you have hepatitis C, you are more likely to catch hepatitis A or hepatitis B, and that would cause more damage to your liver.

### A note about vaccines

Sometimes the amount of a certain vaccine cannot keep up with the number of people who need it. **More info...**

Return to top

## Is there a treatment for hepatitis C?

Good health habits are essential for those who have hepatitis C, especially avoidance of alcohol and other medications and drugs that can harm the liver. Although there is not yet a proven cure for hepatitis C, some people benefit from drug treatment. You should discuss treatment with a doctor if you have hepatitis C. Standard medicines available include the following:

- peginterferon alfa-2b (brand name: PEG-Intron)
- peginterferon alfa-2a (brand name: Pegasys)

These medicines are given as a weekly shot. You may or may not need to use a ribavirin supplement in pill form (some brand names: Copegus, Rebetol, Virazole) along with interferon.

Other medicines available to treat hepatitis C include the following:

- interferon alfa-2a (brand name:Roferon-A)
- interferon alfa-2b (brand name: Intron A)
- interferon alfacon-1 (brand name: Infergen)
- interferon alfa-2b plus ribavirin (brand name: Rebetron)

These medicines are given as a shot every day, every other day or 3 times a week, for several months or longer. The length of treatment depends on how severe the infection is. Carefully following your doctor's advice and sticking with your treatment plan will reduce your risk of further liver damage.

Return to top

*EXHIBIT B-5*

## What should I know about interferon?

Before you can start taking interferon, you will have a liver biopsy. A tiny bit of your liver will be taken out in a surgical operation. The doctor will check this sample of your liver to see how much damage there is. Younger patients with mild liver disease and fewer virus particles in the liver have a better response to interferon.

Interferon is expensive. It costs about $6,000 a year. You should check with your health insurance provider to see if your medical insurance will cover the cost.

Return to top

## What side effects will I have?

Side effects of interferon therapy may include the following:

- Weight loss
- Trouble sleeping
- Chest pain
- Nausea/vomiting
- Fever and body aches
- Extreme tiredness
- Irritability
- Depression

*I HAVE THESE SYMPTOMS WITH OUT the INTERFERON TREATMENTS.*

Side effects of ribavirin supplements may include the following:

- Decrease in red blood cells (anemia)
- Skin rashes/itching
- Worsening of heart/circulatory problems
- Extreme tiredness

Side effects are usually worst during the first few weeks of treatment and become less severe over time. If you are having trouble dealing with the side effects of your medicine, talk to your doctor. He or she can suggest ways to relieve some of the side effects. For example, if your medicine makes you feel nauseated, it may help to take it right before you go to sleep.

If taking medicine to treat hepatitis C makes you feel worse than the actual disease does, you may be tempted to stop taking your medicine before your treatment is done. However, if you don't prevent chronic inflammation from damaging your liver, you'll be much sicker in the long run. Don't stop taking your medicine until your doctor tells you to.

Return to top

## Do I have to take interferon?

*EXHIBIT B-6*

The choice is up to you and your doctor. Some people with hepatitis C don't have any symptoms. They only have a little inflammation of their liver. If you have hepatitis C but no symptoms, your doctor will want to keep a close watch on you. This is done by checking your blood at least once a year, and maybe 3 times a year. Your doctor will check the level of 2 enzymes that are made in your liver. Your doctor might decide to give you medicine for hepatitis C only if these enzymes reach a certain level.

The decision to use interferon therapy can be hard to make because of the expense and the side effects. Your doctor will pay attention to the type of the virus and the amount of the virus in your body. Your overall health and the results of your blood tests and the liver biopsy are also important to know about before your doctor gives you interferon treatment.

Return to top

## How will I know if my treatment works?

The goal of treatment is to reduce the amount of the hepatitis C virus in your blood to levels that can't be detected after 24 weeks of therapy. The amount of the virus in your blood is called your viral load. At the end of your treatment, your doctor will need to measure your viral load and find out how healthy your liver is. He or she may repeat many of the same tests that were done when you were first diagnosed with hepatitis C.

If your blood has so few copies of the virus that tests can't measure them, the virus is said to be undetectable. If it stays undetectable for at least 6 months after your treatment is finished, you have what is called a sustained virologic response (SVR). People who have an SVR have a good chance of avoiding serious liver problems in the future.

If treatment doesn't reduce your viral load, or if you don't have an SVR after treatment, your doctor will discuss other treatment options with you. For example, if you have been treated with interferon alone, you will probably be treated with interferon plus ribavirin. Even if treatment doesn't keep you from having active liver disease, lowering your viral load and controlling chronic liver inflammation may help you feel better for a longer time.

Return to top

## How can I cope with my feelings about having hepatitis C?

Coping with hepatitis C isn't easy. You may feel sad, scared or angry, or you may not believe you have the disease. These feelings are normal, but they shouldn't keep you from living your daily life. If they do—or if they last a long time—you may be suffering from depression. People who are depressed have most or all of the following symptoms nearly every day, all day, for 2 or more weeks:

- Feeling sad or crying often (depressed mood)

*EXHIBIT B-7*

- Losing interest in daily activities that used to be fun
- Changes in appetite and weight
- Sleeping too much or having trouble sleeping
- Feeling agitated, cranky or sluggish
- Loss of energy
- Feeling very guilty or worthless
- Problems concentrating or making decisions
- Thoughts of death or suicide

Talk to your doctor if you notice any of these symptoms. Your doctor can help by recommending a support group or a therapist, and/or by prescribing a medicine for you to take.

Return to top

## Other Organizations

- American Liver Foundation
  http://www.liverfoundation.org
  75 Maiden Lane, Suite 603
  New York, NY 10038-4810
  800-GO-LIVER

Return to top

## Source

Written by familydoctor.org editorial staff.

Hepatitis C: Part II. Prevention Counseling and Medical Evaluation by LA Moyer, R.N., EE Mast, M.D., M.P.H., and MJ Alter, Ph.D. (*American Family Physician* January 15, 1999, http://www.aafp.org/afp/990115ap/349.html)

Reviewed/Updated: 06/06
Created: 09/00

Copyright © 2000-2008 American Academy of Family Physicians

*EXHIBIT B-8*

EXHIBITS

C-1 THRU C-10

COPY

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

ADAM WENZKE                              MHU # 23
Name (Print)                             Housing Location
12/30/68          # 182595               6/27/08
Date of Birth      SBI Number            Date Submitted

Complaint (What type of problem are you having)? _My RIGHT SIDE (LIVER) HURTS_
_REALLY BAD. IT'S ALWAYS HURT A LITTLE BIT BUT, THE LAST_
_COUPLE OF DAYS HAVE BEEN ABNORMALLY PAINFUL. ALSO, I_
_STILL HAVE SEVERE PAIN IN both TESTICLES._

Adam Wenzke                              6/27/08
Inmate Signature                         Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

Provider Signature & Title                    Date & Time

**3/1/99 DE01**
FORM#:                  EXHIBIT  C-1
MED
263

*COPY*

*COPY*

JUNE 27, 2008

DEAR MR RONNIE MOORE

I'm SURE YOU ARE VERY well AWARE OF MY PAINFUL MEDICAL CONDITION. I've got BILATERAL CYSTS on the EPIDIDYMEDES OF both TESTICALS AND possible INTERMITTEN TORSION on the RIGHT TESTICAL. I've Also been COMPLAINING ABOUT THIS problem SINCE MAY of 2004. I'm SUFFERING because OF THIS, AND CMS's DOCTORS only PRESCRIBE ME ASPIRIN, MOTRIN, AND Tylenol over the last 4 YEARS.

MEDICAL KNOWS I've got HEPITITUS "C" AND SEVERE PAIN IN both TESTICLES but they CONTINUE TO give ME Tylenol, which is NOT helping my PAINFUL cyst problem AND is DAMAGING my LIVER. MR MOORE, is thier ANY Thing you CAN DO FOR ME TO HELP ME out? My SITUATION is messed up, AND THIS COURSE OF TREATMENT is hurting my LIVER. Would you please write ME back? CAN we Discuss this IN PERSON? I'm TOLD by other INMATES THAT IF ANYONE CAN MAKE iT happen, THAT PERSON is you. Thank You FOR your TIME. TAKE CARE AND God BLESS.

ADAM WENZKE
#182595
MHU #23
C-U-1

EXHIBIT C-2

*COPY*

July 1, 2008

DEAR MR. Ronnie Moore,

I'm sorry to bother you but, I have a few questions for you and if you could answere them for me that would be very helpful.

1) As you know I went to the urologist on June 6, 2008 and he told me I need surgury for my painful situation. I would like to know if you are going to apruve the surgury or deny it?

2) I also would like to read CMS's Rules of Procedure concerning Sick Call and Medical Grievances. Is that Possible?

3) I would like to know why medical has been continuing Tylenol for my course of treatment for possible intermitten torsion, and Bilateral cyst on both epididymis of my testicles for over 4 years? Tylenol, Motrin, Aspirin is not working!

4) I've been in severe pain and have been suffering for a long time because of this and I'm begging medical for help. Will you check into this for me and help me?

5) The last 2 out of 3 ultra sounds revealed Bilateral cysts, and their getting bigger, and they hurt. I've been examined many times over the last 4 years between here and Gander Hill and all I get is Tylenol which does nothing. Can I get some treatment that's going to help me stop suffering?

If you can give me some kind of an answere or reply in anyway I would greatly appreciate it. Thank you for your time. Take care and God Bless.

EXHIBIT C-3

Adam Venzke #182595

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

_Adam Wenzke_
Name (Print)

_10/30/68_
Date of Birth

_# 182595_
SBI Number

_MHU #23_
Housing Location

_7/10/08_
Date Submitted

Complaint (What type of problem are you having)? _On July 3, 2008 I had a medical grievance hearing. The woman took me off of Tylenol and put me on Vicaden. I get a Vicaden in the afternoon and it's takes away some of my sharp pains in both testicles for about 4 hours. The rest of the time Im still suffering. Can somebody piease do something to alleviate my pain all together._

_Adam Wenzke_
Inmate Signature

_7/10/08_
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

EXHIBIT C-4

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL), DENTAL  MENTAL HEALTH

Adam Wenzke _____     MHU #23 _____
Name (Print)                         Housing Location

12/30/68          182595          7/11/08
Date of Birth     SBI Number      Date Submitted

Complaint (What type of problem are you having)? I WOULD LIKE TO LOOK AT MY LAST TWO BLOOD TESTS FROM MAY 23, 2008 AND JUNE 18, 2008. I JUST FOUND OUT TYLENOL IS NO GOOD FOR MY LIVER BECAUSE I HAVE THE HEP. C VIRIS. YOU ALL HAVE BEEN GIVING ME TYLENOL FOR PAIN IN BOTH TESTICLES BECAUSE OF BILATERAL CYSTS AND INTERMITION TORSION FOR CLOSE TO 4 YEARS. DID MY LIVER GET DAMAGED BECAUSE OF THAT?

Adam Wenzke _____     7/11/08
Inmate Signature                     Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

_____          _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

*EXHIBIT C-5*

[margin handwritten note, vertical:] I WOULD ALSO LIKE TO SEE DR. McDONALD BECAUSE MY LIVER HAS BEEN HURTING. I'M GUESSING ITS FROM TAKING 6 TO 8 Tylenol EVERY DAY.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_ADAM WENZKE_
Name (Print)

_#23_
Housing Location

_12/30/68_
Date of Birth

_182595_
SBI Number

_7/14/08_
Date Submitted

Complaint (What type of problem are you having)?  _I WOULD LIKE TO SEE_
_DR CANNOLI FROM MENTAL NEACTH AS SOON AS POSSIBLE._

_Adam Wenzke_
Inmate Signature

_7/14/08_
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

_EXHIBIT C-6_

TO: MAIN COMPOUND INFIRMARY    \* COPY \*

7/14/08

TO WHOM IT MAY CONCERN

Could Somebody from THE MEDICAL DEPARTMENT GIVE ME ANY INFORMATION CONCERNING THESE THREE MEDICAL PROBLEMS? ANY PAMPHLET OR INTERNET INFORMATION WOULD BE GREAT.

1) INTERMITTEN TORSION
2) TESTICULAR CYSTS
3) HEPATITUS C

AND A LIST OF TREATMENT OPTIONS IF POSSIBLE. THANK YOU FOR YOUR TIME, TAKE CARE AND GOD BLESS

ANY ANSWERS WOULD BE GREATLY APPRECIATED!

ADAM WENZKE
#182595
MHU #23
C-U-1

\* COPY \*

EXHIBIT C-7

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

_ADAM WENZKE_ _23_
Name (Print) Housing Location

_12/30/68_ _182595_ _July 22, 2008_
Date of Birth SBI Number Date Submitted

Complaint (What type of problem are you having)? _I NEED TO SEE A DOCTOR_
_FOR PAIN IN TESTICLES AND DR. McDONALD FOR Blood TEST RESULTS_

_Adam Wenzke_ _7/22/08_
Inmate Signature Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:_____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P:

E:

Provider Signature & Title　　　　　　　　　　Date & Time

**3/1/99 DE01**
FORM#:
**MED**
**263**

_EXHIBIT C-8_

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one) **MEDICAL** DENTAL MENTAL HEALTH

_ADAM WENZKE_
Name (Print)

_INF. #238_
Housing Location

_12/30/68_
Date of Birth

_182595_
SBI Number

_8/18/08_
Date Submitted

Complaint (What type of problem are you having)? _I WOULD LIKE TO SEE DR. McDonald AND I'd LIKE TO REVIEW MY LAST TWO Blood TESTS IF POSSIBLE. THANK YOU_

_Adam Wenzke_
Inmate Signature

_8/18/08_
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

_EXHIBIT C-9_

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL (MENTAL HEALTH)

_ADAM WENZKE_                           INF. # 238

Name (Print)

_12/30/68_          _182595_          Housing Location _8/18/08_

Date of Birth            SBI Number            Date Submitted

Complaint (What type of problem are you having)? _I WOULD LIKE TO SEE_
_DR CANNOLI FROM MENTAL HEALTH PLEASE._

_Adam Wengke_                           _8/18/08_

Inmate Signature                        Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____          _____
Provider Signature & Title                Date & Time

**3/1/99 DE01**
FORM#:
MED
263

                    EXHIBIT C-10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADAM WENZKE          )
        PLAINTIFF

                     )

    V                )      CIVIL ACTION No. 07-504

CORRECTIONAL MEDICAL )           (SLR)
SERVICES, ET. AL     )
        DEFENDANTS   )

NOTICE OF MOTION

PLEASE TAKE NOTICE, THAT THE ENCLOSED MOTION FOR
LEAVE TO FILE A SUPPLEMENTAL COMPLAINT WILL BE PRESENTED
TO THIS Honorable COURT AT THE EARLIEST possible CONVENIENCE.

August 28, 2008                    Adam Wenzke
        DATE                                PLAINTIFF

                            ADAM WENZKE #182595
                            JAMES T. VAUGHN CORR. CTR.
                            1181 PADDOCK RD.
                            SMYRNA, DE 19977

FM: *ADAM WENZKE*

SBI# *182595*   UNIT *23*

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



*OFFICE OF THE* **CLERK**
*U.S. DISTRICT COURT*
*844 N. KING ST.* (*LOCKBOX* **18**)
*WILMINGTON, DE*
*19801 – 3570*



LEGAL MAIL